**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BAR ASSOCIATION<br><br>　　　　Plaintiff-Petitioners,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE;<br>PAMELA J. BONDI;<br>TODD BLANCHE,<br><br>　　　　Defendants-Respondents. | Civil Action No. 25-cv-1263 |

**MOTION FOR ADMISSION OF CHRISTINE L. COOGLE**
***PRO HAC VICE***

　　The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Christine L. Coogle, *pro hac vice*, as counsel for Plaintiff American Bar Association. in this proceeding, pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia. Ms. Coogle is a member in good standing of the Bar of the District of Columbia, District of Columbia Circuit Court, and the District of Maryland. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Ms. Coogle possesses the character and skills required of a member of the Bar of this Court.

　　Accordingly, the undersigned respectfully requests admission of Christine L. Coogle *pro hac vice* as representative of Plaintiffs in this proceeding.

|  |  |
|---|---|
| Dated: Washington, D.C.<br>April 24, 2025 | Respectfully submitted,<br><br>/s/ *Brian Netter*<br>Brian Netter, D.C. Bar. No. 979362<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>Phone: (202) 448-9090<br>Fax: (202) 796-4426<br>bnetter@democracyforward.org<br><br>*Attorney for Plaintiffs* |