UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION<br><br>Plaintiff-Petitioners,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE;<br>PAMELA J. BONDI;<br>TODD BLANCHE,<br><br>Defendants-Respondents. | Civil Action No. 25-cv-1263 |

## MOTION FOR ADMISSION OF POOJA A. BOISTURE
### *PRO HAC VICE*

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Pooja A. Boisture, *pro hac vice*, as counsel for the Plaintiff American Bar Association in this proceeding, pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia. Ms. Boisture is a member in good standing of the Bar of the state of New York, Eastern District of New York, Southern District of New York, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Tenth Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, the U.S. Tax Court, and the Supreme Court of the United States. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar

association or administrative agency. Finally, the undersigned is satisfied that Ms. Boisture possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Pooja A. Boisture *pro hac vice* as representative of Plaintiffs in this proceeding.

| | |
|---|---|
| Dated: Washington, D.C.<br>April 24, 2025 | Respectfully submitted,<br><br>/s/ *Brian D. Netter*<br>Brian D. Netter, D.C. Bar. No. 979362<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>Phone: (202) 448-9090<br>Fax: (202) 796-4426<br>bnetter@democracyforward.org<br><br>*Attorney for the Plaintiff* |