AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| American Bar Association | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-1263 |
| United States Department of Justice, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff American Bar Association.

Date: 04/25/2025

/s/ Christine L. Coogle
*Attorney's signature*

Christine L. Coogle (DC Bar No. 1738913)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043
*Address*

ccoogle@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*

[Print]  [Save As...]  [Reset]