UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 25-CV-01263 (CRC) |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew I. Warden, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for the Defendants in this case.

DATED: April 25, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

*/s/ Andrew I Warden*
ANDREW I. WARDEN
Indiana Bar No. 23840-49
Assistant Branch Director
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*