UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 25-CV-01263 (CRC) |

**<u>DEFENDANTS' NOTICE REGARDING STATUS OF FUNDS</u>**

In accordance with the Court's Order during the status hearing held on April 24, 2025, Defendants represent that the challenged grant funds at issue in this case will not be reobligated or disbursed to any person or entity other than Plaintiff before June 2, 2025. Based on the allegations in the Complaint, Defendants understand that this commitment would apply to five grant awards issued by Department of Justice, Office of Violence Against Women, as summarized in the chart below, that Plaintiff challenges in this case. *See* Complaint ¶¶ 46-56 (ECF No. 1).

| ABA Program | Grant Award Amount | Grant Lifespan |
|---|---|---|
| Civil Litigation Skills Project | $1 million | Oct. 1, 2022 to Sept. 30, 2025 |
| Trauma-Informed Representation Project | $600,000 | Oct. 1, 2022 to Sept. 30, 2025 |
| Expanding Legal Services Initiative | $750,000 | Oct. 1, 2023 to Sept. 30, 2026 |
| LGBTQI+ Legal Access Project | $450,000 | Oct. 1, 2024 to Sept. 30, 2027 |
| LGBTQI+ Training for Coalitions Project | $400,000 | Oct. 1, 2024 to Sept. 30, 2027 |

Because the challenged funds will remain available until at least June 2, Defendants suggest that the most appropriate way forward is for the Court to treat Plaintiffs' motion (ECF No. 4) as a motion for preliminary injunction  Defendants propose filing an opposition on May 9, 2025, and

1

suggest Plaintiffs submit a reply on May 16, 2025.  The Court would then have approximately two weeks to hold a hearing, if necessary, and decide the motion.

DATED: April 25, 2025                                  Respectfully submitted,

                                                                        YAAKOV M. ROTH
                                                                        Acting Assistant Attorney General

                                                                        */s/ Andrew I Warden*
                                                                        ANDREW I. WARDEN
                                                                        Indiana Bar No. 23840-49
                                                                        Assistant Branch Director
                                                                        United States Department of Justice
                                                                        Civil Division, Federal Programs Branch
                                                                        1100 L Street NW
                                                                        Washington, DC 20005
                                                                        Phone: (202) 616-5084
                                                                        Fax: (202) 616-8470
                                                                        Email:  Andrew.Warden@usdoj.gov

                                                                        *Counsel for Defendants*