AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| American Bar Association | ) |
| *Plaintiff* | ) |
| v. | ) |
| United States Department of Justice, et al. | ) |
| *Defendant* | ) |

Case No.    25-cv-1263

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff American Bar Association .

Date:    04/25/2025

/s/ Pooja A. Boisture
*Attorney's signature*

Pooja A. Boisture (NY Bar No. 5104559)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043

*Address*

pboisture@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*

Print    Save As...    Reset