UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>   Defendants. | Civil Action No. 25-1263 (CRC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Douglas C. Dreier and remove the appearance of Department of Justice attorney Andrew I. Warden as counsel of record for Defendants in the above-captioned case

Dated: May 2, 2025
   Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:    */s/ Douglas C. Dreier*
   DOUGLAS C. DREIER, D.C. Bar #1020234
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-2551

*Attorneys for the United States of America*