UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN BAR ASSOCIATION,

Plaintiff,

v.

DEPARTMENT OF JUSTICE, et al.,

Defendants.

Civil Action No. 25-1263 (CRC)

**DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER OR,
IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants, the Department of Justice, Attorney General Pamela J. Bondi, and Deputy Attorney General Todd Blanche, respectfully move to dismiss Plaintiff's Complaint (ECF No. 1), for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted.

Further, pursuant to the Court's April 25, 2025, Minute Order, Defendants respectfully oppose Plaintiff's motion for temporary restraining order or, in the alternative, preliminary injunction (ECF No. 4).

The reasons supporting this combined motion and opposition are set forth in the accompanying memorandum.  A proposed order is enclosed.

*    *    *

Dated: May 2, 2025                    Respectfully submitted,
      Washington, DC

                                              EDWARD R. MARTIN, JR., D.C. Bar #481866
                                              United States Attorney

                                            By: _____*/s/ Douglas C. Dreier*_____
                                              DOUGLAS C. DREIER, D.C. Bar #1020234
                                              Assistant United States Attorney
                                              601 D Street, NW
                                              Washington, DC 20530
                                              (202) 252-2551

                                            *Attorneys for the United States of America*

2