UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 25-CV-01263 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF ERIN M. LORAH

I, Erin M. Lorah, declare as follows:

1. I am the Associate Director for the Grants Financial Management Unit in the United States Department of Justice's Office on Violence Against Women (OVW). In this capacity, I provide oversight and guidance for OVW's Grants Financial Management Unit, which is responsible for the financial management of the more than two dozen federal grant programs administered by OVW. Prior to becoming Associate Director in June 2022, I served in this position on an acting basis beginning in January 2020. For the previous six years, I served as a Senior Financial Analyst/Team Lead on the Grants Financial Management Unit. I began working with OVW as a contractor with this Unit in February 2010.

2. As Associate Director, I manage fifteen federal employees responsible for ensuring that OVW recipients adhere to federal rules, regulations, and policies set forth in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards*, 2 C.F.R. Part 200, and the *Department of Justice Grants Financial Guide*. Among other

1

duties, these staff members conduct risk assessments regarding OVW applicants, approve budgets for OVW grant awards, and assist with closeout activities regarding OVW grants.

3. Exhibit 1 is a compilation of award documents related to seven cooperative agreements that OVW entered into with the American Bar Association and the American Bar Association d/b/a American Bar Association Fund for Justice and Education ("the ABA"), OVW Training and Technical Assistance Award Nos. 15JOVW-21-GK-02238-MUMU, 15JOVW-22-GK-04003-MUMU, 15JOVW-22-GK-04001-MUMU, 15JOVW-22-GK-03984-STOP, 15JOVW-23-GK-05471-LEGA, 15JOVW-24-GK-03023-MUMU, and 15JOVW-24-GK-03022-STOP.

4. I have reviewed available data in the Department of Justice's Justice Grants System regarding the five OVW awards to the ABA itemized in the chart below. Based on Federal Financial Reports (FFRs) submitted by the ABA, the remaining amounts of unobligated funds total $2,046,034.42.[1]

| ABA Project Title/Grant Number | Award Amount | Original Award Period | Unobligated Balance as of March 31, 2025 |
|---|---|---|---|
| Civil Litigation Skills Project (15JOVW-22-GK-04003-MUMU) | $1,000,000 | Oct. 1, 2022 to Sept. 30, 2025 | $407,718.35 |
| Trauma-Informed Legal Representation Project (15JOVW-22-GK-04001-MUMU) | $600,000 | Oct. 1, 2022 to Sept. 30, 2025 | $230,154.43 |
| Expanding Legal Services Initiative (ELSI) Building Project (15JOVW-23-GK-05471-LEGA) | $750,000 | Oct. 1, 2023 to Sept. 30, 2026 | $558,161.64 |
| LGBTQIA2S+ Legal Access Project (15JOVW-24-GK-03023-MUMU) | $450,000 | Oct. 1, 2024 to Sept. 30, 2027 | $450,000 |
| LGBTQIA2S+ Training for Coalitions Project (15JOVW-24-GK-03022-STOP) | $400,000 | Oct. 1, 2024 to Sept. 30, 2027 | $400,000 |

---

[1] The ABA has not submitted any FFRs regarding award numbers 15JOVW-24-GK-03023-MUMU and 15JOVW-24-GK-03022-STOP.

5. OVW will comply with all closeout obligations under 2 C.F.R. Part 200 related to the seven ABA cooperative agreements referenced in paragraph 3 above.

6. Prior to notifying the ABA of award terminations, OVW manually suspended their federal Automated Standard Application for Payments (ASAP) accounts. During the financial reconciliation phase of the closeout process, the ABA will be reimbursed for allowable expenses, if any, incurred prior to each project's end date and for costs associated with closeout obligations under 2 C.F.R. § 200.472.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of May, 2025, at Washington, DC.

_____
Erin M. Lorah