EXHIBIT 1

# Award Document for Civil Litigation Skills Project (Compl. ¶ 48)



# Department of Justice (DOJ)

### Office on Violence Against Women (OVW)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | AMERICAN BAR ASSOCIATION<br>1050 CONNECTICUT AVE NW, STE 400 |
| **City, State and Zip:** | WASHINGTON, DC 20036 |
| **Recipient UEI:** | D2KUZ2RYLJJ6 |

| | |
|---|---|
| **Project Title:** Civil Litigation Skills Project | **Award Number:** 15JOVW-22-GK-04003-MUMU |
| **Solicitation Title:** OVW Fiscal Year 2022 Training and Technical Assistance Initiative Solicitation | |
| **Federal Award Amount:** $1,000,000.00 | **Federal Award Date:** 9/28/22 |
| **Awarding Agency:** | Office on Violence Against Women |
| **Funding Instrument Type:** | CA |

**Assistance Listing:**

16.526 - OVW Technical Assistance Initiative

16.526 - OVW Technical Assistance Initiative

| | |
|---|---|
| **Project Period Start Date:** 10/1/22 | **Project Period End Date:** 9/30/25 |
| **Budget Period Start Date:** 10/1/22 | **Budget Period End Date**: 9/30/25 |

**Project Description:**

The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative provides OVW grantees and subgrantees with the expertise and support they need to develop and implement successful state, local, tribal, and campus projects; increase victim safety; and bolster offender accountability. Through cooperative agreements, OVW supports educational initiatives, conferences, peer-to-peer consultations, and targeted assistance that allow current and potential grantees and subgrantees to learn from experts and one another about how to overcome obstacles and incorporate promising practices in their efforts to address violence against women. In addition, OVW is focused on building the capacity of the criminal and civil justice systems and victim services providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and to foster partnerships between organizations that have not traditionally worked together to address violence against women.

This award will support FY 2022 TA Initiative purpose area 24, to provide trial advocacy and/or litigation skills training and technical assistance. The project will enhance the skills of both new and experienced attorneys litigating civil cases, including, but not limited to, custody, divorce, and protection order litigation involving domestic violence, dating violence, sexual assault, and stalking. Project activities will include webinars and other forms of remote training and individualized technical assistance. Direct technical assistance will include assistance with litigation and other topics to support civil legal assistance, including, but not limited to, supervision of junior attorneys.

The timing for performance of this award is 36 months.

This award is a continuation of 2018-TA-AX-K006.

**Award Letter**

September 28, 2022

Dear Vladimir Gurin,

On behalf of Attorney General Merrick B. Garland, it is my pleasure to inform you the Office on Violence Against Women (OVW) has approved the application submitted by  AMERICAN BAR ASSOCIATION  for an award under the funding opportunity entitled 2022 OVW Fiscal Year 2022 Training and Technical Assistance Initiative Solicitation. The approved award amount is $1,000,000.

Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by OVW, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

Congratulations, and we look forward to working with you.

NADINE NEUFVILLE
Deputy Director
**Office for Civil Rights Notice for All Recipients**

The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) has been delegated the responsibility for ensuring that recipients of federal financial assistance from the OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW) are not engaged in discrimination prohibited by law. Several federal civil rights laws, such as Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance to give assurances that they will comply with those laws. Taken together, these civil rights laws prohibit recipients of federal financial assistance from DOJ from discriminating in services and employment because of race, color, national origin, religion, disability, sex, and, for grants authorized under the Violence Against Women Act, sexual orientation and gender identity.  Recipients are also prohibited from discriminating in services because of age.  For a complete review of these civil rights laws and nondiscrimination requirements, in connection with DOJ awards, see https://ojp.gov/funding/ Explore/LegalOverview/CivilRightsRequirements.htm.

Under the delegation of authority, the OCR investigates allegations of discrimination against recipients from individuals, entities, or groups. In addition, the OCR conducts limited compliance reviews and audits based on regulatory criteria.

These reviews and audits permit the OCR to evaluate whether recipients of financial assistance from the Department are providing services in a nondiscriminatory manner to their service population or have employment practices that meet equal-opportunity standards.

If you are a recipient of grant awards under the Omnibus Crime Control and Safe Streets Act or the Juvenile Justice and Delinquency Prevention Act and your agency is part of a criminal justice system, there are two additional obligations that may apply in connection with the awards: (1) complying with the regulation relating to Equal Employment Opportunity Programs (EEOPs); and (2) submitting findings of discrimination to OCR. For additional information regarding the EEOP requirement, see 28 CFR Part 42, subpart E, and for additional information regarding requirements when there is an adverse finding, see 28 C.F.R. §§ 42.204(c), .205(c)(5).

The OCR is available to help you and your organization meet the civil rights requirements that are associated with DOJ grant funding. If you would like the OCR to assist you in fulfilling your organization's civil rights or nondiscrimination responsibilities as a recipient of federal financial assistance, please do not hesitate to contact the OCR at askOCR@ojp.usdoj.gov.

**Memorandum Regarding NEPA**

**NEPA Letter Type**
OVW – Categorical Exclusion - No Renovations Allowed

**NEPA Letter**
Renovations and construction are unallowable under this grant, and therefore none of the following activities?will be conducted?under the OVW federal action (i.e., the OVW-funded grant project) or a related third-party action:??

1. New construction.??

2. Any renovation or remodeling of a property located in an environmentally or historically sensitive area, including property (a) listed on or eligible for listing on the National Register of Historic Places, or (b) located within a 100-year flood plain, a wetland, or habitat for an endangered species.?

3. A?renovation which?will change the basic prior use of a facility or significantly change its size.?

4. Research and technology whose anticipated and future application?could be expected?to have an effect on the environment.?

5. Implementation of a program involving the use of chemicals.??

In addition, the OVW federal action is neither a phase nor a segment of a project that, when reviewed in its entirety, would not meet the criteria for a categorical exclusion.???

Consequently, the subject federal action meets the Office on Violence Against Women's criteria for a categorical exclusion as contained in paragraph 4(b) of Appendix D to Part 61 of Title 28 of the Code of Federal Regulations (adopted by OVW at 28 CFR § 0.122(b)).??Also, no further analysis is required under the National Historic Preservation Act or other related statutes and regulations.?

**NEPA Coordinator**

| First Name | Middle Name | Last Name |
|---|---|---|
| Debra | | Murphy |

## Award Information

This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.

## Recipient Information

**Recipient Name**
 no value

**UEI**
D2KUZ2RYLJJ6

**Street 1**
1050 CONNECTICUT AVE NW, STE 400

**Street 2**
 no value

**City**
WASHINGTON

**State/U.S. Territory**
District of Columbia

**Zip/Postal Code**
20036

**Country**
United States

**County/Parish**
 no value

**Province**
 no value

## Award Details

**Federal Award Date**
9/28/22

**Award Type**
Initial

**Award Number**
15JOVW-22-GK-04003-MUMU

**Supplement Number**
00

**Federal Award Amount**
$1,000,000.00

**Funding Instrument Type**
CA

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.526 | OVW Technical Assistance Initiative |
| 16.526 | OVW Technical Assistance Initiative |

**Statutory Authority**

34 U.S.C. 12291(b)(11)

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Project Information

This award is offered subject to the conditions or limitations set forth in the Award Information, Project

**Information, Financial Information, and Award Conditions.**

**Solicitation Title**
2022 OVW Fiscal Year 2022 Training and Technical
Assistance Initiative Solicitation

**Awarding Agency**
OVW

**Application Number**
GRANT13603807

**Grant Manager**
EDWARD SEIGHMAN

**Phone Number**
202-451-7587

**E-mail Address**
Edward.Seighman@usdoj.gov

**Project Title**
Civil Litigation Skills Project

**Performance Period Start
Date**
10/01/2022

**Performance Period End Date**
09/30/2025

**Budget Period Start Date**
10/01/2022

**Budget Period End Date**
09/30/2025

**Project Description**
The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative
provides OVW grantees and subgrantees with the expertise and support they need to develop and
implement successful state, local, tribal, and campus projects; increase victim safety; and bolster
offender accountability. Through cooperative agreements, OVW supports educational initiatives,
conferences, peer-to-peer consultations, and targeted assistance that allow current and potential
grantees and subgrantees to learn from experts and one another about how to overcome obstacles
and incorporate promising practices in their efforts to address violence against women. In addition,
OVW is focused on building the capacity of the criminal and civil justice systems and victim services
providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and
to foster partnerships between organizations that have not traditionally worked together to address
violence against women.

This award will support FY 2022 TA Initiative purpose area 24, to provide trial advocacy and/or
litigation skills training and technical assistance. The project will enhance the skills of both new and
experienced attorneys litigating civil cases, including, but not limited to, custody, divorce, and
protection order litigation involving domestic violence, dating violence, sexual assault, and stalking.
Project activities will include webinars and other forms of remote training and individualized technical
assistance. Direct technical assistance will include assistance with litigation and other topics to support
civil legal assistance, including, but not limited to, supervision of junior attorneys.

The timing for performance of this award is 36 months.

This award is a continuation of 2018-TA-AX-K006.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Financial Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

The recipient budget is currently under review.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Other Award Documents

TERMS OF COOPERATIVE AGREEMENT

The Office on Violence Against Women (OVW) has elected to enter into a Cooperative Agreement with the America Bar Association to implement the Civil Litigation Skills Project. This decision reflects a mutual interest in increasing training and technical assistance for organizations providing legal services and civil attorneys who represent victims of domestic violence, dating violence, sexual assault, or stalking. The award recipient acknowledges that OVW will play a substantial role in shaping and monitoring the project.

STATEMENT OF FEDERAL INVOLVEMENT

OVW will:

1. Provide the services of a federal program manager as a single point of contact for administration of this cooperative agreement.

2. Monitor program development and implementation, and fulfill an oversight function regarding the project, including:

a) participating in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinating and actively participating in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) reviewing and approving or disapproving all content and formats for written and web-based deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assisting in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working

group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approving final selections;

e) approving or disapproving sites, dates, and agendas for all project-related activities;

f) providing input, re-directing the training and/or technical assistance as needed, and actively monitoring the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approving or disapproving any modifications to the project scope, key project partner(s), deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) reviewing and approving or disapproving all in-person and virtual events including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.

STATEMENT OF RECIPIENT RESPONSIBILITIES

The American Bar Association will comply with all terms and conditions in this cooperative agreement, including those described below.

1. Deliver training and technical assistance on providing civil legal services to victims of domestic violence, dating violence, sexual assault, or stalking to Legal Assistance for Victims Program and STOP Formula Program grantees, subgrantees, and potential grantees and subgrantees. Training and technical assistance will be provided on a broad range of civil legal services related topics including, but not limited to, litigation skills, supervision and mentoring, and law office management.

2. Host 2-3 virtual or in-person basic trail skills institutes.

3. Host 2-3 virtual or in-person advanced trial skills institutes.

4. Host 2-3 virtual or in-person basic custody institutes.

5. Host 2-3 virtual or in-person advanced custody institutes.

6. Present at the Legal Assistance for Victims Program new grantee orientations.

7. Develop and distribute products focused on practical skills and specialized knowledge needed to effectively representation of victims. Topics of products, as well as the types and number of products, will be determined in collaboration with OVW.

8. Host web-based trainings on a variety of topics relevant to providing civil legal services. Topics of the webinars, as well as the number of webinars, will be determined in collaboration with OVW.

9. Host roundtables on emerging issues and addressing challenges in providing legal representation. Topics of the roundtables, as well as the number of roundtables, will be determined in collaboration with OVW.

10. Host and moderate listservs for attorneys.

11. Work cooperatively with OVW on the development and implementation of this project, including providing a meaningful opportunity for OVW staff to:

a) participate in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinate and actively participate in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) review and approve or disapprove all content and formats for written and web-based deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assist in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approve final selections;

e) approve or disapprove sites, dates, and agendas for all project-related activities;

f) provide input, re-direct the training and/or technical assistance as needed, and actively monitor the project by

methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approve or disapprove any modifications to the project scope, key project partners, deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) review and approve or disapprove all in-person and virtual events, including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.

12. If applicable, plan conferences, institutes, roundtables, and focus groups in sufficient time to submit the Department of Justice-Sponsored Conference Request and Report Form (CRF) to OVW for approval at the earliest possible date but no later than 90 days before the recipient needs notice of the OVW decision. In the event that the CRF exceeds DOJ thresholds or the overall cost increases by 10% or $10,000, recipients may be required to submit the CRF earlier than 90 days before the recipient needs notice of OVW decision.

13. Within 90 days of the acceptance of the award, submit a revised project timeline reflecting any changes to the original proposed timeline and deliverables to OVW for review and approval, via the Justice Grants System (JustGrants). If there are no changes necessary, the recipient will confirm with their OVW program manager during the planning period that the original timeline in the application and deliverables, as stated in the award document, stand.

14. Participate in OVW-sponsored technical assistance provider meetings, focus groups and/or conferences at the request of OVW. Funds designated for participation in OVW TA provider meetings cannot be used to support other travel without the express permission of the OVW program manager.

15. Post notice of all project events, including meetings, trainings, webinars, and roundtables, on the OVW Technical Assistance Calendar hosted at https://www.ta2ta.org at least 60 calendar days before the event. Events pending OVW approval should be posted and marked as pending at the earliest possible date but no later than the date upon which the event is submitted for OVW approval. The recipient is responsible for updating the status of the event on the calendar after OVW has issued a decision.

16. Submit all products and resources developed through this award, once approved by OVW in JustGrants, to the TA2TA library at https://www.ta2ta.org, and post such products and resources on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

17. Upon receiving OVW approval, post recordings of multi-media deliverables, including webinars and training videos, on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

18. Attend the &ldquo;Creating Welcoming and Accessible Trainings and Technical Assistance&rdquo; training hosted by the OVW-identified TA provider. At a minimum, the project director and the individual(s) responsible for logistical

and programmatic event planning must attend the training. Appropriate attendance and active participation may be a factor in OVW&rsquo;s future funding decisions. If relevant staff for this TA project and/or the organization have attended this training in the last two years, OVW may waive this requirement. If such a waiver is granted, it is applicable only to this award and does not apply if key personnel changes.

19. Notify OVW of any changes to approved conferences if such changes occur before the event. Changes in a conference cost that cause a category to exceed a DOJ threshold not exceeded when the event was approved, require OVW approval prior to the event. Additional changes, such as conference location, the substantive purpose of the conference, or an increase, in excess of 10% or $10,000, in overall conference costs also require OVW approval prior to the event start date.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

### Condition 1
Requirements of the award; remedies for non-compliance or for materially false statements

The conditions of this award are material requirements of the award. Compliance with any assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance also is a material requirement of this award.

By signing and accepting this award on behalf of the recipient, the authorized recipient official accepts all material requirements of the award, and specifically adopts, as if personally executed by the authorized recipient official, all assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance.

Failure to comply with any one or more of these award requirements -- whether a condition set out in full below, a condition incorporated by reference below, or an assurance or certification related to conduct during the award period -- may result in the Office on Violence Against Women (OVW) taking appropriate action with respect to the recipient and the award. Among other things, OVW may withhold award funds, disallow costs, or suspend or terminate the award. DOJ, including OVW, also may take other legal action as appropriate.

Any materially false, fictitious, or fraudulent statement to the federal government related to this award (or concealment or omission of a material fact) may be the subject of criminal prosecution (including under 18 U.S.C. 1001 and/or 1621, and/or 34 U.S.C. 10271-10273), and also may lead to imposition of civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. 3729-3730 and 3801-3812).

Should any provision of a requirement of this award be held to be invalid or unenforceable by its terms, that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law. Should it be held, instead, that the provision is utterly invalid or -unenforceable, such provision shall be deemed severable from this award.

### Condition 2
Applicability of Part 200 Uniform Requirements and DOJ Grants Financial Guide

The recipient agrees to comply with the Uniform Administrative Requirements, Cost Principles, and Audit Requirements in 2 C.F.R. Part 200, as adopted and supplemented by the Department of Justice (DOJ) in 2 C.F.R. Part 2800 (together, the "Part 200 Uniform Requirements"), and the current edition of the DOJ Grants Financial Guide as posted on the OVW website, including any updated version that may be posted during the period of performance. The recipient also agrees that all financial records pertinent to this award, including the general accounting ledger and all

supporting documents, are subject to agency review throughout the life of the award, during the close-out process, and for three years after submission of the final Federal Financial Report (SF-425) or as long as the records are retained, whichever is longer, pursuant to 2 C.F.R. 200.334, 200.337.

**Condition 3**
Requirement to report potentially duplicative funding

If the recipient currently has other active awards of federal funds, or if the recipient receives any other award of federal funds during the period of performance for this award, the recipient promptly must determine whether funds from any of those other federal awards have been, are being, or are to be used (in whole or in part) for one or more of the identical cost items for which funds are provided under this award. If so, the recipient must promptly notify OVW in writing of the potential duplication, and, if so requested by OVW, must seek a budget-modification or change-of-project-scope Grant Award Modification (GAM) to eliminate any inappropriate duplication of funding.

**Condition 4**
Requirements related to System for Award Management and unique entity identifiers

The recipient must comply with applicable requirements regarding the System for Award Management (SAM), currently accessible at https://www.sam.gov. This includes applicable requirements regarding registration with SAM, as well as maintaining current information in SAM.

The recipient also must comply with applicable restrictions on subawards (subgrants) to first-tier subrecipients (subgrantees), including restrictions on subawards to entities that do not acquire and provide (to the recipient) the unique entity identifier assigned by SAM.

The details of the recipient's obligations related to SAM and to unique entity identifiers are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Requirements related to System for Award Management (SAM) and unique entity identifiers), and are incorporated by reference here.

**Condition 5**
Requirement to report actual or imminent breach of personally identifiable information (PII)

The recipient (and any subrecipient at any tier) must have written procedures in place to respond in the event of an actual or imminent breach (as defined in OMB M-17-12) if it (or a subrecipient)-- 1) creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of personally identifiable information (PII) (as defined in 2 C.F.R. 200.1) within the scope of an OVW grant-funded program or activity, or 2) uses or operates a Federal information system (as defined in OMB Circular A-130). The recipient's breach procedures must include a requirement to report actual or imminent breach of PII to an OVW Program Manager no later than 24 hours after an occurrence of an actual breach, or the detection of an imminent breach.

**Condition 6**
Requirements pertaining to prohibited conduct related to trafficking in persons (including reporting requirements and OVW authority to terminate award)

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements (including requirements to report allegations) pertaining to prohibited conduct related to the trafficking of persons, whether on the part of recipients, subrecipients (subgrantees), or individuals defined (for purposes of this condition) as "employees" of the recipient or of any subrecipient.

The details of the recipient's obligations related to prohibited conduct related to trafficking in persons are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and OVW authority to terminate award)), and are incorporated by reference here.

**Condition 7**
Determinations of suitability to interact with participating minors

This condition applies to this award if it is indicated in the application for the award (as approved by DOJ) (or in the application for any subaward at any tier), the DOJ funding announcement (solicitation), or an associated federal statute that a purpose of some or all of the activities to be carried out under the award (whether by the recipient or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age.

The recipient, and any subrecipient at any tier, must make determinations of suitability before certain individuals may interact with participating minors. This requirement applies regardless of an individual's employment status. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award condition: Determination of suitability required, in advance, for certain individuals who may interact with participating minors), and are incorporated by reference here.

**Condition 8**
Compliance with applicable rules regarding approval, planning, and reporting of conferences, meetings, trainings, and other events

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable laws, regulations, policies, and official DOJ guidance (including specific cost limits, prior approval and reporting requirements, where applicable) governing the use of federal funds for expenses related to conferences (as that term is defined by DOJ), including the provision of food and/or beverages at such conferences, and costs of attendance at such conferences.

Information on the pertinent DOJ definition of conferences and the rules applicable to this award appears on the OVW website at https://www.justice.gov/ovw/conference-planning.

**Condition 9**
OVW Training Guiding Principles

The recipient understands and agrees that any training or training materials developed or delivered with funding provided under this award must adhere to the OVW Training Guiding Principles for Grantees and Subgrantees, available at https://www.justice.gov/ovw/resources-and-faqs-grantees#Discretionary.

**Condition 10**
Effect of failure to address audit issues

The recipient understands and agrees that OVW may withhold award funds, or may impose other related requirements, if (as determined by OVW) the recipient does not satisfactorily and promptly address outstanding issues from audits required by the Part 200 Uniform Requirements (or by the terms of this award), or other outstanding issues that arise in connection with audits, investigations, or reviews of DOJ awards.

**Condition 11**
Potential imposition of additional requirements

The recipient agrees to comply with any additional requirements that may be imposed by OVW during the period of performance for this award, if the recipient is designated as "high-risk" for purposes of the DOJ high-risk grantee list.

**Condition 12**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 42

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 42, specifically including any applicable requirements in Subpart E of 28 C.F.R. Part 42 that relate to an equal employment opportunity program.

**Condition 13**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 38

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 38.

Among other things, 28 C.F.R. Part 38 includes rules that prohibit specific forms of discrimination on the basis of religion, a religious belief, a refusal to hold a religious belief, or refusal to attend or participate in a religious practice. Part 38 also sets out rules and requirements that pertain to recipient and subrecipient (subgrantee) organizations that engage in or conduct explicitly religious activities, as well as rules and requirements that pertain to recipients and subrecipients that are faith-based or religious organizations.

**Condition 14**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 54

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 54, which relates to nondiscrimination on the basis of sex in certain "education programs."

**Condition 15**
Restrictions on "lobbying" and policy development

In general, as a matter of federal law, federal funds may not be used by the recipient, or any subrecipient (subgrantee) at any tier, either directly or indirectly, in support of the enactment, repeal, modification or adoption of any law, regulation or policy, at any level of government, in order to avoid violation of 18 U.S.C. 1913. The recipient, or any subrecipient (subgrantee) may, however, use federal funds to collaborate with and provide information to federal, state, local, tribal and territorial public officials and agencies to develop and implement policies and develop and promote state, local, or tribal legislation or model codes designed to reduce or eliminate domestic violence, dating violence, sexual assault, and stalking (as those terms are defined in 34 U.S.C. 12291(a)) when such collaboration and provision of information is consistent with the activities otherwise authorized under this grant program.

Another federal law generally prohibits federal funds awarded by OVW from being used by the recipient, or any subrecipient at any tier, to pay any person to influence (or attempt to influence) a federal agency, a Member of Congress, or Congress (or an official or employee of any of them) with respect to the awarding of a federal grant or cooperative agreement, subgrant, contract, subcontract, or loan, or with respect to actions such as renewing, extending, or modifying any such award. See 31 U.S.C. 1352. Certain exceptions to this law apply, including an exception that applies to Indian tribes and tribal organizations.

Should any question arise as to whether a particular use of federal funds by a recipient (or subrecipient) would or might fall within the scope of these prohibitions, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 16**
Compliance with general appropriations-law restrictions on the use of federal funds for this fiscal year

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable restrictions on the use of federal funds set out in federal appropriations statutes. Pertinent restrictions, for each fiscal year, are set out at https://www.justice.gov/ovw/award-conditions (Award Condition: General appropriations-law restrictions on use of federal award funds), and are incorporated by reference here. Should a question arise as to whether a particular use of federal funds by a recipient (or a subrecipient) would or might fall within the scope of an appropriations-law restriction, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 17**
Reporting potential fraud, waste, and abuse, and similar misconduct

The recipient and any subrecipients (subgrantees) must promptly refer to the DOJ Office of the Inspector General (OIG) any credible evidence that a principal, employee, agent, subrecipient, contractor, subcontractor, or other person has, in connection with funds under this award -- (1) submitted a claim that violates the False Claims Act; or (2) committed a criminal or civil violation of laws pertaining to fraud, conflict of interest, bribery, gratuity, or similar misconduct.

Potential fraud, waste, abuse, or misconduct involving or relating to funds under this award should be reported to the OIG by-- (1) online submission accessible via the OIG webpage at https://oig.justice.gov/hotline/contact-grants.htm

(select "Submit Report Online"); (2) mail directed to: U.S. Department of Justice, Office of the Inspector General, Investigations Division, ATTN: Grantee Reporting, 950 Pennsylvania Ave., NW, Washington, DC 20530; (3) by facsimile directed to the DOJ OIG Fraud Detection Office (Attn: Grantee Reporting) at (202) 616-9881 (fax).

Additional information is available from the DOJ OIG website at https://oig.justice.gov/hotline.

**Condition 18**
Restrictions and certifications regarding non-disclosure agreements and related matters

No recipient or subrecipient (subgrantee) under this award, or entity that receives a procurement contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts, or purports to prohibit or restrict, the reporting (in accordance with law) of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information.

The foregoing is not intended, and shall not be understood by the agency making this award, to contravene requirements applicable to Standard Form 312 (which relates to classified information), Form 4414 (which relates to sensitive compartmented information), or any other form issued by a federal department or agency governing the nondisclosure of classified information.

1. In accepting this award, the recipient--

a. represents that it neither requires nor has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

b. certifies that, if it learns or is notified that it is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

2. If the recipient does or is authorized under this award to make subawards (subgrants), procurement contracts, or both--

a. it represents that--

(1) it has determined that no other entity that the recipient's application proposes may or will receive award funds (whether through a subaward (subgrant), procurement contract, or subcontract under a procurement contract) either requires or has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

(2) it has made appropriate inquiry, or otherwise has an adequate factual basis, to support this representation; and

b. it certifies that, if it learns or is notified that any subrecipient, contractor, or subcontractor entity that receives funds under this award is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds to or by that entity, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

**Condition 19**
Compliance with 41 U.S.C. 4712 (including prohibitions on reprisal; notice to employees)

The recipient (and any subrecipient at any tier) must comply with, and is subject to, all applicable provisions of 41 U.S.C. 4712, including all applicable provisions that prohibit, under specified circumstances, discrimination against an employee as reprisal for the employee's disclosure of information related to gross mismanagement of a federal grant, a

gross waste of federal funds, an abuse of authority relating to a federal grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a federal grant.

The recipient also must inform its employees, in writing (and in the predominant native language of the workforce), of employee rights and remedies under 41 U.S.C. 4712.

Should a question arise as to the applicability of the provisions of 41 U.S.C. 4712 to this award, the recipient is to contact OVW for guidance.

**Condition 20**
Encouragement of policies to ban text messaging while driving

Pursuant to Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," 74 Fed. Reg. 51225 (October 1, 2009), DOJ encourages recipients and subrecipients (subgrantees) to adopt and enforce policies banning employees from text messaging while driving any vehicle during the course of performing work funded by this award, and to establish workplace safety policies and conduct education, awareness, and other outreach to decrease crashes caused by distracted drivers.

**Condition 21**
Requirement to disclose whether recipient is designated high risk by a federal grant-making agency outside of DOJ

If the recipient is designated high risk by a federal grant-making agency outside of DOJ, currently or at any time during the course of the period of performance under this award, the recipient must disclose that fact and certain related information to OVW by email to OVW.GFMD@usdoj.gov. For purposes of this disclosure, high risk includes any status under which a federal awarding agency provides additional oversight due to the recipient's past performance, or other programmatic or financial concerns with the recipient. The recipient's disclosure must include the following: (1) the federal awarding agency that currently designates the recipient high risk; (2) the date the recipient was designated high risk; (3) the high-risk point of contact at that federal awarding agency (name, phone number, and email address); and (4) the reasons for the high-risk status, as set out by the federal awarding agency.

**Condition 22**
Availability of general terms and conditions on OVW website

The recipient agrees to follow the applicable set of general terms and conditions that are available at https://www.justice.gov/ovw/award-conditions. These do not supersede any specific conditions in this award document.

**Condition 23**
Compliance with statutory and regulatory requirements

The recipient agrees to comply with all relevant statutory and regulatory requirements, which may include, among other relevant authorities, the Violence Against Women Act of 1994, P.L. 103-322, the Violence Against Women Act of 2000, P.L. 106-386, the Violence Against Women and Department of Justice Reauthorization Act of 2005, P.L. 109-162, the Violence Against Women Reauthorization Act of 2013, P.L. 113-4, the Omnibus Crime Control and Safe Streets Act of 1968, 34 U.S.C. 10101 et seq., and OVW's implementing regulations at 28 C.F.R. Part 90.

**Condition 24**
Compliance with solicitation requirements

The recipient agrees that it must be in compliance with requirements outlined in the solicitation under which the approved application was submitted, the applicable Solicitation Companion Guide, and any program-specific frequently asked questions (FAQs) on the OVW website (https://www.justice.gov/ovw/resources-and-faqs-grantees). The program solicitation, Companion Guide, and any program-specific FAQs are hereby incorporated by reference into this award.

**Condition 25**
VAWA 2013 nondiscrimination condition

The recipient acknowledges that 34 U.S.C. 12291(b)(13) prohibits recipients of OVW awards from excluding, denying benefits to, or discriminating against any person on the basis of actual or perceived race, color, religion, national origin, sex, gender identity, sexual orientation, or disability in any program or activity funded in whole or in part by OVW. Recipients may provide sex-segregated or sex-specific programming if doing so is necessary to the essential operations of the program, so long as the recipient provides comparable services to those who cannot be provided with the sex-segregated or sex-specific programming. The recipient agrees that it will comply with this provision. The recipient also agrees to ensure that any subrecipients (subgrantees) at any tier will comply with this provision.

**Condition 26**
Misuse of award funds

The recipient understands and agrees that misuse of award funds may result in a range of penalties, including suspension of current and future funds, suspension or debarment from federal grants, recoupment of monies provided under an award, and civil and/or criminal penalties.

**Condition 27**
Limitation on use of funds to approved activities

The recipient agrees that grant funds will be used only for the purposes described in the recipient's application, unless OVW determines that any of these activities are out of scope or unallowable. The recipient must not undertake any work or activities that are not described in the recipient's application, award documents, or approved budget, and must not use staff, equipment, or other goods or services paid for with grant funds for such work or activities, without prior written approval, via Grant Award Modification (GAM), from OVW.

**Condition 28**
Non-supplantation

The recipient agrees that grant funds will be used to supplement, not supplant, non-federal funds that would otherwise be available for the activities under this grant.

**Condition 29**
Confidentiality and information sharing

The recipient agrees to comply with the provisions of 34 U.S.C. 12291(b)(2), nondisclosure of confidential or private information, which includes creating and maintaining documentation of compliance, such as policies and procedures for release of victim information. The recipient also agrees to comply with the regulations implementing this provision at 28 CFR 90.4(b) and "Frequently Asked Questions (FAQs) on the VAWA Confidentiality Provision (34 U.S.C. 12291(b)(2))" on the OVW website at https://www.justice.gov/ovw/resources-and-faqs-grantees. The recipient also agrees to ensure that all subrecipients (subgrantees) at any tier meet these requirements.

**Condition 30**
Activities that compromise victim safety and recovery or undermine offender accountability

The recipient agrees that grant funds will not support activities that compromise victim safety and recovery or undermine offender accountability, such as: procedures or policies that exclude victims from receiving safe shelter, advocacy services, counseling, and other assistance based on their actual or perceived sex, age, immigration status, race, religion, sexual orientation, gender identity, mental health condition, physical health condition, criminal record, work in the sex industry, or the age and/or sex of their children; procedures or policies that compromise the confidentiality of information and privacy of persons receiving OVW-funded services; procedures or policies that impose requirements on victims in order to receive services (e.g., seek an order of protection, receive counseling, participate in couples' counseling or mediation, report to law enforcement, seek civil or criminal remedies, etc.); procedures or policies that fail to ensure service providers conduct safety planning with victims; project design and budgets that fail to account for the access needs of participants with disabilities and participants who have limited English proficiency or are Deaf or hard of hearing; or any other activities outlined in the solicitation or companion guide under which the application was submitted.

**Condition 31**
Policy for response to workplace-related incidents of sexual misconduct, domestic violence, and dating violence

The recipient, and any subrecipient at any tier, must have a policy, or issue a policy within 270 days of the award date, to address workplace-related incidents of sexual misconduct, domestic violence, and dating violence involving an employee, volunteer, consultant, or contractor. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Policy for response to workplace-related sexual misconduct, domestic violence, and dating violence), and are incorporated by reference here.

**Condition 32**
Termination or suspension

The Director of OVW, upon a finding that there (1) has been substantial failure by the recipient to comply with applicable laws, regulations, and/or the terms and conditions of the award or relevant solicitation, (2) has been failure by the recipient to make satisfactory progress toward the goals, objectives, or strategies set forth in the application, or (3) have been project changes proposed or implemented by the recipient to the extent that, if originally submitted, the application would not have been selected for funding, will terminate or suspend until the Director is satisfied that there is no longer such failure or changes, all or part of the award, in accordance with the provisions of 28 C.F.R. Part 18, as applicable mutatis mutandis. The federal regulation providing uniform rules for termination of grants and cooperative agreements is 2 C.F.R. 200.340.

**Condition 33**
Semiannual and final performance progress report submission

The recipient agrees to submit semiannual performance progress reports that describe activities conducted during the reporting period, including program effectiveness measures. Reports must be submitted throughout the project period, even if no funds were spent and no activities were conducted in a given reporting period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

The information that must be collected and reported to OVW can be found in the reporting form associated with the grant program or initiative under which this award was made. Performance progress reports must be submitted within 30 days after the end of the reporting periods, which are January 1 - June 30 and July 1 - December 31. Recipients are required to submit their reports through the Justice Grants System, unless and until OVW issues updated instructions for report submission. The final report is due 90 days after the end of the project period and should be marked "final" in the Report Type field.

**Condition 34**
Quarterly financial status reports

The recipient agrees that it will submit quarterly financial status reports (the SF 425 Federal Financial Report) to OVW in the Justice Grants System, not later than 30 days after the end of each calendar quarter. The final report shall be submitted not later than 90 days following the end of the award period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

**Condition 35**
Program income

Program income, as defined by 2 C.F.R. 200.1, means gross income earned by the non-federal entity that is directly generated by a supported activity or earned as a result of the federal award during the period of performance. Without prior approval from OVW, program income must be deducted from total allowable costs to determine the net allowable costs. In order to add program income to the OVW award, the recipient must seek approval from its program manager via a budget modification Grant Award Modification (GAM) prior to generating any program income. Any program income added to the federal award must be used to support activities that were approved in the budget and follow the conditions of the OVW award. Any program income approved via budget modification GAM must be reported in the recipient's quarterly Federal Financial Report SF-425 in accordance with the addition alternative. If the program income amount changes (increases or decreases) during the project period, it must be approved via a budget modification GAM by the end of the project period. If the budget modification is not submitted and approved, it could result in audit

findings for the recipient.

**Condition 36**
FFATA reporting subawards and executive compensation

The recipient agrees to comply with applicable requirements to report first-tier subawards (subgrants) of $30,000 or more and, in certain circumstances, to report the names and total compensation of the five most highly compensated executives of the recipient and first-tier subrecipients of award funds. Such data will be submitted to the Federal Funding Accountability and Transparency Act of 2006 (FFATA) Subaward Reporting System (FSRS). The details of recipient obligations, which derive from FFATA, are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Reporting Subawards and Executive Compensation), and are incorporated by reference here.

**Condition 37**
Changes to MOU and/or IMOA

The recipient agrees to submit for OVW review and approval any anticipated addition of, removal of, or change in collaborating partner agencies or individuals who are signatories of the Memorandum of Understanding and, if applicable, the Internal Memorandum of Agreement.

**Condition 38**
Prior approval of all materials and publications

The recipient agrees to submit for OVW review and approval all materials and publications (written, web-based, audio-visual, or any other format) that are funded under this award. OVW must have not less than 20 days to complete review and approval. The recipient may not distribute or publicly release such materials under this award until OVW has approved them.

**Condition 39**
Publication disclaimer

The recipient agrees that all materials and publications (written, web-based, audio-visual, or any other format) resulting from award activities shall contain the following statement: "This project was supported by Grant No. _____ awarded by the Office on Violence Against Women, U.S. Department of Justice. The opinions, findings, conclusions, and recommendations expressed in this publication/program/exhibition are those of the author(s) and do not necessarily reflect the views of the U.S. Department of Justice." The recipient also agrees to ensure that any subrecipient at any tier will comply with this condition.

**Condition 40**
Copyrighted works

Pursuant to 2 C.F.R. 200.315(b), the recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under this award. OVW reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work, in whole or in part (including in the creation of derivative works), for federal purposes, and to authorize others to do so.

OVW also reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use, in whole or in part (including in the creation of derivative works), any work developed by a subrecipient (subgrantee) of this award, for federal purposes, and to authorize others to do so.

In addition, the recipient (or subrecipient, contractor, or subcontractor of this award at any tier) must obtain advance written approval from the OVW program manager assigned to this award, and must comply with all conditions specified by the program manager in connection with that approval, before: 1) using award funds to purchase ownership of, or a license to use, a copyrighted work; or 2) incorporating any copyrighted work, or portion thereof, into a new work developed under this award.

It is the responsibility of the recipient (and of each subrecipient, contractor, or subcontractor as applicable) to ensure

that this condition is included in any subaward, contract, or subcontract under this award.

**Condition 41**
Grantee orientation - mandatory attendance

First-time recipients, or continuation recipients if requested, must agree to have key staff members, as identified by OVW, attend the OVW grantee orientation seminar, which may be offered in-person, online, or a combination of both. Additionally, if there is a change in the project director/coordinator during the grant period, the recipient agrees, at the earliest opportunity, to send the new project director/coordinator, regardless of prior experience with this or any other federal award, to an in-person OVW grantee orientation seminar or require completion of the orientation online, whichever is available.

**Condition 42**
Technical assistance provider training requirement

The recipient agrees to set aside funds, as required in the solicitation under which this application was submitted, to enhance the delivery of OVW-supported training and technical assistance (TA) and ensure that OVW-supported TA and TA providers reflect OVW's mission and priorities and the goals of the Violence Against Women Act, as amended. Key project staff, identified by OVW, must attend or participate in TA courses on topics including, but not limited, to: accessibility, organizational cultural competency, advanced adult learning theory and application, curriculum and product development, and financial and grants management. Courses will be selected by OVW and delivered by OVW and/or organizations identified by OVW. Funds set aside for this purpose may not be used for any other training or purpose without the approval of OVW.

**Condition 43**
Consultant compensation rates

The recipient acknowledges that consultants paid with award funds generally may not be paid at a rate in excess of $81.25 per hour, not to exceed $650 per day. To exceed this specified maximum rate, recipients must submit to OVW a detailed justification and have such justification approved by OVW, prior to obligation or expenditure of such funds. Issuance of this award or approval of the award budget alone does not indicate approval of any consultant rate in excess of $81.25 per hour, not to exceed $650 per day. Although prior approval is not required for consultant rates below this specified maximum rate, recipients are required to maintain documentation to support all daily or hourly consultant rates.

**Condition 44**
Prior approval for conference expenditures

The recipient must complete and submit the Department of Justice-Sponsored Conference Request and Report Form to OVW for review and approval prior to entering into any contract (with the exception of logistical or programmatic planning contracts) or expending any funds for any meeting, conference, training, or other event. This includes conferences for which OVW is not the primary source of funding if OVW support will exceed $20,000.

**Condition 45**
Logistical conference planning costs

The allowable costs for logistical conference planning are limited to $50 per attendee, not to exceed a cumulative total of $8,750. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at a conference is 100, the cost allowed for a logistical conference planner is $5,000 ($50 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside logistical conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the logistical conference planning.

**Condition 46**
Programmatic conference planning costs

The allowable costs for programmatic conference planning are limited to $200 per attendee, not to exceed a cumulative cost total of $35,000. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at the conference is 100, the cost allowed for a programmatic conference planner is $20,000 ($200 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside programmatic conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the programmatic conference planning.

**Condition 47**
Conference space and audio-visual equipment

Recipients must limit the cost of conference space and audio-visual equipment to $25 per day per attendee, not to exceed a total of $20,000 for the conference. "Attendees" include trainers, instructors, presenters, and facilitators. Indirect cost rates must be applied to conference space and audio-visual equipment costs in accordance with negotiated agreements, and must be included when calculating this threshold. If the recipient expects that these limitations will be exceeded, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient enters into any contract for the use of conference space and audio-visual equipment.

**Condition 48**
Prohibition on trinkets at conferences

The recipient acknowledges that trinkets (items such as hats, mugs, portfolios, t-shirts, coins, etc., regardless of whether they include the conference name or logo) must not be purchased with funds made available under this agreement. Basic supplies that are necessary for use during the conference (e.g., pens, paper, name tags) may be purchased.

**Condition 49**
Prohibition on entertainment at conferences

The recipient acknowledges that funds made available under this agreement may not be used for costs of entertainment, including amusement, diversion, social activities, and any costs directly associated with entertainment (such as tickets to shows or sports events, meals, lodging, rentals, transportation, and gratuities).

**Condition 50**
Food and beverages at conferences

Subject to OVW prior approval, and under limited circumstances, OVW funds may be used to purchase food and/or beverages for meals served during a meeting, conference, or training. OVW may approve the use of funds to purchase food and/or beverages served at a working meal if the recipient can justify that provision of the meal is necessary to accomplish official business and enhance the cost effectiveness of the conference. For example, a meal may be permissible where the conference will need to be extended if the working meal is not provided.

OVW will consider allowing grant funds to be used to purchase food and/or beverages for refreshment breaks only where there are unique and extenuating circumstances, and the recipient will be required to provide significant justification for such use of funds.

Furthermore, if a meal is approved by OVW, the cost of any individual meal, including taxes and any hotel service costs (e.g., labor cost for room setup), must not exceed 150 percent of the General Services Administration (GSA) Meals and Incidental Expenses (M&IE) rate for an individual's meal in that locality. OVW strongly encourages recipients to maintain costs for any meal provided, including any service costs, at or below 100 percent of the applicable GSA M&IE rate. The current GSA M&IE rate breakdown by meal and by locality can be found at https://gsa.gov/portal/content/101518. This award condition does not impact direct payment of per diem amounts to

individuals in a travel status under the recipient's travel policy.

**Condition 51**
Conference expenditure reporting

Within 30 days after the end of any conference, meeting, retreat, seminar, symposium, training activity, or similar event funded, in whole or in part, under this award, and the total cost of which exceeds $20,000 in award funds, the recipient must report all conference expenditures paid for with OVW funds by providing the OVW program manager with a completed DOJ-Sponsored Conference Request and Report Form, available at https://www.justice.gov/ovw/ conference-planning.

**Condition 52**
Required SAM and FAPIIS reporting

The recipient must comply with any and all applicable requirements regarding reporting of information on civil, criminal, and administrative proceedings connected with (or connected to the performance of) either this OVW award or any other grant, cooperative agreement, or procurement contract from the federal government. Under certain circumstances, recipients of OVW awards are required to report information about such proceedings, through the federal System for Award Management (known as "SAM"), to the designated federal integrity and performance system (currently, "FAPIIS").

The details of recipient obligations regarding the required reporting (and updating) of information on certain civil, criminal, and administrative proceedings to FAPIIS within SAM are posted on the OVW website at: https:// www.justice.gov/ovw/award-conditions (Award Condition: Recipient Integrity and Performance Matters, including Recipient Reporting to FAPIIS), and are incorporated by reference here.

**Condition 53**
Withholding of funds pending completion of prior award addressing the same purpose(s)

The recipient acknowledges that it has a prior OVW award that is supporting the same purpose(s) as this new award. The recipient may obligate, expend, and draw down from this award only funds for travel-related expenses up to $10,000 to attend OVW-sponsored technical assistance events. The recipient agrees not to obligate, expend, or draw down any additional funds under this award until all funds are expended on its prior OVW award for the same purpose(s). If the recipient needs to obligate, expend, or draw down additional funds from this award prior to the completion/expiration of the prior award, it must submit a written request to its program manager for review and approval.

**Condition 54**
Indirect costs

The recipient may not obligate, expend, or draw down any award funds for indirect costs, unless and until either (1) the recipient submits to OVW a current, federally-approved indirect cost rate agreement, or (2) the recipient determines that it is eligible under the Part 200 Uniform Requirements to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f), and advises OVW in writing of both its eligibility and its election.

**Condition 55**
Conditional clearance with release of technical assistance funds

The recipient acknowledges that the budget for this award is pending review and approval. Until OVW approves the budget, the recipient may not obligate, expend, or draw down any funds, except those that OVW allows for participation in or travel-related expenses to attend OVW-sponsored technical assistance events. Any obligations or expenditures incurred by the recipient prior to the budget being approved are made at the recipient's own risk. If there is another condition on the award prohibiting any obligation, expenditure, and drawdown of any funds, that other condition will control. Remaining funds will not be available for drawdown until OVW's Grants Financial Management Division has approved the budget and budget narrative via a Grant Award Modification (GAM). If applicable, the Indirect Cost Rate will be identified in the GAM when the budget is approved.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

---

## Award Acceptance

**Declaration and Certification to the U.S. Department of Justice as to Acceptance**

By checking the declaration and certification box below, I--

A.    Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.    Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted  in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.    Accept this award on behalf of the applicant.

D.    Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

**Agency Approval**

| **Title of Approving Official** | **Name of Approving Official** | **Signed Date And Time** |
|---|---|---|
| Deputy Director | NADINE NEUFVILLE | 9/22/22 6:13 PM |

**Authorized Representative**

[X]

**Entity Acceptance**

**Title of Authorized Entity Official**
Director, Grant Operations and Compliance

**Name of Authorized Entity Official**
Vladimir Gurin

**Signed Date And Time**
11/3/2022 4:32 PM

Award Document for Trauma-Informed Representation Project (Compl. ¶ 50)



# Department of Justice (DOJ)

### Office on Violence Against Women (OVW)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | AMERICAN BAR ASSOCIATION<br>1050 CONNECTICUT AVE NW, STE 400 |
| **City, State and Zip:** | WASHINGTON, DC 20036 |
| **Recipient UEI:** | D2KUZ2RYLJJ6 |

| | |
|---|---|
| **Project Title:** Trauma-Informed Legal Representation Project | **Award Number:** 15JOVW-22-GK-04001-MUMU |

**Solicitation Title:** OVW Fiscal Year 2022 Training and Technical Assistance Initiative Solicitation

| | |
|---|---|
| **Federal Award Amount:** $600,000.00 | **Federal Award Date:** 9/28/22 |

| | |
|---|---|
| **Awarding Agency:** | Office on Violence Against Women |
| **Funding Instrument Type:** | CA |

**Assistance Listing:**
16.526 - OVW Technical Assistance Initiative

16.526 - OVW Technical Assistance Initiative

| | |
|---|---|
| **Project Period Start Date:** 10/1/22 | **Project Period End Date:** 9/30/25 |
| **Budget Period Start Date:** 10/1/22 | **Budget Period End Date:** 9/30/25 |

**Project Description:**
The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative provides OVW grantees and subgrantees with the expertise and support they need to develop and implement successful state, local, tribal, and campus projects; increase victim safety; and bolster offender accountability. Through cooperative agreements, OVW supports educational initiatives, conferences, peer-to-peer consultations, and targeted assistance that allow current and potential grantees and subgrantees to learn from experts and one another about how to overcome obstacles and incorporate promising practices in their efforts to address violence against women. In addition, OVW is focused on building the capacity of the criminal and civil justice systems and victim services providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and to foster partnerships between organizations that have not traditionally worked together to address violence against women.

This award will support FY 2022 TA initiative purpose area 23, to provide training and technical assistance to attorneys on incorporating trauma informed principles into the representation of survivors of domestic violence, dating violence, sexual assault, or stalking.

The timing for performance of this award is 36 months.

This is a new award.

**Award Letter**

September 28, 2022

Dear Vladimir Gurin,

On behalf of Attorney General Merrick B. Garland, it is my pleasure to inform you the Office on Violence Against Women (OVW) has approved the application submitted by  AMERICAN BAR ASSOCIATION  for an award under the funding opportunity entitled 2022 OVW Fiscal Year 2022 Training and Technical Assistance Initiative Solicitation. The approved award amount is $600,000.
Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by OVW, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

Congratulations, and we look forward to working with you.


NADINE NEUFVILLE
Deputy Director
**Office for Civil Rights Notice for All Recipients**


The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) has been delegated the responsibility for ensuring that recipients of federal financial assistance from the OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW) are not engaged in discrimination prohibited by law. Several federal civil rights laws, such as Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance to give assurances that they will comply with those laws. Taken together, these civil rights laws prohibit recipients of federal financial assistance from DOJ from discriminating in services and employment because of race, color, national origin, religion, disability, sex, and, for grants authorized under the Violence Against Women Act, sexual orientation and gender identity.  Recipients are also prohibited from discriminating in services because of age.  For a complete review of these civil rights laws and nondiscrimination requirements, in connection with DOJ awards, see https://ojp.gov/funding/ Explore/LegalOverview/CivilRightsRequirements.htm.

Under the delegation of authority, the OCR investigates allegations of discrimination against recipients from individuals, entities, or groups. In addition, the OCR conducts limited compliance reviews and audits based on regulatory criteria.

These reviews and audits permit the OCR to evaluate whether recipients of financial assistance from the Department are providing services in a nondiscriminatory manner to their service population or have employment practices that meet equal-opportunity standards.

If you are a recipient of grant awards under the Omnibus Crime Control and Safe Streets Act or the Juvenile Justice and Delinquency Prevention Act and your agency is part of a criminal justice system, there are two additional obligations that may apply in connection with the awards: (1) complying with the regulation relating to Equal Employment Opportunity Programs (EEOPs); and (2) submitting findings of discrimination to OCR. For additional information regarding the EEOP requirement, see 28 CFR Part 42, subpart E, and for additional information regarding requirements when there is an adverse finding, see 28 C.F.R. §§ 42.204(c), .205(c)(5).

The OCR is available to help you and your organization meet the civil rights requirements that are associated with DOJ grant funding. If you would like the OCR to assist you in fulfilling your organization's civil rights or nondiscrimination responsibilities as a recipient of federal financial assistance, please do not hesitate to contact the OCR at askOCR@ojp.usdoj.gov.

**Memorandum Regarding NEPA**

**NEPA Letter Type**
OVW – Categorical Exclusion - No Renovations Allowed

**NEPA Letter**
Renovations and construction are unallowable under this grant, and therefore none of the following activities?will be conducted?under the OVW federal action (i.e., the OVW-funded grant project) or a related third-party action:??

1. New construction.??

2. Any renovation or remodeling of a property located in an environmentally or historically sensitive area, including property (a) listed on or eligible for listing on the National Register of Historic Places, or (b) located within a 100-year flood plain, a wetland, or habitat for an endangered species.?

3. A?renovation which?will change the basic prior use of a facility or significantly change its size.?

4. Research and technology whose anticipated and future application?could be expected?to have an effect on the environment.?

5. Implementation of a program involving the use of chemicals.??

In addition, the OVW federal action is neither a phase nor a segment of a project that, when reviewed in its entirety, would not meet the criteria for a categorical exclusion.???

Consequently, the subject federal action meets the Office on Violence Against Women's criteria for a categorical exclusion as contained in paragraph 4(b) of Appendix D to Part 61 of Title 28 of the Code of Federal Regulations (adopted by OVW at 28 CFR § 0.122(b)).??Also, no further analysis is required under the National Historic Preservation Act or other related statutes and regulations.?

**NEPA Coordinator**

| First Name | Middle Name | Last Name |
|---|---|---|
| Debra | | Murphy |

## Award Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

### Recipient Information

**Recipient Name**
 no value

**UEI**
D2KUZ2RYLJJ6

**Street 1**
1050 CONNECTICUT AVE NW, STE 400

**Street 2**

**City**
WASHINGTON

**State/U.S. Territory**
District of Columbia

**Zip/Postal Code**
20036

**Country**
United States

**County/Parish**
 no value

**Province**
 no value

### Award Details

**Federal Award Date**
9/28/22

**Award Type**
Initial

**Award Number**
15JOVW-22-GK-04001-MUMU

**Supplement Number**
00

**Federal Award Amount**
$600,000.00

**Funding Instrument Type**
CA

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.526 | OVW Technical Assistance Initiative |
| 16.526 | OVW Technical Assistance Initiative |

**Statutory Authority**

34 U.S.C. 12291(b)(11)

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

### Project Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project**

Information, Financial Information, and Award Conditions.

**Solicitation Title**
2022 OVW Fiscal Year 2022 Training and Technical
Assistance Initiative Solicitation

**Awarding Agency**
OVW

**Application Number**
GRANT13604640

**Grant Manager**
EDWARD SEIGHMAN

**Phone Number**
202-451-7587

**E-mail Address**
Edward.Seighman@usdoj.gov

**Project Title**
Trauma-Informed Legal Representation Project

**Performance Period Start Date**
10/01/2022

**Performance Period End Date**
09/30/2025

**Budget Period Start Date**
10/01/2022

**Budget Period End Date**
09/30/2025

**Project Description**
The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative provides OVW grantees and subgrantees with the expertise and support they need to develop and implement successful state, local, tribal, and campus projects; increase victim safety; and bolster offender accountability. Through cooperative agreements, OVW supports educational initiatives, conferences, peer-to-peer consultations, and targeted assistance that allow current and potential grantees and subgrantees to learn from experts and one another about how to overcome obstacles and incorporate promising practices in their efforts to address violence against women. In addition, OVW is focused on building the capacity of the criminal and civil justice systems and victim services providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and to foster partnerships between organizations that have not traditionally worked together to address violence against women.

This award will support FY 2022 TA initiative purpose area 23, to provide training and technical assistance to attorneys on incorporating trauma informed principles into the representation of survivors of domestic violence, dating violence, sexual assault, or stalking.

The timing for performance of this award is 36 months.

This is a new award.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

---

**Financial Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

The recipient budget is currently under review.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Other Award Documents

TERMS OF COOPERATIVE AGREEMENT

The Office on Violence Against Women (OVW) has elected to enter into a Cooperative Agreement with the America Bar Association to implement the Trauma-Informed Legal Representation Project. This decision reflects a mutual interest in supporting trauma-informed practices in legal representation. The award recipient acknowledges that OVW will play a substantial role in shaping and monitoring the project.

STATEMENT OF FEDERAL INVOLVEMENT

OVW will:

1. Provide the services of a federal program manager as a single point of contact for administration of this cooperative agreement.

2. Monitor program development and implementation, and fulfill an oversight function regarding the project, including:

a) participating in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinating and actively participating in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) reviewing and approving or disapproving all content and formats for written and web-based deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assisting in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approving final selections;

e) approving or disapproving sites, dates, and agendas for all project-related activities;

f) providing input, re-directing the training and/or technical assistance as needed, and actively monitoring the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approving or disapproving any modifications to the project scope, key project partner(s), deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) reviewing and approving or disapproving all in-person and virtual events including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.

STATEMENT OF RECIPIENT RESPONSIBILITIES

The American Bar Association will comply with all terms and conditions in this cooperative agreement, including those described below.

1. Deliver training and technical assistance to Legal Assistance for Victims Program and STOP Formula Program grantees, subgrantees, and potential grantees and subgrantees on trauma-informed legal practices when working with victims of domestic violence, dating violence, sexual assault, or stalking.

2. Develop and host a minimum of 6 webinars on trauma-informed approaches for attorneys and organizations providing civil legal services to victims. Topics will be determined in collaboration with OVW.

3. Develop an interactive training institute focused on the fundamental skills needed for providing trauma-informed representation. The interactive training institute should be hosted seven to nine times during the project period.

4. Develop and distribute tools to support attorneys and organizations in providing trauma-informed legal services. The types and number of tools will be determined in collaboration with OVW.

5. Host virtual roundtable(s) as needed and as requested by OVW to inform the development of project tools. Topics for the roundtables will be determined in collaboration with OVW.

6. Provide specialized and in-depth training and technical assistance to organizations focused on developing trauma-

informed legal workspaces and providing trauma -informed legal representation. The selection of organizations for the in-depth training and technical assistance will be selected in collaboration with OVW.

7. Work cooperatively with OVW on the development and implementation of this project, including providing a meaningful opportunity for OVW staff to:

a) participate in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinate and actively participate in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) review and approve or disapprove all content and formats for written and web-based deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assist in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approve final selections;

e) approve or disapprove sites, dates, and agendas for all project-related activities;

f) provide input, re-direct the training and/or technical assistance as needed, and actively monitor the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approve or disapprove any modifications to the project scope, key project partners, deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) review and approve or disapprove all in-person and virtual events, including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.

8. If applicable, plan conferences, institutes, roundtables, and focus groups in sufficient time to submit the Department of Justice-Sponsored Conference Request and Report Form (CRF) to OVW for approval at the earliest possible date but no later than 90 days before the recipient needs notice of the OVW decision. In the event that the CRF exceeds DOJ thresholds or the overall cost increases by 10% or $10,000, recipients may be required to submit the CRF earlier than 90 days before the recipient needs notice of OVW decision.

9. Within 90 days of the acceptance of the award, submit a revised project timeline reflecting any changes to the original proposed timeline and deliverables to OVW for review and approval, via the Justice Grants System (JustGrants). If there are no changes necessary, the recipient will confirm with their OVW program manager during the planning period that the original timeline in the application and deliverables, as stated in the award document, stand.

10. Participate in OVW-sponsored technical assistance provider meetings, focus groups and/or conferences at the request of OVW. Funds designated for participation in OVW TA provider meetings cannot be used to support other travel without the express permission of the OVW program manager.

11. Post notice of all project events, including meetings, trainings, webinars, and roundtables, on the OVW Technical Assistance Calendar hosted at https://www.ta2ta.org at least 60 calendar days before the event. Events pending OVW approval should be posted and marked as pending at the earliest possible date but no later than the date upon which the event is submitted for OVW approval. The recipient is responsible for updating the status of the event on the calendar after OVW has issued a decision.

12. Submit all products and resources developed through this award, once approved by OVW in JustGrants, to the TA2TA library at https://www.ta2ta.org, and post such products and resources on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

13. Upon receiving OVW approval, post recordings of multi-media deliverables, including webinars and training videos, on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

14. Attend the &ldquo;Creating Welcoming and Accessible Trainings and Technical Assistance&rdquo; training hosted by the OVW-identified TA provider. At a minimum, the project director and the individual(s) responsible for logistical and programmatic event planning must attend the training. Appropriate attendance and active participation may be a factor in OVW&rsquo;s future funding decisions. If relevant staff for this TA project and/or the organization have attended this training in the last two years, OVW may waive this requirement. If such a waiver is granted, it is applicable only to this award and does not apply if key personnel changes.

15. Notify OVW of any changes to approved conferences if such changes occur before the event. Changes in a conference cost that cause a category to exceed a DOJ threshold not exceeded when the event was approved, require OVW approval prior to the event. Additional changes, such as conference location, the substantive purpose of the conference, or an increase, in excess of 10% or $10,000, in overall conference costs also require OVW approval prior to the event start date.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Condition 1**
Requirements of the award; remedies for non-compliance or for materially false statements

The conditions of this award are material requirements of the award. Compliance with any assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance also is a material requirement of this award.

By signing and accepting this award on behalf of the recipient, the authorized recipient official accepts all material requirements of the award, and specifically adopts, as if personally executed by the authorized recipient official, all assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance.

Failure to comply with any one or more of these award requirements -- whether a condition set out in full below, a condition incorporated by reference below, or an assurance or certification related to conduct during the award period -- may result in the Office on Violence Against Women (OVW) taking appropriate action with respect to the recipient and the award. Among other things, OVW may withhold award funds, disallow costs, or suspend or terminate the award. DOJ, including OVW, also may take other legal action as appropriate.

Any materially false, fictitious, or fraudulent statement to the federal government related to this award (or concealment or omission of a material fact) may be the subject of criminal prosecution (including under 18 U.S.C. 1001 and/or 1621, and/or 34 U.S.C. 10271-10273), and also may lead to imposition of civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. 3729-3730 and 3801-3812).

Should any provision of a requirement of this award be held to be invalid or unenforceable by its terms, that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law. Should it be held, instead, that the provision is utterly invalid or -unenforceable, such provision shall be deemed severable from this award.

**Condition 2**
Applicability of Part 200 Uniform Requirements and DOJ Grants Financial Guide

The recipient agrees to comply with the Uniform Administrative Requirements, Cost Principles, and Audit Requirements in 2 C.F.R. Part 200, as adopted and supplemented by the Department of Justice (DOJ) in 2 C.F.R. Part 2800 (together, the "Part 200 Uniform Requirements"), and the current edition of the DOJ Grants Financial Guide as posted on the OVW website, including any updated version that may be posted during the period of performance. The recipient also agrees that all financial records pertinent to this award, including the general accounting ledger and all supporting documents, are subject to agency review throughout the life of the award, during the close-out process, and for three years after submission of the final Federal Financial Report (SF-425) or as long as the records are retained, whichever is longer, pursuant to 2 C.F.R. 200.334, 200.337.

**Condition 3**
Requirement to report potentially duplicative funding

If the recipient currently has other active awards of federal funds, or if the recipient receives any other award of federal funds during the period of performance for this award, the recipient promptly must determine whether funds from any of those other federal awards have been, are being, or are to be used (in whole or in part) for one or more of the identical cost items for which funds are provided under this award. If so, the recipient must promptly notify OVW in writing of the potential duplication, and, if so requested by OVW, must seek a budget-modification or change-of-project-scope Grant Award Modification (GAM) to eliminate any inappropriate duplication of funding.

**Condition 4**
Requirements related to System for Award Management and unique entity identifiers

The recipient must comply with applicable requirements regarding the System for Award Management (SAM), currently accessible at https://www.sam.gov. This includes applicable requirements regarding registration with SAM, as well as maintaining current information in SAM.

The recipient also must comply with applicable restrictions on subawards (subgrants) to first-tier subrecipients (subgrantees), including restrictions on subawards to entities that do not acquire and provide (to the recipient) the unique entity identifier assigned by SAM.

The details of the recipient's obligations related to SAM and to unique entity identifiers are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Requirements related to System for Award Management (SAM) and unique entity identifiers), and are incorporated by reference here.

**Condition 5**
Requirement to report actual or imminent breach of personally identifiable information (PII)

The recipient (and any subrecipient at any tier) must have written procedures in place to respond in the event of an actual or imminent breach (as defined in OMB M-17-12) if it (or a subrecipient)-- 1) creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of personally identifiable information (PII) (as defined in 2 C.F.R. 200.1) within the scope of an OVW grant-funded program or activity, or 2) uses or operates a Federal information system (as defined in OMB Circular A-130). The recipient's breach procedures must include a requirement to report actual or imminent breach of PII to an OVW Program Manager no later than 24 hours after an occurrence of an actual breach, or the detection of an imminent breach.

**Condition 6**
Requirements pertaining to prohibited conduct related to trafficking in persons (including reporting requirements and OVW authority to terminate award)

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements (including requirements to report allegations) pertaining to prohibited conduct related to the trafficking of persons, whether on the part of recipients, subrecipients (subgrantees), or individuals defined (for purposes of this condition) as "employees" of the recipient or or any subrecipient.

The details of the recipient's obligations related to prohibited conduct related to trafficking in persons are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and OVW authority to terminate award)), and are incorporated by reference here.

**Condition 7**
Determinations of suitability to interact with participating minors

This condition applies to this award if it is indicated in the application for the award (as approved by DOJ) (or in the application for any subaward at any tier), the DOJ funding announcement (solicitation), or an associated federal statute that a purpose of some or all of the activities to be carried out under the award (whether by the recipient or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age.

The recipient, and any subrecipient at any tier, must make determinations of suitability before certain individuals may interact with participating minors. This requirement applies regardless of an individual's employment status. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award condition: Determination of suitability required, in advance, for certain individuals who may interact with participating minors), and are incorporated by reference here.

**Condition 8**
Compliance with applicable rules regarding approval, planning, and reporting of conferences, meetings, trainings, and other events

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable laws, regulations, policies, and official DOJ guidance (including specific cost limits, prior approval and reporting requirements, where applicable) governing the use of federal funds for expenses related to conferences (as that term is defined by DOJ), including the provision of food and/or beverages at such conferences, and costs of attendance at such conferences.

Information on the pertinent DOJ definition of conferences and the rules applicable to this award appears on the OVW

website at https://www.justice.gov/ovw/conference-planning.

**Condition 9**
OVW Training Guiding Principles

The recipient understands and agrees that any training or training materials developed or delivered with funding provided under this award must adhere to the OVW Training Guiding Principles for Grantees and Subgrantees, available at https://www.justice.gov/ovw/resources-and-faqs-grantees#Discretionary.

**Condition 10**
Effect of failure to address audit issues

The recipient understands and agrees that OVW may withhold award funds, or may impose other related requirements, if (as determined by OVW) the recipient does not satisfactorily and promptly address outstanding issues from audits required by the Part 200 Uniform Requirements (or by the terms of this award), or other outstanding issues that arise in connection with audits, investigations, or reviews of DOJ awards.

**Condition 11**
Potential imposition of additional requirements

The recipient agrees to comply with any additional requirements that may be imposed by OVW during the period of performance for this award, if the recipient is designated as "high-risk" for purposes of the DOJ high-risk grantee list.

**Condition 12**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 42

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 42, specifically including any applicable requirements in Subpart E of 28 C.F.R. Part 42 that relate to an equal employment opportunity program.

**Condition 13**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 38

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 38.

Among other things, 28 C.F.R. Part 38 includes rules that prohibit specific forms of discrimination on the basis of religion, a religious belief, a refusal to hold a religious belief, or refusal to attend or participate in a religious practice. Part 38 also sets out rules and requirements that pertain to recipient and subrecipient (subgrantee) organizations that engage in or conduct explicitly religious activities, as well as rules and requirements that pertain to recipients and subrecipients that are faith-based or religious organizations.

**Condition 14**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 54

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 54, which relates to nondiscrimination on the basis of sex in certain "education programs."

**Condition 15**
Restrictions on "lobbying" and policy development

In general, as a matter of federal law, federal funds may not be used by the recipient, or any subrecipient (subgrantee) at any tier, either directly or indirectly, in support of the enactment, repeal, modification or adoption of any law, regulation or policy, at any level of government, in order to avoid violation of 18 U.S.C. 1913. The recipient, or any subrecipient (subgrantee) may, however, use federal funds to collaborate with and provide information to federal, state,

local, tribal and territorial public officials and agencies to develop and implement policies and develop and promote state, local, or tribal legislation or model codes designed to reduce or eliminate domestic violence, dating violence, sexual assault, and stalking (as those terms are defined in 34 U.S.C. 12291(a)) when such collaboration and provision of information is consistent with the activities otherwise authorized under this grant program.

Another federal law generally prohibits federal funds awarded by OVW from being used by the recipient, or any subrecipient at any tier, to pay any person to influence (or attempt to influence) a federal agency, a Member of Congress, or Congress (or an official or employee of any of them) with respect to the awarding of a federal grant or cooperative agreement, subgrant, contract, subcontract, or loan, or with respect to actions such as renewing, extending, or modifying any such award. See 31 U.S.C. 1352. Certain exceptions to this law apply, including an exception that applies to Indian tribes and tribal organizations.

Should any question arise as to whether a particular use of federal funds by a recipient (or subrecipient) would or might fall within the scope of these prohibitions, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 16**
Compliance with general appropriations-law restrictions on the use of federal funds for this fiscal year

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable restrictions on the use of federal funds set out in federal appropriations statutes. Pertinent restrictions, for each fiscal year, are set out at https:// www.justice.gov/ovw/award-conditions (Award Condition: General appropriations-law restrictions on use of federal award funds), and are incorporated by reference here. Should a question arise as to whether a particular use of federal funds by a recipient (or a subrecipient) would or might fall within the scope of an appropriations-law restriction, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 17**
Reporting potential fraud, waste, and abuse, and similar misconduct

The recipient and any subrecipients (subgrantees) must promptly refer to the DOJ Office of the Inspector General (OIG) any credible evidence that a principal, employee, agent, subrecipient, contractor, subcontractor, or other person has, in connection with funds under this award -- (1) submitted a claim that violates the False Claims Act; or (2) committed a criminal or civil violation of laws pertaining to fraud, conflict of interest, bribery, gratuity, or similar misconduct.

Potential fraud, waste, abuse, or misconduct involving or relating to funds under this award should be reported to the OIG by-- (1) online submission accessible via the OIG webpage at https://oig.justice.gov/hotline/contact-grants.htm (select "Submit Report Online"); (2) mail directed to: U.S. Department of Justice, Office of the Inspector General, Investigations Division, ATTN: Grantee Reporting, 950 Pennsylvania Ave., NW, Washington, DC 20530; (3) by facsimile directed to the DOJ OIG Fraud Detection Office (Attn: Grantee Reporting) at (202) 616-9881 (fax).

Additional information is available from the DOJ OIG website at https://oig.justice.gov/hotline.

**Condition 18**
Restrictions and certifications regarding non-disclosure agreements and related matters

No recipient or subrecipient (subgrantee) under this award, or entity that receives a procurement contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts, or purports to prohibit or restrict, the reporting (in accordance with law) of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information.

The foregoing is not intended, and shall not be understood by the agency making this award, to contravene requirements applicable to Standard Form 312 (which relates to classified information), Form 4414 (which relates to sensitive compartmented information), or any other form issued by a federal department or agency governing the nondisclosure of classified information.

1. In accepting this award, the recipient--

a. represents that it neither requires nor has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

b. certifies that, if it learns or is notified that it is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

2. If the recipient does or is authorized under this award to make subawards (subgrants), procurement contracts, or both--

a. it represents that--

(1) it has determined that no other entity that the recipient's application proposes may or will receive award funds (whether through a subaward (subgrant), procurement contract, or subcontract under a procurement contract) either requires or has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

(2) it has made appropriate inquiry, or otherwise has an adequate factual basis, to support this representation; and

b. it certifies that, if it learns or is notified that any subrecipient, contractor, or subcontractor entity that receives funds under this award is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds to or by that entity, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

**Condition 19**
Compliance with 41 U.S.C. 4712 (including prohibitions on reprisal; notice to employees)

The recipient (and any subrecipient at any tier) must comply with, and is subject to, all applicable provisions of 41 U.S.C. 4712, including all applicable provisions that prohibit, under specified circumstances, discrimination against an employee as reprisal for the employee's disclosure of information related to gross mismanagement of a federal grant, a gross waste of federal funds, an abuse of authority relating to a federal grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a federal grant.

The recipient also must inform its employees, in writing (and in the predominant native language of the workforce), of employee rights and remedies under 41 U.S.C. 4712.

Should a question arise as to the applicability of the provisions of 41 U.S.C. 4712 to this award, the recipient is to contact OVW for guidance.

**Condition 20**
Encouragement of policies to ban text messaging while driving

Pursuant to Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," 74 Fed. Reg. 51225 (October 1, 2009), DOJ encourages recipients and subrecipients (subgrantees) to adopt and enforce policies banning employees from text messaging while driving any vehicle during the course of performing work funded by this award, and to establish workplace safety policies and conduct education, awareness, and other outreach to decrease crashes caused by distracted drivers.

**Condition 21**
Requirement to disclose whether recipient is designated high risk by a federal grant-making agency outside of DOJ

If the recipient is designated high risk by a federal grant-making agency outside of DOJ, currently or at any time during the course of the period of performance under this award, the recipient must disclose that fact and certain related information to OVW by email to OVW.GFMD@usdoj.gov. For purposes of this disclosure, high risk includes any status under which a federal awarding agency provides additional oversight due to the recipient's past performance, or other programmatic or financial concerns with the recipient. The recipient's disclosure must include the following: (1) the federal awarding agency that currently designates the recipient high risk; (2) the date the recipient was designated high risk; (3) the high-risk point of contact at that federal awarding agency (name, phone number, and email address); and (4) the reasons for the high-risk status, as set out by the federal awarding agency.

**Condition 22**
Availability of general terms and conditions on OVW website

The recipient agrees to follow the applicable set of general terms and conditions that are available at https://www.justice.gov/ovw/award-conditions. These do not supersede any specific conditions in this award document.

**Condition 23**
Compliance with statutory and regulatory requirements

The recipient agrees to comply with all relevant statutory and regulatory requirements, which may include, among other relevant authorities, the Violence Against Women Act of 1994, P.L. 103-322, the Violence Against Women Act of 2000, P.L. 106-386, the Violence Against Women and Department of Justice Reauthorization Act of 2005, P.L. 109-162, the Violence Against Women Reauthorization Act of 2013, P.L. 113-4, the Omnibus Crime Control and Safe Streets Act of 1968, 34 U.S.C. 10101 et seq., and OVW's implementing regulations at 28 C.F.R. Part 90.

**Condition 24**
Compliance with solicitation requirements

The recipient agrees that it must be in compliance with requirements outlined in the solicitation under which the approved application was submitted, the applicable Solicitation Companion Guide, and any program-specific frequently asked questions (FAQs) on the OVW website (https://www.justice.gov/ovw/resources-and-faqs-grantees). The program solicitation, Companion Guide, and any program-specific FAQs are hereby incorporated by reference into this award.

**Condition 25**
VAWA 2013 nondiscrimination condition

The recipient acknowledges that 34 U.S.C. 12291(b)(13) prohibits recipients of OVW awards from excluding, denying benefits to, or discriminating against any person on the basis of actual or perceived race, color, religion, national origin, sex, gender identity, sexual orientation, or disability in any program or activity funded in whole or in part by OVW. Recipients may provide sex-segregated or sex-specific programming if doing so is necessary to the essential operations of the program, so long as the recipient provides comparable services to those who cannot be provided with the sex-segregated or sex-specific programming. The recipient agrees that it will comply with this provision. The recipient also agrees to ensure that any subrecipients (subgrantees) at any tier will comply with this provision.

**Condition 26**
Misuse of award funds

The recipient understands and agrees that misuse of award funds may result in a range of penalties, including suspension of current and future funds, suspension or debarment from federal grants, recoupment of monies provided under an award, and civil and/or criminal penalties.

**Condition 27**
Limitation on use of funds to approved activities

The recipient agrees that grant funds will be used only for the purposes described in the recipient's application, unless OVW determines that any of these activities are out of scope or unallowable. The recipient must not undertake any

work or activities that are not described in the recipient's application, award documents, or approved budget, and must not use staff, equipment, or other goods or services paid for with grant funds for such work or activities, without prior written approval, via Grant Award Modification (GAM), from OVW.

**Condition 28**
Non-supplantation

The recipient agrees that grant funds will be used to supplement, not supplant, non-federal funds that would otherwise be available for the activities under this grant.

**Condition 29**
Confidentiality and information sharing

The recipient agrees to comply with the provisions of 34 U.S.C. 12291(b)(2), nondisclosure of confidential or private information, which includes creating and maintaining documentation of compliance, such as policies and procedures for release of victim information. The recipient also agrees to comply with the regulations implementing this provision at 28 CFR 90.4(b) and "Frequently Asked Questions (FAQs) on the VAWA Confidentiality Provision (34 U.S.C. 12291(b)(2))" on the OVW website at https://www.justice.gov/ovw/resources-and-faqs-grantees. The recipient also agrees to ensure that all subrecipients (subgrantees) at any tier meet these requirements.

**Condition 30**
Activities that compromise victim safety and recovery or undermine offender accountability

The recipient agrees that grant funds will not support activities that compromise victim safety and recovery or undermine offender accountability, such as: procedures or policies that exclude victims from receiving safe shelter, advocacy services, counseling, and other assistance based on their actual or perceived sex, age, immigration status, race, religion, sexual orientation, gender identity, mental health condition, physical health condition, criminal record, work in the sex industry, or the age and/or sex of their children; procedures or policies that compromise the confidentiality of information and privacy of persons receiving OVW-funded services; procedures or policies that impose requirements on victims in order to receive services (e.g., seek an order of protection, receive counseling, participate in couples' counseling or mediation, report to law enforcement, seek civil or criminal remedies, etc.); procedures or policies that fail to ensure service providers conduct safety planning with victims; project design and budgets that fail to account for the access needs of participants with disabilities and participants who have limited English proficiency or are Deaf or hard of hearing; or any other activities outlined in the solicitation or companion guide under which the application was submitted.

**Condition 31**
Policy for response to workplace-related incidents of sexual misconduct, domestic violence, and dating violence

The recipient, and any subrecipient at any tier, must have a policy, or issue a policy within 270 days of the award date, to address workplace-related incidents of sexual misconduct, domestic violence, and dating violence involving an employee, volunteer, consultant, or contractor. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Policy for response to workplace-related sexual misconduct, domestic violence, and dating violence), and are incorporated by reference here.

**Condition 32**
Termination or suspension

The Director of OVW, upon a finding that there (1) has been substantial failure by the recipient to comply with applicable laws, regulations, and/or the terms and conditions of the award or relevant solicitation, (2) has been failure by the recipient to make satisfactory progress toward the goals, objectives, or strategies set forth in the application, or (3) have been project changes proposed or implemented by the recipient to the extent that, if originally submitted, the application would not have been selected for funding, will terminate or suspend until the Director is satisfied that there is no longer such failure or changes, all or part of the award, in accordance with the provisions of 28 C.F.R. Part 18, as applicable mutatis mutandis. The federal regulation providing uniform rules for termination of grants and cooperative agreements is 2 C.F.R. 200.340.

**Condition 33**
Semiannual and final performance progress report submission

The recipient agrees to submit semiannual performance progress reports that describe activities conducted during the reporting period, including program effectiveness measures. Reports must be submitted throughout the project period, even if no funds were spent and no activities were conducted in a given reporting period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

The information that must be collected and reported to OVW can be found in the reporting form associated with the grant program or initiative under which this award was made. Performance progress reports must be submitted within 30 days after the end of the reporting periods, which are January 1 - June 30 and July 1 - December 31. Recipients are required to submit their reports through the Justice Grants System, unless and until OVW issues updated instructions for report submission. The final report is due 90 days after the end of the project period and should be marked "final" in the Report Type field.

**Condition 34**
Quarterly financial status reports

The recipient agrees that it will submit quarterly financial status reports (the SF 425 Federal Financial Report) to OVW in the Justice Grants System, not later than 30 days after the end of each calendar quarter. The final report shall be submitted not later than 90 days following the end of the award period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

**Condition 35**
Program income

Program income, as defined by 2 C.F.R. 200.1, means gross income earned by the non-federal entity that is directly generated by a supported activity or earned as a result of the federal award during the period of performance. Without prior approval from OVW, program income must be deducted from total allowable costs to determine the net allowable costs. In order to add program income to the OVW award, the recipient must seek approval from its program manager via a budget modification Grant Award Modification (GAM) prior to generating any program income. Any program income added to the federal award must be used to support activities that were approved in the budget and follow the conditions of the OVW award. Any program income approved via budget modification GAM must be reported in the recipient's quarterly Federal Financial Report SF-425 in accordance with the addition alternative. If the program income amount changes (increases or decreases) during the project period, it must be approved via a budget modification GAM by the end of the project period. If the budget modification is not submitted and approved, it could result in audit findings for the recipient.

**Condition 36**
FFATA reporting subawards and executive compensation

The recipient agrees to comply with applicable requirements to report first-tier subawards (subgrants) of $30,000 or more and, in certain circumstances, to report the names and total compensation of the five most highly compensated executives of the recipient and first-tier subrecipients of award funds. Such data will be submitted to the Federal Funding Accountability and Transparency Act of 2006 (FFATA) Subaward Reporting System (FSRS). The details of recipient obligations, which derive from FFATA, are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Reporting Subawards and Executive Compensation), and are incorporated by reference here.

**Condition 37**
Changes to MOU and/or IMOA

The recipient agrees to submit for OVW review and approval any anticipated addition of, removal of, or change in collaborating partner agencies or individuals who are signatories of the Memorandum of Understanding and, if applicable, the Internal Memorandum of Agreement.

**Condition 38**
Prior approval of all materials and publications

The recipient agrees to submit for OVW review and approval all materials and publications (written, web-based, audio-visual, or any other format) that are funded under this award. OVW must have not less than 20 days to complete review and approval. The recipient may not distribute or publicly release such materials under this award until OVW has approved them.

**Condition 39**
Publication disclaimer

The recipient agrees that all materials and publications (written, web-based, audio-visual, or any other format) resulting from award activities shall contain the following statement: "This project was supported by Grant No. _____ awarded by the Office on Violence Against Women, U.S. Department of Justice. The opinions, findings, conclusions, and recommendations expressed in this publication/program/exhibition are those of the author(s) and do not necessarily reflect the views of the U.S. Department of Justice." The recipient also agrees to ensure that any subrecipient at any tier will comply with this condition.

**Condition 40**
Copyrighted works

Pursuant to 2 C.F.R. 200.315(b), the recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under this award. OVW reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work, in whole or in part (including in the creation of derivative works), for federal purposes, and to authorize others to do so.

OVW also reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use, in whole or in part (including in the creation of derivative works), any work developed by a subrecipient (subgrantee) of this award, for federal purposes, and to authorize others to do so.

In addition, the recipient (or subrecipient, contractor, or subcontractor of this award at any tier) must obtain advance written approval from the OVW program manager assigned to this award, and must comply with all conditions specified by the program manager in connection with that approval, before: 1) using award funds to purchase ownership of, or a license to use, a copyrighted work; or 2) incorporating any copyrighted work, or portion thereof, into a new work developed under this award.

It is the responsibility of the recipient (and of each subrecipient, contractor, or subcontractor as applicable) to ensure that this condition is included in any subaward, contract, or subcontract under this award.

**Condition 41**
Grantee orientation - mandatory attendance

First-time recipients, or continuation recipients if requested, must agree to have key staff members, as identified by OVW, attend the OVW grantee orientation seminar, which may be offered in-person, online, or a combination of both. Additionally, if there is a change in the project director/coordinator during the grant period, the recipient agrees, at the earliest opportunity, to send the new project director/coordinator, regardless of prior experience with this or any other federal award, to an in-person OVW grantee orientation seminar or require completion of the orientation online, whichever is available.

**Condition 42**
Technical assistance provider training requirement

The recipient agrees to set aside funds, as required in the solicitation under which this application was submitted, to enhance the delivery of OVW-supported training and technical assistance (TA) and ensure that OVW-supported TA and TA providers reflect OVW's mission and priorities and the goals of the Violence Against Women Act, as amended. Key project staff, identified by OVW, must attend or participate in TA courses on topics including, but not limited, to: accessibility, organizational cultural competency, advanced adult learning theory and application, curriculum and

product development, and financial and grants management. Courses will be selected by OVW and delivered by OVW and/or organizations identified by OVW. Funds set aside for this purpose may not be used for any other training or purpose without the approval of OVW.

**Condition 43**
Consultant compensation rates

The recipient acknowledges that consultants paid with award funds generally may not be paid at a rate in excess of $81.25 per hour, not to exceed $650 per day. To exceed this specified maximum rate, recipients must submit to OVW a detailed justification and have such justification approved by OVW, prior to obligation or expenditure of such funds. Issuance of this award or approval of the award budget alone does not indicate approval of any consultant rate in excess of $81.25 per hour, not to exceed $650 per day. Although prior approval is not required for consultant rates below this specified maximum rate, recipients are required to maintain documentation to support all daily or hourly consultant rates.

**Condition 44**
Prior approval for conference expenditures

The recipient must complete and submit the Department of Justice-Sponsored Conference Request and Report Form to OVW for review and approval prior to entering into any contract (with the exception of logistical or programmatic planning contracts) or expending any funds for any meeting, conference, training, or other event. This includes conferences for which OVW is not the primary source of funding if OVW support will exceed $20,000.

**Condition 45**
Logistical conference planning costs

The allowable costs for logistical conference planning are limited to $50 per attendee, not to exceed a cumulative total of $8,750. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at a conference is 100, the cost allowed for a logistical conference planner is $5,000 ($50 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside logistical conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the logistical conference planning.

**Condition 46**
Programmatic conference planning costs

The allowable costs for programmatic conference planning are limited to $200 per attendee, not to exceed a cumulative cost total of $35,000. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at the conference is 100, the cost allowed for a programmatic conference planner is $20,000 ($200 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside programmatic conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the programmatic conference planning.

**Condition 47**
Conference space and audio-visual equipment

Recipients must limit the cost of conference space and audio-visual equipment to $25 per day per attendee, not to exceed a total of $20,000 for the conference. "Attendees" include trainers, instructors, presenters, and facilitators. Indirect cost rates must be applied to conference space and audio-visual equipment costs in accordance with negotiated agreements, and must be included when calculating this threshold. If the recipient expects that these limitations will be exceeded, then the recipient must justify the costs in writing and those costs must be approved by

OVW before the recipient enters into any contract for the use of conference space and audio-visual equipment.

**Condition 48**
Prohibition on trinkets at conferences

The recipient acknowledges that trinkets (items such as hats, mugs, portfolios, t-shirts, coins, etc., regardless of whether they include the conference name or logo) must not be purchased with funds made available under this agreement. Basic supplies that are necessary for use during the conference (e.g., pens, paper, name tags) may be purchased.

**Condition 49**
Prohibition on entertainment at conferences

The recipient acknowledges that funds made available under this agreement may not be used for costs of entertainment, including amusement, diversion, social activities, and any costs directly associated with entertainment (such as tickets to shows or sports events, meals, lodging, rentals, transportation, and gratuities).

**Condition 50**
Food and beverages at conferences

Subject to OVW prior approval, and under limited circumstances, OVW funds may be used to purchase food and/or beverages for meals served during a meeting, conference, or training. OVW may approve the use of funds to purchase food and/or beverages served at a working meal if the recipient can justify that provision of the meal is necessary to accomplish official business and enhance the cost effectiveness of the conference. For example, a meal may be permissible where the conference will need to be extended if the working meal is not provided.

OVW will consider allowing grant funds to be used to purchase food and/or beverages for refreshment breaks only where there are unique and extenuating circumstances, and the recipient will be required to provide significant justification for such use of funds.

Furthermore, if a meal is approved by OVW, the cost of any individual meal, including taxes and any hotel service costs (e.g., labor cost for room setup), must not exceed 150 percent of the General Services Administration (GSA) Meals and Incidental Expenses (M&IE) rate for an individual's meal in that locality. OVW strongly encourages recipients to maintain costs for any meal provided, including any service costs, at or below 100 percent of the applicable GSA M&IE rate. The current GSA M&IE rate breakdown by meal and by locality can be found at https://gsa.gov/portal/content/101518. This award condition does not impact direct payment of per diem amounts to individuals in a travel status under the recipient's travel policy.

**Condition 51**
Conference expenditure reporting

Within 30 days after the end of any conference, meeting, retreat, seminar, symposium, training activity, or similar event funded, in whole or in part, under this award, and the total cost of which exceeds $20,000 in award funds, the recipient must report all conference expenditures paid for with OVW funds by providing the OVW program manager with a completed DOJ-Sponsored Conference Request and Report Form, available at https://www.justice.gov/ovw/conference-planning.

**Condition 52**
Required SAM and FAPIIS reporting

The recipient must comply with any and all applicable requirements regarding reporting of information on civil, criminal, and administrative proceedings connected with (or connected to the performance of) either this OVW award or any other grant, cooperative agreement, or procurement contract from the federal government. Under certain circumstances, recipients of OVW awards are required to report information about such proceedings, through the federal System for Award Management (known as "SAM"), to the designated federal integrity and performance system (currently, "FAPIIS").

The details of recipient obligations regarding the required reporting (and updating) of information on certain civil, criminal, and administrative proceedings to FAPIIS within SAM are posted on the OVW website at: https://www.justice.gov/ovw/award-conditions (Award Condition: Recipient Integrity and Performance Matters, including Recipient Reporting to FAPIIS), and are incorporated by reference here.

**Condition 53**
Indirect costs

The recipient may not obligate, expend, or draw down any award funds for indirect costs, unless and until either (1) the recipient submits to OVW a current, federally-approved indirect cost rate agreement, or (2) the recipient determines that it is eligible under the Part 200 Uniform Requirements to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f), and advises OVW in writing of both its eligibility and its election.

**Condition 54**
Conditional clearance with release of technical assistance funds

The recipient acknowledges that the budget for this award is pending review and approval. Until OVW approves the budget, the recipient may not obligate, expend, or draw down any funds, except those that OVW allows for participation in or travel-related expenses to attend OVW-sponsored technical assistance events. Any obligations or expenditures incurred by the recipient prior to the budget being approved are made at the recipient's own risk. If there is another condition on the award prohibiting any obligation, expenditure, and drawdown of any funds, that other condition will control. Remaining funds will not be available for drawdown until OVW's Grants Financial Management Division has approved the budget and budget narrative via a Grant Award Modification (GAM). If applicable, the Indirect Cost Rate will be identified in the GAM when the budget is approved.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Acceptance

**Declaration and Certification to the U.S. Department of Justice as to Acceptance**

By checking the declaration and certification box below, I--

A.   Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.   Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted  in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.   Accept this award on behalf of the applicant.

D.   Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

**Agency Approval**

**Title of Approving Official**         **Name of Approving Official**         **Signed Date And Time**
Deputy Director                         NADINE NEUFVILLE                        9/22/22 6:22 PM

**Authorized Representative**

[X]

**Entity Acceptance**

**Title of Authorized Entity Official**
Director, Grant Operations and Compliance

**Name of Authorized Entity Official**
Vladimir Gurin

**Signed Date And Time**
11/3/2022 4:34 PM

Award Document for LGBTQI+
Legal Access Project
(Compl. ¶ 52)



# Department of Justice (DOJ)

## Office on Violence Against Women (OVW)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | AMERICAN BAR ASSOCIATION<br>321 N CLARK ST |
| **City, State and Zip:** | CHICAGO, IL 60654 |
| **Recipient UEI:** | L6R3PLXVANN9 |

| | |
|---|---|
| **Project Title:** LGBTQIA2S+ Legal Access Project | **Award Number:** 15JOVW-24-GK-03023-MUMU |

**Solicitation Title:** OVW Fiscal Year 2024 Training and Technical Assistance Initiative

| | |
|---|---|
| **Federal Award Amount:** $450,000.00 | **Federal Award Date:** 9/26/24 |

| | |
|---|---|
| **Awarding Agency:** | Office on Violence Against Women |
| **Funding Instrument Type:** | CA |

**Assistance Listing:**
16.526 - OVW Technical Assistance Initiative

16.526 - OVW Technical Assistance Initiative

| | |
|---|---|
| **Project Period Start Date:** 10/1/24 | **Project Period End Date:** 9/30/27 |
| **Budget Period Start Date:** 10/1/24 | **Budget Period End Date:** 9/30/27 |

**Project Description:**
The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative provides OVW grantees and subgrantees with the expertise and support they need to develop and implement successful state, local, tribal, and campus projects; increase victim safety; and bolster offender accountability. Through cooperative agreements, OVW supports educational initiatives, conferences, peer-to-peer consultations, and targeted assistance that allow current and potential grantees and subgrantees to learn from experts and one another about how to overcome obstacles and incorporate promising practices in their efforts to address violence against women. In addition, OVW is focused on building the capacity of the criminal and civil justice systems and victim service providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and to foster partnerships between organizations that have not traditionally worked together to address violence against women.

With FY 2024 TA Initiative funding, the American Bar Association (ABA) will continue its LGBTQIA2S+ Legal Access Project.  This project will provide training and technical assistance to legal services providers, prosecutors' offices, and courts, including judges and court personnel, representing or engaging with lesbian, gay, bisexual, transgender, queer, intersex, asexual or two-spirit ("LGBTQIA2S+") survivors of domestic violence, dating violence, sexual assault, and stalking.  Over the course of the project period, the ABA will host national and local/regional trainings and webinars for legal services providers and prosecutors; provide comprehensive, tailored technical assistance to legal services agencies and prosecutors' offices; host a peer-to-peer listserv for litigators; develop written resources on providing legal services to and prosecuting cases involving LGBTQIA2S+ survivors;  facilitate the drafting and dissemination of  "peer-to-peer" publications by judges to share knowledge and practice tips for adjudicating cases with LGBTQIA2S+ parties; and provide presentations to judges and/or other court personnel.

This project supports FY 2024 TA Initiative purpose area 18: Addressing LGBTQ+ Individuals' Access to Legal Services and the Justice System

The timing for performance of this award is 36 months.

This award is a continuation of 15JOVW-21-GK-02238-MUMU.

**Award Letter**

September 26, 2024

Dear Sandy Hu,

On behalf of Attorney General Merrick B. Garland, it is my pleasure to inform you the Office on Violence Against Women (OVW) has approved the application submitted by  AMERICAN BAR ASSOCIATION  for an award under the funding opportunity entitled 2024 OVW Fiscal Year 2024 Training and Technical Assistance Initiative. The approved award amount is $450,000.

Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by OVW, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

 Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

 Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

 To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

 Congratulations, and we look forward to working with you.


Rosemarie Hidalgo
Director

**Office for Civil Rights Notice for All Recipients**

The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) enforces federal civil rights laws and other provisions that prohibit discrimination by recipients of federal financial assistance from OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW).

Several civil rights laws, including Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance (recipients) to give assurances that they will comply with those laws.  Taken together, these and other civil rights laws prohibit recipients from discriminating in the provision of services and employment because of race, color, national origin, religion, disability, and sex or from discriminating in the provision of services on the bases of age.

Some recipients of DOJ financial assistance have additional obligations to comply with other applicable nondiscrimination provisions like the Omnibus Crime Control and Safe Streets Act of 1968, which prohibits discrimination on the basis of religion in addition to race, color, national origin, and sex.  Recipients may also have related requirements regarding the development and implementation of equal employment opportunity programs.

OCR provides technical assistance, training, and other resources to help recipients comply with civil rights obligations. Further, OCR administratively enforces civil rights laws and nondiscrimination provisions by investigating DOJ recipients that are the subject of discrimination complaints. In addition, OCR conducts compliance reviews of DOJ recipients based on regulatory criteria. These investigations and compliance reviews permit OCR to evaluate whether DOJ recipients are providing services to the public and engaging in employment practices in a nondiscriminatory manner.

For more information about OCR, your civil rights and nondiscrimination responsibilities, how to notify your employees or beneficiaries of their civil rights protections and responsibilities and how to file a complaint, as well as technical assistance, training, and other resources, please visit www.ojp.gov/program/civil-rights-office/outreach. If you would like OCR to assist you in fulfilling your civil rights or nondiscrimination responsibilities, please contact us at askOCR@ojp.usdoj.gov or www.ojp.gov/program/civil-rights-office/about#ocr-contacts.

**Memorandum Regarding NEPA**

**NEPA Letter Type**
OVW – Categorical Exclusion - No Renovations Allowed

**NEPA Letter**

Renovations and construction are unallowable under this grant, and therefore none of the following activities will be conducted under the OVW federal action (i.e., the OVW-funded grant project) or a related third-party action:

1. New construction.

2. Any renovation or remodeling of a property located in an environmentally or historically sensitive area, including property (a) listed on or eligible for listing on the National Register of Historic Places, or (b) located within a 100-year flood plain, a wetland, or habitat for an endangered species.

3. A renovation which will change the basic prior use of a facility or significantly change its size.

4. Research and technology whose anticipated and future application could be expected to have an effect on the environment.

5. Implementation of a program involving the use of chemicals.

In addition, the OVW federal action is neither a phase nor a segment of a project that, when reviewed in its entirety, would not meet the criteria for a categorical exclusion.

Consequently, the subject federal action meets the Office on Violence Against Women's criteria for a categorical exclusion as contained in paragraph 4(b) of Appendix D to Part 61 of Title 28 of the Code of Federal Regulations (adopted by OVW at 28 CFR § 0.122(b)). Also, no further analysis is required under the National Historic Preservation Act or other related statutes and regulations.

**NEPA Coordinator**

| First Name | Middle Name | Last Name |
|---|---|---|
| Debra | | Murphy |

## Award Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

### Recipient Information

**Recipient Name**
no value

**UEI**
L6R3PLXVANN9

**Street 1**                                                  **Street 2**
321 N CLARK ST

**City**                                                       **State/U.S. Territory**
CHICAGO                                                        Illinois

**Zip/Postal Code**                                            **Country**
60654                                                          United States

**County/Parish**                                              **Province**
no value                                                       no value

### Award Details

**Federal Award Date**                                         **Award Type**
9/26/24                                                        Initial

**Award Number**                                               **Supplement Number**
15JOVW-24-GK-03023-MUMU                                        00

**Federal Award Amount**                                       **Funding Instrument Type**
$450,000.00                                                    CA

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.526 | OVW Technical Assistance Initiative |
| 16.526 | OVW Technical Assistance Initiative |

**Statutory Authority**

34 U.S.C. 12291(b)(11)

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Project Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Solicitation Title**
2024 OVW Fiscal Year 2024 Training and Technical
Assistance Initiative

**Awarding Agency**
OVW

**Application Number**
GRANT14091952

**Grant Manager**
EDWARD SEIGHMAN

**Phone Number**
202-368-1037

**E-mail Address**
Edward.Seighman@usdoj.gov

**Project Title**
LGBTQIA2S+ Legal Access Project

**Performance Period Start Date**
10/01/2024

**Performance Period End Date**
09/30/2027

**Budget Period Start Date**
10/01/2024

**Budget Period End Date**
09/30/2027

## Project Description

The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative provides OVW grantees and subgrantees with the expertise and support they need to develop and implement successful state, local, tribal, and campus projects; increase victim safety; and bolster offender accountability. Through cooperative agreements, OVW supports educational initiatives, conferences, peer-to-peer consultations, and targeted assistance that allow current and potential grantees and subgrantees to learn from experts and one another about how to overcome obstacles and incorporate promising practices in their efforts to address violence against women. In addition, OVW is focused on building the capacity of the criminal and civil justice systems and victim service providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and to foster partnerships between organizations that have not traditionally worked together to address violence against women.

With FY 2024 TA Initiative funding, the American Bar Association (ABA) will continue its LGBTQIA2S+ Legal Access Project.  This project will provide training and technical assistance to legal services providers, prosecutors' offices, and courts, including judges and court personnel, representing or engaging with lesbian, gay, bisexual, transgender, queer, intersex, asexual or two-spirit ("LGBTQIA2S+") survivors of domestic violence, dating violence, sexual assault, and stalking.  Over the course of the project period, the ABA will host national and local/regional trainings and webinars for legal services providers and prosecutors; provide comprehensive, tailored technical assistance to legal services agencies and prosecutors' offices; host a peer-to-peer listserv for litigators; develop written resources on providing legal services to and prosecuting cases involving LGBTQIA2S+ survivors;  facilitate the drafting and dissemination of  "peer-to-peer" publications by judges to share knowledge and practice tips for adjudicating cases with LGBTQIA2S+ parties; and provide presentations to judges and/or other court personnel.

This project supports FY 2024 TA Initiative purpose area 18: Addressing LGBTQ+ Individuals' Access to Legal Services and the Justice System

The timing for performance of this award is 36 months.

This award is a continuation of 15JOVW-21-GK-02238-MUMU.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Financial Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

The recipient budget is currently under review.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Other Award Documents

TERMS OF COOPERATIVE AGREEMENT

The Office on Violence Against Women (OVW) has elected to enter into a Cooperative Agreement with the American Bar Association (ABA) to implement the LGBTQIA2S+ Legal Access Project Project. This decision reflects a mutual interest in providing basic and intermediate training and technical assistance on LGBTQIA2S+ survivors&rsquo; access to legal services and the justice system. The award recipient acknowledges that OVW will play a substantial role in shaping and monitoring the project.

STATEMENT OF FEDERAL INVOLVEMENT

OVW will:

1. Provide the services of a federal program manager as a single point of contact for administration of this cooperative agreement.

2. Monitor program development and implementation, and fulfill an oversight function regarding the project, including:

a) participating in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinating and actively participating in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) reviewing and approving or disapproving all content and formats for written, web-based, and other deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assisting in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approving final selections;

e) approving or disapproving sites, dates, and agendas for all project-related activities;

f) providing input, re-directing the training and/or technical assistance as needed, and actively monitoring the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approving or disapproving any modifications to the project scope, key project partner(s), deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational

materials or professional tools; and

h) reviewing and approving or disapproving all in-person and virtual events including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.

STATEMENT OF RECIPIENT RESPONSIBILITIES

The American Bar Association (ABA) will comply with all terms and conditions in this cooperative agreement, including those described below.

1. Deliver training and technical assistance to grantees, subgrantees, and potential grantees and subgrantees of the Legal Assistance for Victims and STOP Formula Programs on LGBTQIA2S+ survivors&rsquo; access to legal services and the justice system.

2. Host one to two virtual introductory multi-part trainings for national audiences of legal services providers on providing services to survivors of domestic violence, dating violence, sexual assault and/or stalking who identify as lesbian, gay, bisexual, transgender, queer, intersex, asexual or two-spirit (LGBTQIA2S+). The trainings may include profession-specific tracks. Specific session topics, as well as faculty for the trainings, will be determined in collaboration with project partners, training consultants, and OVW.

3. Host one to two virtual introductory multi-part trainings for national audiences of prosecutors on domestic violence, dating violence, sexual assault and/or stalking among LGBTQIA2S+ communities and best practices in such cases. Specific session topics, as well as faculty for the trainings, will be determined in collaboration with project partners, training consultants, and OVW.

4. Host two to four webinars for national audiences of legal services providers on issues related to LGBTQIA2S+ domestic violence, dating violence, sexual assault and/or stalking. Each webinar will focus on emerging issues and/or common concerns among providers. Specific session topics, as well as faculty for the trainings, will be determined in collaboration with project partners, training consultants, and OVW.

5. Host three to five virtual and/or in-person trainings for local/regional legal services provider audiences that are tailored to the needs of LGBTQIA2S+ survivors in the jurisdiction. Specific training topics, as well as faculty for the trainings, will be determined in collaboration with project partners, training consultants, local/regional legal services providers, and OVW.

6. Host two to three virtual and/or in-person trainings for local/regional prosecutor audiences tailored to the needs of LGBTQIA2S+ survivors in the jurisdiction. Specific training topics, as well as faculty for the trainings, will be determined in collaboration with project partners, training consultants, local/regional prosecutors, and OVW.

7. Provide three presentations to judges and/or other court personnel on legal issues involving LGBTQIA2S+ victims of domestic violence, dating violence, sexual assault and/or stalking. Specific training topics, as well as faculty for the trainings, will be determined in collaboration with project partners, training consultants, local/regional legal services providers, and OVW.

8. Provide comprehensive, tailored technical assistance to five to ten legal services agencies on improving the provision of legal services to LGBTQIA2S+ survivors.

9. Provide comprehensive, tailored technical assistance to three to five prosecutors&rsquo; offices on improving the prosecution of cases involving LGBTQIA2S+ victims of domestic violence, dating violence, sexual assault and/or stalking.

10. Develop two to four written resources based on the needs of grantees and subgrantees. The specific resources to be developed and the target audience(s) for the resources will be determined in collaboration with OVW.

11. Facilitate the drafting and dissemination of one to two &ldquo;peer-to-peer&rdquo; publications by judges, for the judiciary, to share knowledge and practice tips for adjudicating cases with LGBTQIA2S+ parties.

12. Host a screened, moderated, LGBTQIA2S+- specific peer-to-peer listserv for litigators of cases involving domestic violence, dating violence, sexual assault and/or stalking.

13. Work cooperatively with OVW on the development and implementation of this project, including providing a meaningful opportunity for OVW staff to:

a) participate in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinate and actively participate in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) review and approve or disapprove all content and formats for written, web-based, and other deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assist in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approve final selections;

e) approve or disapprove sites, dates, and agendas for all project-related activities;

f) provide input, re-direct the training and/or technical assistance as needed, and actively monitor the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approve or disapprove any modifications to the project scope, key project partners, deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) review and approve or disapprove all in-person and virtual events, including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.

14. If applicable, plan conferences, institutes, roundtables, and focus groups in sufficient time to submit the Department of Justice-Sponsored Conference Request and Report Form (CRF) to OVW for approval at the earliest possible date but no later than 90 days before the recipient needs notice of the OVW decision or 120 days if Assistant Attorney General approval is required. The recipient should account for the time required to complete any event/lodging contracts, participant and faculty travel arrangements, and event registration when determining the date by which they need notice of the OVW decision. In the event that the CRF exceeds DOJ thresholds or the overall cost increases by 10% or $10,000, recipients may be required to submit the CRF earlier than 90 days before the recipient needs notice of OVW decision.

15. Within 90 days of the acceptance of the award, submit a revised project timeline reflecting any changes to the original proposed timeline and deliverables to OVW for review and approval, via the Justice Grants System (JustGrants). If there are no changes necessary, the recipient will confirm with their OVW program manager during the planning period that the original timeline in the application and deliverables, as stated in the award document, stand.

16. Participate in OVW-sponsored technical assistance provider meetings, focus groups and/or conferences at the request of OVW. Funds designated for participation in OVW TA provider meetings cannot be used to support other travel without the express permission of the OVW program manager.

17. Post notice of all project events, including meetings, trainings, webinars, and roundtables, on the OVW Technical Assistance Calendar hosted at https://www.ta2ta.org at least 60 calendar days before the event. Events pending OVW approval should be posted and marked as pending at the earliest possible date but no later than the date upon which the event is submitted for OVW approval. The recipient is responsible for updating the status of the event on the calendar after OVW has issued a decision.

18. Submit all products and resources developed through this award, once approved by OVW in JustGrants, to the TA2TA library at https://www.ta2ta.org, and post such products and resources on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

19. Upon receiving OVW approval, post recordings of multi-media deliverables, including webinars and training videos, on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

20. Attend the &ldquo;Creating Welcoming and Accessible Trainings and Technical Assistance&rdquo; training hosted by the OVW-identified TA provider. At a minimum, the project director and the individual(s) responsible for logistical and programmatic event planning must attend the training. Appropriate attendance and active participation may be a factor in OVW&rsquo;s future funding decisions. If relevant staff for this TA project and/or the organization have attended this training in the last two years, OVW may waive this requirement. If such a waiver is granted, it is applicable only to this award and does not apply if key personnel changes.

21. Notify OVW of any changes to approved conferences if such changes occur before the event. Changes in a conference cost that cause a category to exceed a DOJ threshold not exceeded when the event was approved, require OVW approval prior to the event. Additional changes, such as conference location, the substantive purpose of the conference, or an increase, in excess of 10% or $10,000, in overall conference costs also require OVW approval prior to the event start date.


[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*


## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**


### Condition 1
Requirements of the award; remedies for non-compliance or for materially false statements

The conditions of this award are material requirements of the award. Compliance with any assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance also is a material requirement of this award.

By signing and accepting this award on behalf of the recipient, the authorized recipient official accepts all material requirements of the award, and specifically adopts, as if personally executed by the authorized recipient official, all assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance.

Failure to comply with any one or more of these award requirements -- whether a condition set out in full below, a condition incorporated by reference below, or an assurance or certification related to conduct during the award period -- may result in the Office on Violence Against Women (OVW) taking appropriate action with respect to the recipient and the award. Among other things, OVW may withhold award funds, disallow costs, or suspend or terminate the award. The U.S. Department of Justice (DOJ), including OVW, also may take other legal action as appropriate.

Any materially false, fictitious, or fraudulent statement to the federal government related to this award (or concealment or omission of a material fact) may be the subject of criminal prosecution (including under 18 U.S.C. 1001 and/or 1621, and/or 34 U.S.C. 10271-10273), and also may lead to imposition of civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. 3729-3730 and 3801-3812).

Should any provision of a requirement of this award be held to be invalid or unenforceable by its terms, that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law. Should it be held, instead, that the provision is utterly invalid or -unenforceable, such provision shall be deemed severable from this award.

**Condition 2**
Applicability of Part 200 Uniform Requirements and DOJ Grants Financial Guide

The recipient agrees to comply with the Uniform Administrative Requirements, Cost Principles, and Audit Requirements in 2 C.F.R. Part 200, as adopted and supplemented by the Department of Justice (DOJ) in 2 C.F.R. Part 2800 (together, the "Part 200 Uniform Requirements"), and the current edition of the DOJ Grants Financial Guide as posted on the OVW website, including any updated version that may be posted during the period of performance. The recipient also agrees that all financial records pertinent to this award, including the general accounting ledger and all supporting documents, are subject to agency review throughout the life of the award, during the close-out process, and for three years after submission of the final Federal Financial Report (SF-425) or as long as the records are retained, whichever is longer, pursuant to 2 C.F.R. 200.334, 200.337.

**Condition 3**
Requirement to report potentially duplicative funding

If the recipient currently has other active awards of federal funds, or if the recipient receives any other award of federal funds during the period of performance for this award, the recipient promptly must determine whether funds from any of those other federal awards have been, are being, or are to be used (in whole or in part) for one or more of the identical cost items for which funds are provided under this award. If so, the recipient must promptly notify OVW in writing of the potential duplication, and, if so requested by OVW, must seek a budget-modification or change-of-project-scope Grant Award Modification (GAM) to eliminate any inappropriate duplication of funding.

**Condition 4**
Requirements related to System for Award Management and unique entity identifiers

The recipient must comply with applicable requirements regarding the System for Award Management (SAM), currently accessible at https://www.sam.gov. This includes applicable requirements regarding registration with SAM, as well as maintaining current information in SAM.

The recipient also must comply with applicable restrictions on subawards (subgrants) to first-tier subrecipients (subgrantees), including restrictions on subawards to entities that do not acquire and provide (to the recipient) the unique entity identifier assigned by SAM.

The details of the recipient's obligations related to SAM and to unique entity identifiers are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (titled "Award Condition: Requirements related to System for Award Management (SAM) and unique entity identifiers") and are incorporated by reference here.

**Condition 5**
Requirement to report actual or imminent breach of personally identifiable information (PII)

The recipient (and any subrecipient at any tier) must have written procedures in place to respond in the event of an actual or imminent breach (as defined in OMB M-17-12) if it (or a subrecipient-- 1) creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of personally identifiable information (PII) (as defined in 2 C.F.R. 200.1) within the scope of an OVW grant-funded program or activity, or 2) uses or operates a Federal information system (as defined in OMB Circular A-130). The recipient's breach procedures must include a requirement to report actual or imminent breach of PII to an OVW Program Manager no later than 24 hours after an occurrence of an actual breach, or the detection of an imminent breach.

**Condition 6**
Requirements pertaining to prohibited conduct related to trafficking in persons (including reporting requirements and OVW authority to terminate award)

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements (including requirements to report allegations) pertaining to prohibited conduct related to the trafficking of persons, whether on the part of recipients, subrecipients (subgrantees), or individuals defined (for purposes of this condition) as "employees" of the recipient or of any subrecipient.

The details of the recipient's obligations related to prohibited conduct related to trafficking in persons are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (titled "Award Condition: Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and OVW authority to terminate award)") and are incorporated by reference here.

**Condition 7**
Determinations of suitability to interact with participating minors

This condition applies to this award if it is indicated in the application for the award (as approved by DOJ) (or in the application for any subaward at any tier), the DOJ funding announcement (solicitation), or an associated federal statute that a purpose of some or all of the activities to be carried out under the award (whether by the recipient or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age.

The recipient, and any subrecipient at any tier, must make determinations of suitability before certain individuals may interact with participating minors. This requirement applies regardless of an individual's employment status. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (titled "Award condition: Determination of suitability required, in advance, for certain individuals who may interact with participating minors") and are incorporated by reference here.

**Condition 8**
Compliance with applicable rules regarding approval, planning, and reporting of conferences, meetings, trainings, and other events

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable laws, regulations, policies, and official DOJ guidance (including specific cost limits, prior approval and reporting requirements, where applicable) governing the use of federal funds for expenses related to conferences (as that term is defined by DOJ), including the provision of food and/or beverages at such conferences, and costs of attendance at such conferences.

Information on the pertinent DOJ definition of conferences and the rules applicable to this award appears on the OVW website at https://www.justice.gov/ovw/conference-planning.

**Condition 9**
OVW Training Guiding Principles

The recipient understands and agrees that any training or training materials developed or delivered with funding provided under this award must adhere to the OVW Training Guiding Principles for Grantees and Subgrantees, available at https://www.justice.gov/sites/default/files/ovw/legacy/2012/06/28/ovw-training-guiding-principles-grantees-subgrantees.pdf.

**Condition 10**
Effect of failure to address audit issues

The recipient understands and agrees that OVW may withhold award funds, or may impose other related requirements, if (as determined by OVW) the recipient does not satisfactorily and promptly address outstanding issues from audits required by the Part 200 Uniform Requirements (or by the terms of this award), or other outstanding issues that arise in connection with audits, investigations, or reviews of DOJ awards.

**Condition 11**
Potential imposition of additional requirements

The recipient agrees to comply with any additional requirements that may be imposed by OVW during the period of performance for this award, if the recipient is designated as "high-risk" for purposes of the DOJ high-risk grantee list.

**Condition 12**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 42

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 42, specifically including any applicable requirements in Subpart E of 28 C.F.R. Part 42 that relate to an equal employment opportunity program.

**Condition 13**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 38

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 38 (amended effective April 3, 2024).

Among other things, 28 C.F.R. Part 38 includes rules that prohibit specific forms of discrimination on the basis of religion, a religious belief, a refusal to hold a religious belief, or refusal to attend or participate in a religious practice. Part 38 also sets out rules and requirements that relate to engaging in or conducting explicitly religious activities and requires that recipients and subrecipients that are social service providers provide written notice to beneficiaries or prospective beneficiaries of certain protections as described in 28 C.F.R. 38.6(b).

**Condition 14**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 54

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 54, which relates to nondiscrimination on the basis of sex in certain "education programs."

**Condition 15**
Restrictions on "lobbying" and policy development

In general, as a matter of federal law, federal funds may not be used by the recipient, or any subrecipient (subgrantee) at any tier, either directly or indirectly, in support of the enactment, repeal, modification or adoption of any law, regulation or policy, at any level of government, in order to avoid violation of 18 U.S.C. 1913. The recipient, or any subrecipient (subgrantee) may, however, use federal funds to collaborate with and provide information to federal, state, local, tribal and territorial public officials and agencies to develop and implement policies and develop and promote state, local, or tribal legislation or model codes designed to reduce or eliminate domestic violence, dating violence, sexual assault, and stalking (as those terms are defined in 34 U.S.C. 12291(a)) when such collaboration and provision of information is consistent with the activities otherwise authorized under this grant program.

Another federal law generally prohibits federal funds awarded by OVW from being used by the recipient, or any subrecipient at any tier, to pay any person to influence (or attempt to influence) a federal agency, a Member of Congress, or Congress (or an official or employee of any of them) with respect to the awarding of a federal grant or cooperative agreement, subgrant, contract, subcontract, or loan, or with respect to actions such as renewing, extending, or modifying any such award. See 31 U.S.C. 1352. Certain exceptions to this law apply, including an exception that applies to Indian tribes and tribal organizations.

Should any question arise as to whether a particular use of federal funds by a recipient (or subrecipient) would or might fall within the scope of these prohibitions, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 16**
Compliance with general appropriations-law restrictions on the use of federal funds for this fiscal year

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable restrictions on the use of federal funds set out in federal appropriations statutes. Pertinent restrictions, for each fiscal year, are set out at https://www.justice.gov/ovw/award-conditions (titled "Award Condition: General appropriations-law restrictions on use of federal award funds") and are incorporated by reference here. Should a question arise as to whether a particular use of federal funds by a recipient (or a subrecipient) would or might fall within the scope of an appropriations-law restriction, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 17**
Reporting potential fraud, waste, and abuse, and similar misconduct

The recipient and any subrecipients (subgrantees) must promptly refer to the DOJ Office of the Inspector General (OIG) any credible evidence that a principal, employee, agent, subrecipient, contractor, subcontractor, or other person has, in connection with funds under this award -- (1) submitted a claim that violates the False Claims Act; or (2) committed a criminal or civil violation of laws pertaining to fraud, conflict of interest, bribery, gratuity, or similar misconduct.

Potential fraud, waste, abuse, or misconduct involving or relating to funds under this award should be reported to the OIG by-- (1) online submission accessible via the OIG webpage at https://oig.justice.gov/hotline/grant-complaint (select "Submit Report Online"); (2) mail directed to: U.S. Department of Justice, Office of the Inspector General, Investigations Division, ATTN: Grantee Reporting, 950 Pennsylvania Ave., NW, Washington, DC 20530; (3) by facsimile directed to the DOJ OIG Fraud Detection Office (Attn: Grantee Reporting) at (202) 616-9881 (fax).

Additional information is available from the DOJ OIG website at https://oig.justice.gov/hotline.

**Condition 18**
Restrictions and certifications regarding non-disclosure agreements and related matters

No recipient or subrecipient (subgrantee) under this award, or entity that receives a procurement contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts, or purports to prohibit or restrict, the reporting (in accordance with law) of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information.

The foregoing is not intended, and shall not be understood by the agency making this award, to contravene requirements applicable to Standard Form 312 (which relates to classified information), Form 4414 (which relates to sensitive compartmented information), or any other form issued by a federal department or agency governing the nondisclosure of classified information.

1. In accepting this award, the recipient--

a. represents that it neither requires nor has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

b. certifies that, if it learns or is notified that it is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

2. If the recipient does or is authorized under this award to make subawards (subgrants), procurement contracts, or both--

a. it represents that--

(1) it has determined that no other entity that the recipient's application proposes may or will receive award funds (whether through a subaward (subgrant), procurement contract, or subcontract under a procurement contract) either requires or has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

(2) it has made appropriate inquiry, or otherwise has an adequate factual basis, to support this representation; and

b. it certifies that, if it learns or is notified that any subrecipient, contractor, or subcontractor entity that receives funds under this award is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds to or by that entity, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly

authorized to do so by that agency.

**Condition 19**
Compliance with 41 U.S.C. 4712 (including prohibitions on reprisal; notice to employees)

The recipient (and any subrecipient at any tier) must comply with, and is subject to, all applicable provisions of 41 U.S.C. 4712, including all applicable provisions that prohibit, under specified circumstances, discrimination against an employee as reprisal for the employee's disclosure of information related to gross mismanagement of a federal grant, a gross waste of federal funds, an abuse of authority relating to a federal grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a federal grant.

The recipient also must inform its employees, in writing (and in the predominant native language of the workforce), of employee rights and remedies under 41 U.S.C. 4712.

Should a question arise as to the applicability of the provisions of 41 U.S.C. 4712 to this award, the recipient is to contact OVW for guidance.

**Condition 20**
Encouragement of policies to ban text messaging while driving

Pursuant to Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," 74 Fed. Reg. 51225 (October 1, 2009), DOJ encourages recipients and subrecipients (subgrantees) to adopt and enforce policies banning employees from text messaging while driving any vehicle during the course of performing work funded by this award, and to establish workplace safety policies and conduct education, awareness, and other outreach to decrease crashes caused by distracted drivers.

**Condition 21**
Requirement to disclose whether recipient is designated high risk by a federal grant-making agency outside of DOJ

If the recipient is designated high risk by a federal grant-making agency outside of DOJ, currently or at any time during the course of the period of performance under this award, the recipient must disclose that fact and certain related information to OVW by email to OVW.GFMD@usdoj.gov. For purposes of this disclosure, high risk includes any status under which a federal awarding agency provides additional oversight due to the recipient's past performance, or other programmatic or financial concerns with the recipient. The recipient's disclosure must include the following: (1) the federal awarding agency that currently designates the recipient high risk; (2) the date the recipient was designated high risk; (3) the high-risk point of contact at that federal awarding agency (name, phone number, and email address); and (4) the reasons for the high-risk status, as set out by the federal awarding agency.

**Condition 22**
Availability of general terms and conditions on OVW website

The recipient agrees to follow the applicable set of general terms and conditions that are available at https://www.justice.gov/ovw/award-conditions. These do not supersede any specific conditions in this award document.

**Condition 23**
Compliance with statutory and regulatory requirements

The recipient agrees to comply with all relevant statutory and regulatory requirements, which may include, among other relevant authorities, the Violence Against Women Act of 1994, P.L. 103-322, the Violence Against Women Act of 2000, P.L. 106-386, the Violence Against Women and Department of Justice Reauthorization Act of 2005, P.L. 109-162, the Violence Against Women Reauthorization Act of 2013, P.L. 113-4, the Violence Against Women Act Reauthorization Act of 2022, P.L. 117-103, the Omnibus Crime Control and Safe Streets Act of 1968, 34 U.S.C. 10101 et seq., and OVW's implementing regulations at 28 C.F.R. Part 90.

**Condition 24**
Compliance with solicitation requirements

The recipient agrees that it must be in compliance with requirements outlined in the solicitation under which the approved application was submitted, the applicable Solicitation Companion Guide, and any program-specific frequently asked questions (FAQs) on the OVW website (https://www.justice.gov/ovw/resources-and-faqs-grantees). The program solicitation, Companion Guide, and any program-specific FAQs are hereby incorporated by reference into this award.

**Condition 25**
VAWA 2013 nondiscrimination condition

The recipient acknowledges that 34 U.S.C. 12291(b)(13) prohibits recipients of OVW awards from excluding, denying benefits to, or discriminating against any person on the basis of actual or perceived race, color, religion, national origin, sex, gender identity, sexual orientation, or disability in any program or activity funded in whole or in part by OVW. Recipients may provide sex-segregated or sex-specific programming if doing so is necessary to the essential operations of the program, so long as the recipient provides comparable services to those who cannot be provided with the sex-segregated or sex-specific programming. The recipient agrees that it will comply with this provision. The recipient also agrees to ensure that any subrecipients (subgrantees) at any tier will comply with this provision.

**Condition 26**
Misuse of award funds

The recipient understands and agrees that misuse of award funds may result in a range of penalties, including suspension of current and future funds, suspension or debarment from federal grants, recoupment of monies provided under an award, and civil and/or criminal penalties.

**Condition 27**
Limitation on use of funds to approved activities

The recipient agrees that grant funds will be used only for the purposes described in the recipient's application, unless OVW determines that any of these activities are out of scope or unallowable. The recipient must not undertake any work or activities that are not described in the recipient's application, award documents, or approved budget, and must not use staff, equipment, or other goods or services paid for with grant funds for such work or activities, without prior written approval, via Grant Award Modification (GAM), from OVW.

**Condition 28**
Non-supplantation

The recipient agrees that grant funds will be used to supplement, not supplant, non-federal funds that would otherwise be available for the activities under this grant.

**Condition 29**
Confidentiality and information sharing

The recipient agrees to comply with the provisions of 34 U.S.C. 12291(b)(2), nondisclosure of confidential or private information, which includes creating and maintaining documentation of compliance, such as policies and procedures for release of victim information. The recipient also agrees to comply with the regulations implementing this provision at 28 CFR 90.4(b) and "Frequently Asked Questions (FAQs) on the VAWA Confidentiality Provision (34 U.S.C. 12291(b)(2))" on the OVW website at https://www.justice.gov/ovw/resources-and-faqs-grantees. The recipient also agrees to ensure that all subrecipients (subgrantees) at any tier meet these requirements.

**Condition 30**
Activities that compromise victim safety and recovery or undermine offender accountability

The recipient agrees that grant funds will not support activities that compromise victim safety and recovery or undermine offender accountability, such as: procedures or policies that exclude victims from receiving safe shelter, advocacy services, counseling, and other assistance based on their actual or perceived sex, age, immigration status,

race, religion, sexual orientation, gender identity, mental health condition, physical health condition, criminal record, work in the sex industry, or the age and/or sex of their children; procedures or policies that compromise the confidentiality of information and privacy of persons receiving OVW-funded services; procedures or policies that impose requirements on victims in order to receive services (e.g., seek an order of protection, receive counseling, participate in couples' counseling or mediation, report to law enforcement, seek civil or criminal remedies, etc.); procedures or policies that fail to ensure service providers conduct safety planning with victims; project design and budgets that fail to account for the access needs of participants with disabilities and participants who have limited English proficiency or are Deaf or hard of hearing; or any other activities outlined in the solicitation or companion guide under which the application was submitted.

**Condition 31**
Policy for response to workplace-related incidents of sexual misconduct, domestic violence, and dating violence

The recipient, and any subrecipient at any tier, must have a policy, or issue a policy within 270 days of the award date, to address workplace-related incidents of sexual misconduct, domestic violence, and dating violence involving an employee, volunteer, consultant, or contractor. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (titled "Award Condition: Policy for response to workplace-related sexual misconduct, domestic violence, and dating violence") and are incorporated by reference here.

**Condition 32**
Termination or suspension

The Director of OVW, upon a finding that there (1) has been substantial failure by the recipient to comply with applicable laws, regulations, and/or the terms and conditions of the award or relevant solicitation, (2) has been failure by the recipient to make satisfactory progress toward the goals, objectives, or strategies set forth in the application, or (3) have been project changes proposed or implemented by the recipient to the extent that, if originally submitted, the application would not have been selected for funding, will terminate or suspend until the Director is satisfied that there is no longer such failure or changes, all or part of the award, in accordance with the provisions of 28 C.F.R. Part 18, as applicable mutatis mutandis. The federal regulation providing uniform rules for termination of grants and cooperative agreements is 2 C.F.R. 200.340.

**Condition 33**
Semiannual and final performance progress report submission

The recipient agrees to submit semiannual performance progress reports that describe activities conducted during the reporting period, including program effectiveness measures. Reports must be submitted throughout the project period, even if no funds were spent and no activities were conducted in a given reporting period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

The information that must be collected and reported to OVW can be found in the reporting form associated with the grant program or initiative under which this award was made. Performance progress reports must be submitted within 30 days after the end of the reporting periods, which are January 1 - June 30 and July 1 - December 31. Recipients are required to submit their reports through the Justice Grants System, unless and until OVW issues updated instructions for report submission. The final report is due 90 days after the end of the project period and should be marked "final" in the Report Type field.

**Condition 34**
Quarterly Federal Financial Reports

The recipient agrees that it will submit quarterly Federal Financial Reports (SF-425) to OVW in the Justice Grants System, not later than 30 days after the end of each calendar quarter. The final report shall be submitted not later than 120 days following the end of the award period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

**Condition 35**
Program income

Program income, as defined by 2 C.F.R. 200.1, means gross income earned by the non-federal entity that is directly generated by a supported activity or earned as a result of the federal award during the period of performance. Without prior approval from OVW, program income must be deducted from total allowable costs to determine the net allowable costs. In order to add program income to the OVW award, the recipient must seek approval from its program manager via a budget modification Grant Award Modification (GAM) prior to generating any program income. Any program income added to the federal award must be used to support activities that were approved in the budget and follow the conditions of the OVW award. Any program income approved via budget modification GAM must be reported in the recipient's quarterly Federal Financial Report SF-425 in accordance with the addition alternative. If the program income amount changes (increases or decreases) during the project period, it must be approved via a budget modification GAM by the end of the project period. If the budget modification is not submitted and approved, it could result in audit findings for the recipient.

**Condition 36**
FFATA reporting subawards and executive compensation

The recipient agrees to comply with applicable requirements to report first-tier subawards (subgrants) of $30,000 or more and, in certain circumstances, to report the names and total compensation of the five most highly compensated executives of the recipient and first-tier subrecipients of award funds. Such data will be submitted to the Federal Funding Accountability and Transparency Act of 2006 (FFATA) Subaward Reporting System (FSRS). The details of recipient obligations, which derive from FFATA, are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (titled "Award Condition: Reporting Subawards and Executive Compensation") and are incorporated by reference here.

**Condition 37**
Changes to MOU and/or IMOA

The recipient agrees to submit for OVW review and approval any anticipated addition of, removal of, or change in collaborating partner agencies or individuals who are signatories of the Memorandum of Understanding and, if applicable, the Internal Memorandum of Agreement.

**Condition 38**
Prior approval of all materials and publications

The recipient agrees to submit for OVW review and approval all materials and publications (written, web-based, audio-visual, or any other format) that are funded under this award. OVW must have not less than 20 days to complete review and approval. The recipient may not distribute or publicly release such materials under this award until OVW has approved them.

**Condition 39**
Publication disclaimer

The recipient agrees that all materials and publications (written, web-based, audio-visual, or any other format) resulting from award activities shall contain the following statement: "This project was supported by Grant No. _____ awarded by the Office on Violence Against Women, U.S. Department of Justice. The opinions, findings, conclusions, and recommendations expressed in this publication/program/exhibition are those of the author(s) and do not necessarily reflect the views of the U.S. Department of Justice." The recipient also agrees to ensure that any subrecipient at any tier will comply with this condition.

**Condition 40**
Copyrighted works

Pursuant to 2 C.F.R. 200.315(b), the recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under this award. OVW reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work, in whole or in part (including in the creation of derivative works), for federal purposes, and to authorize others to do so.

OVW also reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use, in whole

or in part (including in the creation of derivative works), any work developed by a subrecipient (subgrantee) of this award, for federal purposes, and to authorize others to do so.

In addition, the recipient (or subrecipient, contractor, or subcontractor of this award at any tier) must obtain advance written approval from the OVW program manager assigned to this award, and must comply with all conditions specified by the program manager in connection with that approval, before: 1) using award funds to purchase ownership of, or a license to use, a copyrighted work; or 2) incorporating any copyrighted work, or portion thereof, into a new work developed under this award.

It is the responsibility of the recipient (and of each subrecipient, contractor, or subcontractor as applicable) to ensure that this condition is included in any subaward, contract, or subcontract under this award.

**Condition 41**
Grantee orientation - mandatory attendance

First-time recipients, or continuation recipients if requested, must agree to have key staff members, as identified by OVW, attend the OVW grantee orientation seminar, which may be offered in-person, online, or a combination of both. Additionally, if there is a change in the project director/coordinator during the grant period, the recipient agrees, at the earliest opportunity, to send the new project director/coordinator, regardless of prior experience with this or any other federal award, to an in-person OVW grantee orientation seminar or require completion of the orientation online, whichever is available.

**Condition 42**
Technical assistance provider training requirement

The recipient agrees to set aside funds, as required in the solicitation under which this application was submitted, to enhance the delivery of OVW-supported training and technical assistance (TA) and ensure that OVW-supported TA and TA providers reflect OVW's mission and priorities and the goals of the Violence Against Women Act, as amended. Key project staff, identified by OVW, must attend or participate in TA courses on topics including, but not limited, to: accessibility, organizational cultural competency, advanced adult learning theory and application, curriculum and product development, and financial and grants management. Courses will be selected by OVW and delivered by OVW and/or organizations identified by OVW. Funds set aside for this purpose may not be used for any other training or purpose without the approval of OVW.

**Condition 43**
Consultant compensation rates

The recipient acknowledges that consultants paid with award funds generally may not be paid at a rate in excess of $81.25 per hour, not to exceed $650 per day. To exceed this specified maximum rate, recipients must submit to OVW a detailed justification and have such justification approved by OVW, prior to obligation or expenditure of such funds. Issuance of this award or approval of the award budget alone does not indicate approval of any consultant rate in excess of $81.25 per hour, not to exceed $650 per day. Although prior approval is not required for consultant rates below this specified maximum rate, recipients are required to maintain documentation to support all daily or hourly consultant rates.

**Condition 44**
Prior approval for conference expenditures

The recipient must complete and submit the Department of Justice-Sponsored Conference Request and Report Form to OVW for review and approval prior to entering into any contract (with the exception of logistical or programmatic planning contracts) or expending any funds for any meeting, conference, training, or other event. This includes conferences for which OVW is not the primary source of funding if OVW support will exceed $20,000.

**Condition 45**
Logistical conference planning costs

The allowable costs for logistical conference planning are limited to $62.50 per attendee, not to exceed a cumulative

total of $11,000. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at a conference is 100, the cost allowed for a logistical conference planner is $6,250 ($62.50 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside logistical conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the logistical conference planning.

**Condition 46**
Programmatic conference planning costs

The allowable costs for programmatic conference planning are limited to $250 per attendee, not to exceed a cumulative cost total of $43,750. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at the conference is 100, the cost allowed for a programmatic conference planner is $25,000 ($250 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside programmatic conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the programmatic conference planning.

**Condition 47**
Conference space and audio-visual equipment

Recipients must limit the cost of conference space and audio-visual equipment to $31.25 per day per attendee, not to exceed a total of $25,000 for the conference. "Attendees" include trainers, instructors, presenters, and facilitators. Indirect cost rates must be applied to conference space and audio-visual equipment costs in accordance with negotiated agreements and must be included when calculating this threshold. If the recipient expects that these limitations will be exceeded, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient enters into any contract for the use of conference space and audio-visual equipment.

**Condition 48**
Prohibition on trinkets at conferences

The recipient acknowledges that trinkets (items such as hats, mugs, portfolios, t-shirts, coins, etc., regardless of whether they include the conference name or logo) must not be purchased with funds made available under this agreement. Basic supplies that are necessary for use during the conference (e.g., pens, paper, name tags) may be purchased.

**Condition 49**
Prohibition on entertainment at conferences

The recipient acknowledges that funds made available under this agreement may not be used for costs of entertainment, including amusement, diversion, social activities, and any costs directly associated with entertainment (such as tickets to shows or sports events, meals, lodging, rentals, transportation, and gratuities).

**Condition 50**
Food and beverages at conferences

Subject to OVW prior approval, and under limited circumstances, OVW funds may be used to purchase food and/or beverages for meals served during a meeting, conference, or training. OVW may approve the use of funds to purchase food and/or beverages served at a working meal if the recipient can justify that provision of the meal is necessary to accomplish official business and enhance the cost effectiveness of the conference. For example, a meal may be permissible where the conference will need to be extended if the working meal is not provided.

OVW will consider allowing grant funds to be used to purchase food and/or beverages for refreshment breaks only

where there are unique and extenuating circumstances, and the recipient will be required to provide significant justification for such use of funds.

Furthermore, if a meal is approved by OVW, the cost of any individual meal, including taxes and any hotel service costs (e.g., labor cost for room setup), must not exceed 150 percent of the General Services Administration (GSA) Meals and Incidental Expenses (M&IE) rate for an individual's meal in that locality. OVW strongly encourages recipients to maintain costs for any meal provided, including any service costs, at or below 100 percent of the applicable GSA M&IE rate. The current GSA M&IE rate breakdown by meal and by locality can be found at https://gsa.gov/travel/plan-book/per-diem-rates. This award condition does not impact direct payment of per diem amounts to individuals in a travel status under the recipient's travel policy.

**Condition 51**
Conference expenditure reporting

Within 30 days after the end of any conference, meeting, retreat, seminar, symposium, training activity, or similar event funded, in whole or in part, under this award, and the total cost of which exceeds $20,000 in award funds, the recipient must report all conference expenditures paid for with OVW funds by providing the OVW program manager with a completed DOJ-Sponsored Conference Request and Report Form, available at https://www.justice.gov/ovw/conference-planning.

**Condition 52**
Withholding of funds pending completion of prior award addressing the same purpose(s)

The recipient acknowledges that it has a prior OVW award that is supporting the same purpose(s) as this new award. Before obligating, expending, or drawing down funds from this award, the recipient must first expend all funds from the prior award. The only exception is that the recipient may obligate, expend, and draw down funds from this award for travel-related expenses up to $10,000 to attend OVW-sponsored technical assistance events. If the recipient needs to obligate, expend, or draw down additional funds from this award prior to the completion/expiration of the prior award, it must submit a written request to its program manager for review and approval.

**Condition 53**
Indirect costs

The recipient may not obligate, expend, or draw down any award funds for indirect costs, unless and until either (1) the recipient submits to OVW a current, federally-approved indirect cost rate agreement, or (2) the recipient determines that it is eligible under the Part 200 Uniform Requirements to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f), and advises OVW in writing of both its eligibility and its election.

**Condition 54**
Conditional clearance with release of technical assistance funds

The recipient acknowledges that the budget for this award is pending review and approval. Until OVW approves the budget, any obligations or expenditures incurred by the recipient are made at the recipient's own risk. The recipient may obligate, expend, or draw down up to $10,000 for participation in or travel-related expenses to attend OVW-sponsored technical assistance events, but these obligations and expenditures remain at the recipient's own risk until the budget is approved. Remaining funds will not be available for drawdown until OVW's Grants Financial Management Division has approved the budget and budget narrative via a Grant Award Modification (GAM). If applicable, the Indirect Cost Rate will be identified in the GAM when the budget is approved. If there is another condition on the award prohibiting any obligation, expenditure, and drawdown of any funds, that other condition will control.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

**Award Acceptance**

**Declaration and Certification to the U.S. Department of Justice as to Acceptance**

By checking the declaration and certification box below, I--

A.   Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.   Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted  in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.   Accept this award on behalf of the applicant.

D.   Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

**Agency Approval**

| **Title of Approving Official** | **Name of Approving Official** | **Signed Date And Time** |
| --- | --- | --- |
| Director | Rosemarie Hidalgo | 9/22/24 5:42 PM |

**Authorized Representative**

[X]

**Entity Acceptance**

**Title of Authorized Entity Official**
Sr. Financial Analyst

**Name of Authorized Entity Official**
Sandy Hu

**Signed Date And Time**
2/13/2025 5:07 PM

# Award Document for LGBTQI+ Training for Coalitions Project (Compl. ¶ 54)



# Department of Justice (DOJ)

## Office on Violence Against Women (OVW)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | AMERICAN BAR ASSOCIATION<br>321 N CLARK ST |
| **City, State and Zip:** | CHICAGO, IL 60654 |
| **Recipient UEI:** | L6R3PLXVANN9 |

| | |
|---|---|
| **Project Title:** LGBTQIA2S+ Training for Coalitions Project | **Award Number:** 15JOVW-24-GK-03022-STOP |

**Solicitation Title:** OVW Fiscal Year 2024 Training and Technical Assistance Initiative

| | |
|---|---|
| **Federal Award Amount:** $400,000.00 | **Federal Award Date:** 9/26/24 |
| **Awarding Agency:** | Office on Violence Against Women |
| **Funding Instrument Type:** | CA |

**Assistance Listing:**
16.526 - OVW Technical Assistance Initiative

| | |
|---|---|
| **Project Period Start Date:** 10/1/24 | **Project Period End Date:** 9/30/26 |
| **Budget Period Start Date:** 10/1/24 | **Budget Period End Date:** 9/30/26 |

**Project Description:**
The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative provides OVW grantees and subgrantees with the expertise and support they need to develop and implement successful state, local, tribal, and campus projects; increase victim safety; and bolster offender accountability. Through cooperative agreements, OVW supports educational initiatives, conferences, peer-to-peer consultations, and targeted assistance that allow current and potential grantees and subgrantees to learn from experts and one another about how to overcome obstacles and incorporate promising practices in their efforts to address violence against women. In addition, OVW is focused on building the capacity of the criminal and civil justice systems and victim service providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and to foster partnerships between organizations that have not traditionally worked together to address violence against women.

With FY 2024 TA Initiative funding, the American Bar Association (ABA) will implement LGBTQIA2S+ Training for Coalitions Project. The ABA's Commission on Domestic & Sexual Violence and partners will provide training and technical assistance to state and territorial domestic violence, sexual assault, dual coalitions, and member organizations serving LGBTQIA2S+ survivors of domestic violence, dating violence, stalking, and sexual assault. Trainings will focus on how coalitions can build LGBTQIA2S+ inclusivity through the LGBTQIA2S+ Training for Coalitions Project. The project will build on previous FY 2022 findings regarding training and educational needs of coalitions to implement ongoing training and technical assistance. During the project period, the ABA and project partners will offer national webinars, coalition-specific training, comprehensive written guides, and individualized technical assistance to coalitions. The project will also take steps to ensure that the trainings remain responsive to the needs of coalitions and the survivors in their jurisdictions by regularly seeking feedback from TTA recipients, and routinely convening with project partners to identify emerging issues.

This project supports FY 2024 TA Initiative 29: Training and Technical Assistance for State and Territorial Coalitions on the Needs of LGBTQIA2S+ Survivors.

The timing for performance of this award is 24 months.

This award is a continuation of 15JOVW-22-GK-03984-STOP. This award is for years 2024-2026 of a five-year

comprehensive TA project awarded competitively under the FY24 TA Initiative solicitation.

**Award Letter**

September 26, 2024

Dear Sandy Hu,

On behalf of Attorney General Merrick B. Garland, it is my pleasure to inform you the Office on Violence Against Women (OVW) has approved the application submitted by  AMERICAN BAR ASSOCIATION  for an award under the funding opportunity entitled 2024 OVW Fiscal Year 2024 Training and Technical Assistance Initiative. The approved award amount is $400,000.

Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by OVW, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

 Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

 Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

 To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

 Congratulations, and we look forward to working with you.


Rosemarie Hidalgo
Director

**Office for Civil Rights Notice for All Recipients**

The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) enforces federal civil rights laws and other provisions that prohibit discrimination by recipients of federal financial assistance from OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW).

Several civil rights laws, including Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance (recipients) to give assurances that they will comply with those laws.  Taken together, these and other civil rights laws prohibit recipients from discriminating in the provision of services and employment because of race, color, national origin, religion, disability, and sex or from discriminating in the provision of services on the bases of age.

Some recipients of DOJ financial assistance have additional obligations to comply with other applicable nondiscrimination provisions like the Omnibus Crime Control and Safe Streets Act of 1968, which prohibits discrimination on the basis of religion in addition to race, color, national origin, and sex.  Recipients may also have related requirements regarding the development and implementation of equal employment opportunity programs.

OCR provides technical assistance, training, and other resources to help recipients comply with civil rights obligations. Further, OCR administratively enforces civil rights laws and nondiscrimination provisions by investigating DOJ recipients that are the subject of discrimination complaints. In addition, OCR conducts compliance reviews of DOJ recipients based on regulatory criteria. These investigations and compliance reviews permit OCR to evaluate whether DOJ recipients are providing services to the public and engaging in employment practices in a nondiscriminatory manner.

For more information about OCR, your civil rights and nondiscrimination responsibilities, how to notify your employees or beneficiaries of their civil rights protections and responsibilities and how to file a complaint, as well as technical assistance, training, and other resources, please visit www.ojp.gov/program/civil-rights-office/outreach. If you would like OCR to assist you in fulfilling your civil rights or nondiscrimination responsibilities, please contact us at askOCR@ojp.usdoj.gov or www.ojp.gov/program/civil-rights-office/about#ocr-contacts.

**Memorandum Regarding NEPA**

**NEPA Letter Type**
OVW - Categorical Exclusion - No Renovations Allowed

**NEPA Letter**

Renovations and construction are unallowable under this grant, and therefore none of the following activities will be conducted under the OVW federal action (i.e., the OVW-funded grant project) or a related third-party action:

1. New construction.

2. Any renovation or remodeling of a property located in an environmentally or historically sensitive area, including property (a) listed on or eligible for listing on the National Register of Historic Places, or (b) located within a 100-year flood plain, a wetland, or habitat for an endangered species.

3. A renovation which will change the basic prior use of a facility or significantly change its size.

4. Research and technology whose anticipated and future application could be expected to have an effect on the environment.

5. Implementation of a program involving the use of chemicals.

In addition, the OVW federal action is neither a phase nor a segment of a project that, when reviewed in its entirety, would not meet the criteria for a categorical exclusion.

Consequently, the subject federal action meets the Office on Violence Against Women's criteria for a categorical exclusion as contained in paragraph 4(b) of Appendix D to Part 61 of Title 28 of the Code of Federal Regulations (adopted by OVW at 28 CFR § 0.122(b)). Also, no further analysis is required under the National Historic Preservation Act or other related statutes and regulations.

**NEPA Coordinator**

| **First Name** | **Middle Name** | **Last Name** |
|---|---|---|
| Debra | | Murphy |

**Award Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Recipient Information**

**Recipient Name**
 no value

**UEI**
L6R3PLXVANN9

**Street 1**                                    **Street 2**
321 N CLARK ST

**City**                                        **State/U.S. Territory**
CHICAGO                                         Illinois

**Zip/Postal Code**                             **Country**
60654                                           United States

**County/Parish**                               **Province**
 no value                                        no value

**Award Details**

**Federal Award Date**                          **Award Type**
9/26/24                                         Initial

**Award Number**                                **Supplement Number**
15JOVW-24-GK-03022-STOP                         00

**Federal Award Amount**                        **Funding Instrument Type**
$400,000.00                                     CA

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.526 | OVW Technical Assistance Initiative |

| Statutory Authority |
|---|
| 34 U.S.C. 12291(b)(11) |

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

**Project Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Solicitation Title**                          **Awarding Agency**
2024 OVW Fiscal Year 2024 Training and Technical   OVW
Assistance Initiative

**Application Number**
GRANT14091930

| **Grant Manager** | **Phone Number** | **E-mail Address** |
|---|---|---|
| KARA MOLLER | 202-512-3185 | KARA.MOLLER@USDOJ.GOV |

**Project Title**
LGBTQIA2S+ Training for Coalitions Project

| **Performance Period Start Date** | **Performance Period End Date** |
|---|---|
| 10/01/2024 | 09/30/2026 |

| **Budget Period Start Date** | **Budget Period End Date** |
|---|---|
| 10/01/2024 | 09/30/2026 |

**Project Description**

The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative provides OVW grantees and subgrantees with the expertise and support they need to develop and implement successful state, local, tribal, and campus projects; increase victim safety; and bolster offender accountability. Through cooperative agreements, OVW supports educational initiatives, conferences, peer-to-peer consultations, and targeted assistance that allow current and potential grantees and subgrantees to learn from experts and one another about how to overcome obstacles and incorporate promising practices in their efforts to address violence against women. In addition, OVW is focused on building the capacity of the criminal and civil justice systems and victim service providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and to foster partnerships between organizations that have not traditionally worked together to address violence against women.

With FY 2024 TA Initiative funding, the American Bar Association (ABA) will implement LGBTQIA2S+ Training for Coalitions Project. The ABA's Commission on Domestic & Sexual Violence and partners will provide training and technical assistance to state and territorial domestic violence, sexual assault, dual coalitions, and member organizations serving LGBTQIA2S+ survivors of domestic violence, dating violence, stalking, and sexual assault. Trainings will focus on how coalitions can build LGBTQIA2S+ inclusivity through the LGBTQIA2S+ Training for Coalitions Project. The project will build on previous FY 2022 findings regarding training and educational needs of coalitions to implement ongoing training and technical assistance. During the project period, the ABA and project partners will offer national webinars, coalition-specific training, comprehensive written guides, and individualized technical assistance to coalitions. The project will also take steps to ensure that the trainings remain responsive to the needs of coalitions and the survivors in their jurisdictions by regularly seeking feedback from TTA recipients, and routinely convening with project partners to identify emerging issues.

This project supports FY 2024 TA Initiative 29: Training and Technical Assistance for State and Territorial Coalitions on the Needs of LGBTQIA2S+ Survivors.

The timing for performance of this award is 24 months.

This award is a continuation of 15JOVW-22-GK-03984-STOP.This award is for years 2024-2026 of a five-year comprehensive TA project awarded competitively under the FY24 TA Initiative solicitation.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

---

**Financial Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

The recipient budget is currently under review.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

---

## Other Award Documents

TERMS OF COOPERATIVE AGREEMENT

The Office on Violence Against Women (OVW) has elected to enter into a Cooperative Agreement with the American Bar Association (ABA) to implement the LGBTQIA2S+ Training for Coalitions Project. This decision reflects a mutual interest in providing training and technical assistance on serving LGBTQIA2S+ survivors of domestic violence, dating violence, stalking, and sexual assault. The award recipient acknowledges that OVW will play a substantial role in shaping and monitoring the project.

STATEMENT OF FEDERAL INVOLVEMENT

OVW will:

1. Provide the services of a federal program manager as a single point of contact for administration of this cooperative agreement.

2. Monitor program development and implementation, and fulfill an oversight function regarding the project, including:

a) participating in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinating and actively participating in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) reviewing and approving or disapproving all content and formats for written, web-based, and other deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assisting in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approving final selections;

e) approving or disapproving sites, dates, and agendas for all project-related activities;

f) providing input, re-directing the training and/or technical assistance as needed, and actively monitoring the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approving or disapproving any modifications to the project scope, key project partner(s), deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) reviewing and approving or disapproving all in-person and virtual events including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.


STATEMENT OF RECIPIENT RESPONSIBILITIES

The American Bar Association (ABA) will comply with all terms and conditions in this cooperative agreement, including those described below.

1. Deliver training and technical assistance to grantees, subgrantees, and potential grantees and subgrantees of the

OVW STOP Formula Program on strengthening the knowledge and capacity to serve LGBTQIA2S+ survivors of domestic violence, dating violence, sexual assault, and stalking.

2. Create six to eight comprehensive written resource guides for coalitions to support capacity building for engaging and working with LGBTQIA2S+ survivors. Resources will address specific challenges and barriers, including hiring and retaining LGBTQIA2S+ staff, developing responses to address prior organizational harm done to LGBTQIA2S+ populations, and other issues. This training and technical assistance will be provided to 10-15 coalitions.

3. Present four to six webinars addressing challenges that coalitions face when engaging in LGBTQIA2S+ inclusive work. Provide three to five additional webinar trainings for intensive topics by request.

4. Provide regular opportunity for partner meetings to discuss and understand ongoing and emerging needs. Feedback will be used to inform what ongoing and emerging needs require further training and technical assistance.

5. Training and technical assistance will be provided to 10-15 coalitions or member organizations regarding specific challenges and barriers faced by LGBTQIA2S+ populations.

6. Work cooperatively with OVW on the development and implementation of this project, including providing a meaningful opportunity for OVW staff to:

a) participate in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinate and actively participate in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) review and approve or disapprove all content and formats for written, web-based, and other deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assist in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approve final selections;

e) approve or disapprove sites, dates, and agendas for all project-related activities;

f) provide input, re-direct the training and/or technical assistance as needed, and actively monitor the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approve or disapprove any modifications to the project scope, key project partners, deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) review and approve or disapprove all in-person and virtual events, including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.

7. If applicable, plan conferences, institutes, roundtables, and focus groups in sufficient time to submit the Department of Justice-Sponsored Conference Request and Report Form (CRF) to OVW for approval at the earliest possible date but no later than 90 days before the recipient needs notice of the OVW decision or 120 days if Assistant Attorney General approval is required. The recipient should account for the time required to complete any event/lodging contracts, participant and faculty travel arrangements, and event registration when determining the date by which they need notice of the OVW decision. In the event that the CRF exceeds DOJ thresholds or the overall cost increases by 10% or $10,000, recipients may be required to submit the CRF earlier than 90 days before the recipient needs notice of OVW decision.

8. Within 90 days of the acceptance of the award, submit a revised project timeline reflecting any changes to the original proposed timeline and deliverables to OVW for review and approval, via the Justice Grants System

(JustGrants). If there are no changes necessary, the recipient will confirm with their OVW program manager during the planning period that the original timeline in the application and deliverables, as stated in the award document, stand.

9. Participate in OVW-sponsored technical assistance provider meetings, focus groups and/or conferences at the request of OVW. Funds designated for participation in OVW TA provider meetings cannot be used to support other travel without the express permission of the OVW program manager.

10. Post notice of all project events, including meetings, trainings, webinars, and roundtables, on the OVW Technical Assistance Calendar hosted at https://www.ta2ta.org at least 60 calendar days before the event. Events pending OVW approval should be posted and marked as pending at the earliest possible date but no later than the date upon which the event is submitted for OVW approval. The recipient is responsible for updating the status of the event on the calendar after OVW has issued a decision.

11. Submit all products and resources developed through this award, once approved by OVW in JustGrants, to the TA2TA library at https://www.ta2ta.org, and post such products and resources on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

12. Upon receiving OVW approval, post recordings of multi-media deliverables, including webinars and training videos, on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

13. Attend the &ldquo;Creating Welcoming and Accessible Trainings and Technical Assistance&rdquo; training hosted by the OVW-identified TA provider. At a minimum, the project director and the individual(s) responsible for logistical and programmatic event planning must attend the training. Appropriate attendance and active participation may be a factor in OVW&rsquo;s future funding decisions. If relevant staff for this TA project and/or the organization have attended this training in the last two years, OVW may waive this requirement. If such a waiver is granted, it is applicable only to this award and does not apply if key personnel changes.

14. Notify OVW of any changes to approved conferences if such changes occur before the event. Changes in a conference cost that cause a category to exceed a DOJ threshold not exceeded when the event was approved, require OVW approval prior to the event. Additional changes, such as conference location, the substantive purpose of the conference, or an increase, in excess of 10% or $10,000, in overall conference costs also require OVW approval prior to the event start date.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

---

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Condition 1**
Requirements of the award; remedies for non-compliance or for materially false statements

The conditions of this award are material requirements of the award. Compliance with any assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance also is a material requirement of this award.

By signing and accepting this award on behalf of the recipient, the authorized recipient official accepts all material requirements of the award, and specifically adopts, as if personally executed by the authorized recipient official, all assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance.

Failure to comply with any one or more of these award requirements -- whether a condition set out in full below, a condition incorporated by reference below, or an assurance or certification related to conduct during the award period -- may result in the Office on Violence Against Women (OVW) taking appropriate action with respect to the recipient and the award. Among other things, OVW may withhold award funds, disallow costs, or suspend or terminate the award.

The U.S. Department of Justice (DOJ), including OVW, also may take other legal action as appropriate.

Any materially false, fictitious, or fraudulent statement to the federal government related to this award (or concealment or omission of a material fact) may be the subject of criminal prosecution (including under 18 U.S.C. 1001 and/or 1621, and/or 34 U.S.C. 10271-10273), and also may lead to imposition of civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. 3729-3730 and 3801-3812).

Should any provision of a requirement of this award be held to be invalid or unenforceable by its terms, that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law. Should it be held, instead, that the provision is utterly invalid or -unenforceable, such provision shall be deemed severable from this award.

**Condition 2**
Applicability of Part 200 Uniform Requirements and DOJ Grants Financial Guide

The recipient agrees to comply with the Uniform Administrative Requirements, Cost Principles, and Audit Requirements in 2 C.F.R. Part 200, as adopted and supplemented by the Department of Justice (DOJ) in 2 C.F.R. Part 2800 (together, the "Part 200 Uniform Requirements"), and the current edition of the DOJ Grants Financial Guide as posted on the OVW website, including any updated version that may be posted during the period of performance. The recipient also agrees that all financial records pertinent to this award, including the general accounting ledger and all supporting documents, are subject to agency review throughout the life of the award, during the close-out process, and for three years after submission of the final Federal Financial Report (SF-425) or as long as the records are retained, whichever is longer, pursuant to 2 C.F.R. 200.334, 200.337.

**Condition 3**
Requirement to report potentially duplicative funding

If the recipient currently has other active awards of federal funds, or if the recipient receives any other award of federal funds during the period of performance for this award, the recipient promptly must determine whether funds from any of those other federal awards have been, are being, or are to be used (in whole or in part) for one or more of the identical cost items for which funds are provided under this award. If so, the recipient must promptly notify OVW in writing of the potential duplication, and, if so requested by OVW, must seek a budget-modification or change-of-project-scope Grant Award Modification (GAM) to eliminate any inappropriate duplication of funding.

**Condition 4**
Requirements related to System for Award Management and unique entity identifiers

The recipient must comply with applicable requirements regarding the System for Award Management (SAM), currently accessible at https://www.sam.gov. This includes applicable requirements regarding registration with SAM, as well as maintaining current information in SAM.

The recipient also must comply with applicable restrictions on subawards (subgrants) to first-tier subrecipients (subgrantees), including restrictions on subawards to entities that do not acquire and provide (to the recipient) the unique entity identifier assigned by SAM.

The details of the recipient's obligations related to SAM and to unique entity identifiers are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (titled "Award Condition: Requirements related to System for Award Management (SAM) and unique entity identifiers") and are incorporated by reference here.

**Condition 5**
Requirement to report actual or imminent breach of personally identifiable information (PII)

The recipient (and any subrecipient at any tier) must have written procedures in place to respond in the event of an actual or imminent breach (as defined in OMB M-17-12) if it (or a subrecipient)-- 1) creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of personally identifiable information (PII) (as defined in 2 C.F.R. 200.1) within the scope of an OVW grant-funded program or activity, or 2) uses or operates a Federal information system (as defined in OMB Circular A-130). The recipient's breach procedures must include a requirement

to report actual or imminent breach of PII to an OVW Program Manager no later than 24 hours after an occurrence of an actual breach, or the detection of an imminent breach.

**Condition 6**
Requirements pertaining to prohibited conduct related to trafficking in persons (including reporting requirements and OVW authority to terminate award)

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements (including requirements to report allegations) pertaining to prohibited conduct related to the trafficking of persons, whether on the part of recipients, subrecipients (subgrantees), or individuals defined (for purposes of this condition) as "employees" of the recipient or of any subrecipient.

The details of the recipient's obligations related to prohibited conduct related to trafficking in persons are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (titled "Award Condition: Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and OVW authority to terminate award)") and are incorporated by reference here.

**Condition 7**
Determinations of suitability to interact with participating minors

This condition applies to this award if it is indicated in the application for the award (as approved by DOJ) (or in the application for any subaward at any tier), the DOJ funding announcement (solicitation), or an associated federal statute that a purpose of some or all of the activities to be carried out under the award (whether by the recipient or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age.

The recipient, and any subrecipient at any tier, must make determinations of suitability before certain individuals may interact with participating minors. This requirement applies regardless of an individual's employment status. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (titled "Award condition: Determination of suitability required, in advance, for certain individuals who may interact with participating minors") and are incorporated by reference here.

**Condition 8**
Compliance with applicable rules regarding approval, planning, and reporting of conferences, meetings, trainings, and other events

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable laws, regulations, policies, and official DOJ guidance (including specific cost limits, prior approval and reporting requirements, where applicable) governing the use of federal funds for expenses related to conferences (as that term is defined by DOJ), including the provision of food and/or beverages at such conferences, and costs of attendance at such conferences.

Information on the pertinent DOJ definition of conferences and the rules applicable to this award appears on the OVW website at https://www.justice.gov/ovw/conference-planning.

**Condition 9**
OVW Training Guiding Principles

The recipient understands and agrees that any training or training materials developed or delivered with funding provided under this award must adhere to the OVW Training Guiding Principles for Grantees and Subgrantees, available at https://www.justice.gov/sites/default/files/ovw/legacy/2012/06/28/ovw-training-guiding-principles-grantees-subgrantees.pdf.

**Condition 10**
Effect of failure to address audit issues

The recipient understands and agrees that OVW may withhold award funds, or may impose other related requirements, if (as determined by OVW) the recipient does not satisfactorily and promptly address outstanding issues from audits required by the Part 200 Uniform Requirements (or by the terms of this award), or other outstanding issues

that arise in connection with audits, investigations, or reviews of DOJ awards.

**Condition 11**
Potential imposition of additional requirements

The recipient agrees to comply with any additional requirements that may be imposed by OVW during the period of performance for this award, if the recipient is designated as "high-risk" for purposes of the DOJ high-risk grantee list.

**Condition 12**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 42

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 42, specifically including any applicable requirements in Subpart E of 28 C.F.R. Part 42 that relate to an equal employment opportunity program.

**Condition 13**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 38

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 38 (amended effective April 3, 2024).

Among other things, 28 C.F.R. Part 38 includes rules that prohibit specific forms of discrimination on the basis of religion, a religious belief, a refusal to hold a religious belief, or refusal to attend or participate in a religious practice. Part 38 also sets out rules and requirements that relate to engaging in or conducting explicitly religious activities and requires that recipients and subrecipients that are social service providers provide written notice to beneficiaries or prospective beneficiaries of certain protections as described in 28 C.F.R. 38.6(b).

**Condition 14**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 54

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 54, which relates to nondiscrimination on the basis of sex in certain "education programs."

**Condition 15**
Restrictions on "lobbying" and policy development

In general, as a matter of federal law, federal funds may not be used by the recipient, or any subrecipient (subgrantee) at any tier, either directly or indirectly, in support of the enactment, repeal, modification or adoption of any law, regulation or policy, at any level of government, in order to avoid violation of 18 U.S.C. 1913. The recipient, or any subrecipient (subgrantee) may, however, use federal funds to collaborate with and provide information to federal, state, local, tribal and territorial public officials and agencies to develop and implement policies and develop and promote state, local, or tribal legislation or model codes designed to reduce or eliminate domestic violence, dating violence, sexual assault, and stalking (as those terms are defined in 34 U.S.C. 12291(a)) when such collaboration and provision of information is consistent with the activities otherwise authorized under this grant program.

Another federal law generally prohibits federal funds awarded by OVW from being used by the recipient, or any subrecipient at any tier, to pay any person to influence (or attempt to influence) a federal agency, a Member of Congress, or Congress (or an official or employee of any of them) with respect to the awarding of a federal grant or cooperative agreement, subgrant, contract, subcontract, or loan, or with respect to actions such as renewing, extending, or modifying any such award. See 31 U.S.C. 1352. Certain exceptions to this law apply, including an exception that applies to Indian tribes and tribal organizations.

Should any question arise as to whether a particular use of federal funds by a recipient (or subrecipient) would or might fall within the scope of these prohibitions, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 16**
Compliance with general appropriations-law restrictions on the use of federal funds for this fiscal year

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable restrictions on the use of federal funds set out in federal appropriations statutes. Pertinent restrictions, for each fiscal year, are set out at https://www.justice.gov/ovw/award-conditions (titled "Award Condition: General appropriations-law restrictions on use of federal award funds") and are incorporated by reference here. Should a question arise as to whether a particular use of federal funds by a recipient (or a subrecipient) would or might fall within the scope of an appropriations-law restriction, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 17**
Reporting potential fraud, waste, and abuse, and similar misconduct

The recipient and any subrecipients (subgrantees) must promptly refer to the DOJ Office of the Inspector General (OIG) any credible evidence that a principal, employee, agent, subrecipient, contractor, subcontractor, or other person has, in connection with funds under this award -- (1) submitted a claim that violates the False Claims Act; or (2) committed a criminal or civil violation of laws pertaining to fraud, conflict of interest, bribery, gratuity, or similar misconduct.

Potential fraud, waste, abuse, or misconduct involving or relating to funds under this award should be reported to the OIG by-- (1) online submission accessible via the OIG webpage at https://oig.justice.gov/hotline/grant-complaint (select "Submit Report Online"); (2) mail directed to: U.S. Department of Justice, Office of the Inspector General, Investigations Division, ATTN: Grantee Reporting, 950 Pennsylvania Ave., NW, Washington, DC 20530; (3) by facsimile directed to the DOJ OIG Fraud Detection Office (Attn: Grantee Reporting) at (202) 616-9881 (fax).

Additional information is available from the DOJ OIG website at https://oig.justice.gov/hotline.

**Condition 18**
Restrictions and certifications regarding non-disclosure agreements and related matters

No recipient or subrecipient (subgrantee) under this award, or entity that receives a procurement contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts, or purports to prohibit or restrict, the reporting (in accordance with law) of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information.

The foregoing is not intended, and shall not be understood by the agency making this award, to contravene requirements applicable to Standard Form 312 (which relates to classified information), Form 4414 (which relates to sensitive compartmented information), or any other form issued by a federal department or agency governing the nondisclosure of classified information.

1. In accepting this award, the recipient--

a. represents that it neither requires nor has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

b. certifies that, if it learns or is notified that it is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

2. If the recipient does or is authorized under this award to make subawards (subgrants), procurement contracts, or both--

a. it represents that--

(1) it has determined that no other entity that the recipient's application proposes may or will receive award funds (whether through a subaward (subgrant), procurement contract, or subcontract under a procurement contract) either requires or has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

(2) it has made appropriate inquiry, or otherwise has an adequate factual basis, to support this representation; and

b. it certifies that, if it learns or is notified that any subrecipient, contractor, or subcontractor entity that receives funds under this award is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds to or by that entity, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

**Condition 19**
Compliance with 41 U.S.C. 4712 (including prohibitions on reprisal; notice to employees)

The recipient (and any subrecipient at any tier) must comply with, and is subject to, all applicable provisions of 41 U.S.C. 4712, including all applicable provisions that prohibit, under specified circumstances, discrimination against an employee as reprisal for the employee's disclosure of information related to gross mismanagement of a federal grant, a gross waste of federal funds, an abuse of authority relating to a federal grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a federal grant.

The recipient also must inform its employees, in writing (and in the predominant native language of the workforce), of employee rights and remedies under 41 U.S.C. 4712.

Should a question arise as to the applicability of the provisions of 41 U.S.C. 4712 to this award, the recipient is to contact OVW for guidance.

**Condition 20**
Encouragement of policies to ban text messaging while driving

Pursuant to Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," 74 Fed. Reg. 51225 (October 1, 2009), DOJ encourages recipients and subrecipients (subgrantees) to adopt and enforce policies banning employees from text messaging while driving any vehicle during the course of performing work funded by this award, and to establish workplace safety policies and conduct education, awareness, and other outreach to decrease crashes caused by distracted drivers.

**Condition 21**
Requirement to disclose whether recipient is designated high risk by a federal grant-making agency outside of DOJ

If the recipient is designated high risk by a federal grant-making agency outside of DOJ, currently or at any time during the course of the period of performance under this award, the recipient must disclose that fact and certain related information to OVW by email to OVW.GFMD@usdoj.gov. For purposes of this disclosure, high risk includes any status under which a federal awarding agency provides additional oversight due to the recipient's past performance, or other programmatic or financial concerns with the recipient. The recipient's disclosure must include the following: (1) the federal awarding agency that currently designates the recipient high risk; (2) the date the recipient was designated high risk; (3) the high-risk point of contact at that federal awarding agency (name, phone number, and email address); and (4) the reasons for the high-risk status, as set out by the federal awarding agency.

**Condition 22**
Availability of general terms and conditions on OVW website

The recipient agrees to follow the applicable set of general terms and conditions that are available at https://www.justice.gov/ovw/award-conditions. These do not supersede any specific conditions in this award document.

**Condition 23**
Compliance with statutory and regulatory requirements

The recipient agrees to comply with all relevant statutory and regulatory requirements, which may include, among other relevant authorities, the Violence Against Women Act of 1994, P.L. 103-322, the Violence Against Women Act of 2000, P.L. 106-386, the Violence Against Women and Department of Justice Reauthorization Act of 2005, P.L. 109-162, the Violence Against Women Reauthorization Act of 2013, P.L. 113-4, the Violence Against Women Act Reauthorization Act of 2022, P.L. 117-103, the Omnibus Crime Control and Safe Streets Act of 1968, 34 U.S.C. 10101 et seq., and OVW's implementing regulations at 28 C.F.R. Part 90.

**Condition 24**
Compliance with solicitation requirements

The recipient agrees that it must be in compliance with requirements outlined in the solicitation under which the approved application was submitted, the applicable Solicitation Companion Guide, and any program-specific frequently asked questions (FAQs) on the OVW website (https://www.justice.gov/ovw/resources-and-faqs-grantees). The program solicitation, Companion Guide, and any program-specific FAQs are hereby incorporated by reference into this award.

**Condition 25**
VAWA 2013 nondiscrimination condition

The recipient acknowledges that 34 U.S.C. 12291(b)(13) prohibits recipients of OVW awards from excluding, denying benefits to, or discriminating against any person on the basis of actual or perceived race, color, religion, national origin, sex, gender identity, sexual orientation, or disability in any program or activity funded in whole or in part by OVW. Recipients may provide sex-segregated or sex-specific programming if doing so is necessary to the essential operations of the program, so long as the recipient provides comparable services to those who cannot be provided with the sex-segregated or sex-specific programming. The recipient agrees that it will comply with this provision. The recipient also agrees to ensure that any subrecipients (subgrantees) at any tier will comply with this provision.

**Condition 26**
Misuse of award funds

The recipient understands and agrees that misuse of award funds may result in a range of penalties, including suspension of current and future funds, suspension or debarment from federal grants, recoupment of monies provided under an award, and civil and/or criminal penalties.

**Condition 27**
Limitation on use of funds to approved activities

The recipient agrees that grant funds will be used only for the purposes described in the recipient's application, unless OVW determines that any of these activities are out of scope or unallowable. The recipient must not undertake any work or activities that are not described in the recipient's application, award documents, or approved budget, and must not use staff, equipment, or other goods or services paid for with grant funds for such work or activities, without prior written approval, via Grant Award Modification (GAM), from OVW.

**Condition 28**
Non-supplantation

The recipient agrees that grant funds will be used to supplement, not supplant, non-federal funds that would otherwise be available for the activities under this grant.

**Condition 29**
Confidentiality and information sharing

The recipient agrees to comply with the provisions of 34 U.S.C. 12291(b)(2), nondisclosure of confidential or private

information, which includes creating and maintaining documentation of compliance, such as policies and procedures for release of victim information. The recipient also agrees to comply with the regulations implementing this provision at 28 CFR 90.4(b) and "Frequently Asked Questions (FAQs) on the VAWA Confidentiality Provision (34 U.S.C. 12291(b)(2))" on the OVW website at https://www.justice.gov/ovw/resources-and-faqs-grantees. The recipient also agrees to ensure that all subrecipients (subgrantees) at any tier meet these requirements.

**Condition 30**
Activities that compromise victim safety and recovery or undermine offender accountability

The recipient agrees that grant funds will not support activities that compromise victim safety and recovery or undermine offender accountability, such as: procedures or policies that exclude victims from receiving safe shelter, advocacy services, counseling, and other assistance based on their actual or perceived sex, age, immigration status, race, religion, sexual orientation, gender identity, mental health condition, physical health condition, criminal record, work in the sex industry, or the age and/or sex of their children; procedures or policies that compromise the confidentiality of information and privacy of persons receiving OVW-funded services; procedures or policies that impose requirements on victims in order to receive services (e.g., seek an order of protection, receive counseling, participate in couples' counseling or mediation, report to law enforcement, seek civil or criminal remedies, etc.); procedures or policies that fail to ensure service providers conduct safety planning with victims; project design and budgets that fail to account for the access needs of participants with disabilities and participants who have limited English proficiency or are Deaf or hard of hearing; or any other activities outlined in the solicitation or companion guide under which the application was submitted.

**Condition 31**
Policy for response to workplace-related incidents of sexual misconduct, domestic violence, and dating violence

The recipient, and any subrecipient at any tier, must have a policy, or issue a policy within 270 days of the award date, to address workplace-related incidents of sexual misconduct, domestic violence, and dating violence involving an employee, volunteer, consultant, or contractor. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (titled "Award Condition: Policy for response to workplace-related sexual misconduct, domestic violence, and dating violence") and are incorporated by reference here.

**Condition 32**
Termination or suspension

The Director of OVW, upon a finding that there (1) has been substantial failure by the recipient to comply with applicable laws, regulations, and/or the terms and conditions of the award or relevant solicitation, (2) has been failure by the recipient to make satisfactory progress toward the goals, objectives, or strategies set forth in the application, or (3) have been project changes proposed or implemented by the recipient to the extent that, if originally submitted, the application would not have been selected for funding, will terminate or suspend until the Director is satisfied that there is no longer such failure or changes, all or part of the award, in accordance with the provisions of 28 C.F.R. Part 18, as applicable mutatis mutandis. The federal regulation providing uniform rules for termination of grants and cooperative agreements is 2 C.F.R. 200.340.

**Condition 33**
Semiannual and final performance progress report submission

The recipient agrees to submit semiannual performance progress reports that describe activities conducted during the reporting period, including program effectiveness measures. Reports must be submitted throughout the project period, even if no funds were spent and no activities were conducted in a given reporting period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

The information that must be collected and reported to OVW can be found in the reporting form associated with the grant program or initiative under which this award was made. Performance progress reports must be submitted within 30 days after the end of the reporting periods, which are January 1 - June 30 and July 1 - December 31. Recipients are required to submit their reports through the Justice Grants System, unless and until OVW issues updated instructions for report submission. The final report is due 90 days after the end of the project period and should be marked "final" in the Report Type field.

**Condition 34**
Quarterly Federal Financial Reports

The recipient agrees that it will submit quarterly Federal Financial Reports (SF-425) to OVW in the Justice Grants System, not later than 30 days after the end of each calendar quarter. The final report shall be submitted not later than 120 days following the end of the award period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

**Condition 35**
Program income

Program income, as defined by 2 C.F.R. 200.1, means gross income earned by the non-federal entity that is directly generated by a supported activity or earned as a result of the federal award during the period of performance. Without prior approval from OVW, program income must be deducted from total allowable costs to determine the net allowable costs. In order to add program income to the OVW award, the recipient must seek approval from its program manager via a budget modification Grant Award Modification (GAM) prior to generating any program income. Any program income added to the federal award must be used to support activities that were approved in the budget and follow the conditions of the OVW award. Any program income approved via budget modification GAM must be reported in the recipient's quarterly Federal Financial Report SF-425 in accordance with the addition alternative. If the program income amount changes (increases or decreases) during the project period, it must be approved via a budget modification GAM by the end of the project period. If the budget modification is not submitted and approved, it could result in audit findings for the recipient.

**Condition 36**
FFATA reporting subawards and executive compensation

The recipient agrees to comply with applicable requirements to report first-tier subawards (subgrants) of $30,000 or more and, in certain circumstances, to report the names and total compensation of the five most highly compensated executives of the recipient and first-tier subrecipients of award funds. Such data will be submitted to the Federal Funding Accountability and Transparency Act of 2006 (FFATA) Subaward Reporting System (FSRS). The details of recipient obligations, which derive from FFATA, are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (titled "Award Condition: Reporting Subawards and Executive Compensation") and are incorporated by reference here.

**Condition 37**
Changes to MOU and/or IMOA

The recipient agrees to submit for OVW review and approval any anticipated addition of, removal of, or change in collaborating partner agencies or individuals who are signatories of the Memorandum of Understanding and, if applicable, the Internal Memorandum of Agreement.

**Condition 38**
Prior approval of all materials and publications

The recipient agrees to submit for OVW review and approval all materials and publications (written, web-based, audio-visual, or any other format) that are funded under this award. OVW must have not less than 20 days to complete review and approval. The recipient may not distribute or publicly release such materials under this award until OVW has approved them.

**Condition 39**
Publication disclaimer

The recipient agrees that all materials and publications (written, web-based, audio-visual, or any other format) resulting from award activities shall contain the following statement: "This project was supported by Grant No. _____ awarded by the Office on Violence Against Women, U.S. Department of Justice. The opinions, findings, conclusions, and recommendations expressed in this publication/program/exhibition are those of the author(s)

and do not necessarily reflect the views of the U.S. Department of Justice." The recipient also agrees to ensure that any subrecipient at any tier will comply with this condition.

**Condition 40**
Copyrighted works

Pursuant to 2 C.F.R. 200.315(b), the recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under this award. OVW reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work, in whole or in part (including in the creation of derivative works), for federal purposes, and to authorize others to do so.

OVW also reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use, in whole or in part (including in the creation of derivative works), any work developed by a subrecipient (subgrantee) of this award, for federal purposes, and to authorize others to do so.

In addition, the recipient (or subrecipient, contractor, or subcontractor of this award at any tier) must obtain advance written approval from the OVW program manager assigned to this award, and must comply with all conditions specified by the program manager in connection with that approval, before: 1) using award funds to purchase ownership of, or a license to use, a copyrighted work; or 2) incorporating any copyrighted work, or portion thereof, into a new work developed under this award.

It is the responsibility of the recipient (and of each subrecipient, contractor, or subcontractor as applicable) to ensure that this condition is included in any subaward, contract, or subcontract under this award.

**Condition 41**
Grantee orientation - mandatory attendance

First-time recipients, or continuation recipients if requested, must agree to have key staff members, as identified by OVW, attend the OVW grantee orientation seminar, which may be offered in-person, online, or a combination of both. Additionally, if there is a change in the project director/coordinator during the grant period, the recipient agrees, at the earliest opportunity, to send the new project director/coordinator, regardless of prior experience with this or any other federal award, to an in-person OVW grantee orientation seminar or require completion of the orientation online, whichever is available.

**Condition 42**
Technical assistance provider training requirement

The recipient agrees to set aside funds, as required in the solicitation under which this application was submitted, to enhance the delivery of OVW-supported training and technical assistance (TA) and ensure that OVW-supported TA and TA providers reflect OVW's mission and priorities and the goals of the Violence Against Women Act, as amended. Key project staff, identified by OVW, must attend or participate in TA courses on topics including, but not limited, to: accessibility, organizational cultural competency, advanced adult learning theory and application, curriculum and product development, and financial and grants management. Courses will be selected by OVW and delivered by OVW and/or organizations identified by OVW. Funds set aside for this purpose may not be used for any other training or purpose without the approval of OVW.

**Condition 43**
Consultant compensation rates

The recipient acknowledges that consultants paid with award funds generally may not be paid at a rate in excess of $81.25 per hour, not to exceed $650 per day. To exceed this specified maximum rate, recipients must submit to OVW a detailed justification and have such justification approved by OVW, prior to obligation or expenditure of such funds. Issuance of this award or approval of the award budget alone does not indicate approval of any consultant rate in excess of $81.25 per hour, not to exceed $650 per day. Although prior approval is not required for consultant rates below this specified maximum rate, recipients are required to maintain documentation to support all daily or hourly consultant rates.

**Condition 44**
Prior approval for conference expenditures

The recipient must complete and submit the Department of Justice-Sponsored Conference Request and Report Form to OVW for review and approval prior to entering into any contract (with the exception of logistical or programmatic planning contracts) or expending any funds for any meeting, conference, training, or other event. This includes conferences for which OVW is not the primary source of funding if OVW support will exceed $20,000.

**Condition 45**
Logistical conference planning costs

The allowable costs for logistical conference planning are limited to $62.50 per attendee, not to exceed a cumulative total of $11,000. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at a conference is 100, the cost allowed for a logistical conference planner is $6,250 ($62.50 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside logistical conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the logistical conference planning.

**Condition 46**
Programmatic conference planning costs

The allowable costs for programmatic conference planning are limited to $250 per attendee, not to exceed a cumulative cost total of $43,750. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at the conference is 100, the cost allowed for a programmatic conference planner is $25,000 ($250 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside programmatic conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the programmatic conference planning.

**Condition 47**
Conference space and audio-visual equipment

Recipients must limit the cost of conference space and audio-visual equipment to $31.25 per day per attendee, not to exceed a total of $25,000 for the conference. "Attendees" include trainers, instructors, presenters, and facilitators. Indirect cost rates must be applied to conference space and audio-visual equipment costs in accordance with negotiated agreements and must be included when calculating this threshold. If the recipient expects that these limitations will be exceeded, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient enters into any contract for the use of conference space and audio-visual equipment.

**Condition 48**
Prohibition on trinkets at conferences

The recipient acknowledges that trinkets (items such as hats, mugs, portfolios, t-shirts, coins, etc., regardless of whether they include the conference name or logo) must not be purchased with funds made available under this agreement. Basic supplies that are necessary for use during the conference (e.g., pens, paper, name tags) may be purchased.

**Condition 49**
Prohibition on entertainment at conferences

The recipient acknowledges that funds made available under this agreement may not be used for costs of entertainment, including amusement, diversion, social activities, and any costs directly associated with entertainment

(such as tickets to shows or sports events, meals, lodging, rentals, transportation, and gratuities).

**Condition 50**
Food and beverages at conferences

Subject to OVW prior approval, and under limited circumstances, OVW funds may be used to purchase food and/or beverages for meals served during a meeting, conference, or training. OVW may approve the use of funds to purchase food and/or beverages served at a working meal if the recipient can justify that provision of the meal is necessary to accomplish official business and enhance the cost effectiveness of the conference. For example, a meal may be permissible where the conference will need to be extended if the working meal is not provided.

OVW will consider allowing grant funds to be used to purchase food and/or beverages for refreshment breaks only where there are unique and extenuating circumstances, and the recipient will be required to provide significant justification for such use of funds.

Furthermore, if a meal is approved by OVW, the cost of any individual meal, including taxes and any hotel service costs (e.g., labor cost for room setup), must not exceed 150 percent of the General Services Administration (GSA) Meals and Incidental Expenses (M&IE) rate for an individual's meal in that locality. OVW strongly encourages recipients to maintain costs for any meal provided, including any service costs, at or below 100 percent of the applicable GSA M&IE rate. The current GSA M&IE rate breakdown by meal and by locality can be found at https://gsa.gov/travel/plan-book/per-diem-rates. This award condition does not impact direct payment of per diem amounts to individuals in a travel status under the recipient's travel policy.

**Condition 51**
Conference expenditure reporting

Within 30 days after the end of any conference, meeting, retreat, seminar, symposium, training activity, or similar event funded, in whole or in part, under this award, and the total cost of which exceeds $20,000 in award funds, the recipient must report all conference expenditures paid for with OVW funds by providing the OVW program manager with a completed DOJ-Sponsored Conference Request and Report Form, available at https://www.justice.gov/ovw/conference-planning.

**Condition 52**
Withholding of funds pending completion of prior award addressing the same purpose(s)

The recipient acknowledges that it has a prior OVW award that is supporting the same purpose(s) as this new award. Before obligating, expending, or drawing down funds from this award, the recipient must first expend all funds from the prior award. The only exception is that the recipient may obligate, expend, and draw down funds from this award for travel-related expenses up to $10,000 to attend OVW-sponsored technical assistance events. If the recipient needs to obligate, expend, or draw down additional funds from this award prior to the completion/expiration of the prior award, it must submit a written request to its program manager for review and approval.

**Condition 53**
Indirect costs

The recipient may not obligate, expend, or draw down any award funds for indirect costs, unless and until either (1) the recipient submits to OVW a current, federally-approved indirect cost rate agreement, or (2) the recipient determines that it is eligible under the Part 200 Uniform Requirements to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f), and advises OVW in writing of both its eligibility and its election.

**Condition 54**
Conditional clearance with release of technical assistance funds

The recipient acknowledges that the budget for this award is pending review and approval. Until OVW approves the budget, any obligations or expenditures incurred by the recipient are made at the recipient's own risk. The recipient may obligate, expend, or draw down up to $10,000 for participation in or travel-related expenses to attend OVW-sponsored technical assistance events, but these obligations and expenditures remain at the recipient's own risk until

the budget is approved. Remaining funds will not be available for drawdown until OVW's Grants Financial Management Division has approved the budget and budget narrative via a Grant Award Modification (GAM). If applicable, the Indirect Cost Rate will be identified in the GAM when the budget is approved. If there is another condition on the award prohibiting any obligation, expenditure, and drawdown of any funds, that other condition will control.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Acceptance

**Declaration and Certification to the U.S. Department of Justice as to Acceptance**

By checking the declaration and certification box below, I--

A.    Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.    Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted  in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.    Accept this award on behalf of the applicant.

D.    Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

**Agency Approval**

| **Title of Approving Official** | **Name of Approving Official** | **Signed Date And Time** |
| --- | --- | --- |
| Director | Rosemarie Hidalgo | 9/22/24 5:41 PM |

**Authorized Representative**

[X]

**Entity Acceptance**

**Title of Authorized Entity Official**
Sr. Financial Analyst

**Name of Authorized Entity Official**
Sandy Hu

**Signed Date And Time**
2/13/2025 5:09 PM

Award Document for
Expanding Legal Services
Initiative (Compl. ¶ 56)



# Department of Justice (DOJ)

### Office on Violence Against Women (OVW)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | AMERICAN BAR ASSOCIATION<br>1050 CONNECTICUT AVE NW, STE 400 |
| **City, State and Zip:** | WASHINGTON, DC 20036 |
| **Recipient UEI:** | D2KUZ2RYLJJ6 |

| | |
|---|---|
| **Project Title:** ELSI Building Project | **Award Number:** 15JOVW-23-GK-05471-LEGA |
| **Solicitation Title:** OVW Fiscal Year 2023 Emerging Issues and Training and Technical Assistance Invitation to Apply | |
| **Federal Award Amount:** $750,000.00 | **Federal Award Date:** 9/28/23 |
| **Awarding Agency:** | Office on Violence Against Women |
| **Funding Instrument Type:** | CA |
| **Assistance Listing:**<br>16.526 - OVW Technical Assistance Initiative | |
| **Project Period Start Date:** 10/1/23 | **Project Period End Date:** 9/30/26 |
| **Budget Period Start Date:** 10/1/23 | **Budget Period End Date:** 9/30/26 |

**Project Description:**

The Office on Violence Against Women (OVW) Emerging Issues and Training and Technical Assistance Call for Concept Papers (Call for Concept Papers) invited interested eligible entities to propose projects that explore new and emerging issues and training and technical assistance projects addressing the needs and challenges of OVW grantees, subgrantees, and the larger violence against women field. In particular, with the passage of the Violence Against Women Act Reauthorization Act of 2022 (VAWA 2022), Pub. L. No. 117-103, div. W, 136 Stat. 49, 840-962, OVW sought to identify innovative projects and technical assistance that address the new and revised programs and issues included in VAWA 2022, as well as other emerging issues in the fields of sexual assault, domestic violence, dating violence, and stalking. See 34 U.S.C. 12291(b)(11) and (16). OVW reviewed the submitted concept papers, selected promising projects in each of the Call for Concept Papers purpose areas, and contacted selected applicants to invite them to submit a full application for their concept paper through the Call for Concept Papers Invitation to Apply solicitation.

With funding through the OVW FY 2023 Emerging Issues and Training and Technical Assistance Call for Concept Papers, the American Bar Association Commission on Domestic & Sexual Violence (ABA) will implement the Expanding Legal Services Initiative (ELSI) Building Project. This project will provide training and technical assistance (TTA) to OVW Legal Assistance for Victims' ELSI grantees to assist these grantees in establishing legal programs within their organizations that provide legal representation to victims of domestic violence, dating violence, sexual assault, and stalking.

Over the course of the project period, the ELSI Building Project will use a cohort model to train and support ELSI grantees. This will include in-person convenings, virtual and in-person trainings, virtual and in-person site visits, regular meetings of a leadership cohort and a legal staff cohort, and an in-person convening of grantee leadership and legal program staff. ABA will host regular leadership and legal staff cohort meetings and will create written tools for leadership and legal staff to use as they implement their programs.

This award supports purpose area 4: Expanding Legal Services Initiative (ELSI). The timing for performance of this award is 36 months for $750,000, all of which will be awarded through OVW Technical Assistance funding.

**Award Letter**

September 28, 2023

Dear Vladimir Gurin,

On behalf of Attorney General Merrick B. Garland, it is my pleasure to inform you the Office on Violence Against Women (OVW) has approved the application submitted by  AMERICAN BAR ASSOCIATION  for an award under the funding opportunity entitled 2023 OVW Fiscal Year 2023 Emerging Issues and Training and Technical Assistance Invitation to Apply. The approved award amount is $750,000.
Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by OVW, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

Congratulations, and we look forward to working with you.


ALLISON RANDALL
Principal Deputy Director
**Office for Civil Rights Notice for All Recipients**


The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) has been delegated the responsibility for ensuring that recipients of federal financial assistance from the OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW) are not engaged in discrimination prohibited by law. Several federal civil rights laws, such as Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance to give assurances that they will comply with those laws. Taken together, these civil rights laws prohibit recipients of federal financial assistance from DOJ from discriminating in services and employment because of race, color, national origin, religion, disability, sex, and, for grants authorized under the Violence Against Women Act, sexual orientation and gender identity.  Recipients are also prohibited from discriminating in services because of age.  For a complete review of these civil rights laws and nondiscrimination requirements, in connection with DOJ awards, see https://ojp.gov/funding/ Explore/LegalOverview/CivilRightsRequirements.htm.

Under the delegation of authority, the OCR investigates allegations of discrimination against recipients from individuals, entities, or groups. In addition, the OCR conducts limited compliance reviews and audits based on regulatory criteria.

These reviews and audits permit the OCR to evaluate whether recipients of financial assistance from the Department are providing services in a nondiscriminatory manner to their service population or have employment practices that meet equal-opportunity standards.

If you are a recipient of grant awards under the Omnibus Crime Control and Safe Streets Act or the Juvenile Justice and Delinquency Prevention Act and your agency is part of a criminal justice system, there are two additional obligations that may apply in connection with the awards: (1) complying with the regulation relating to Equal Employment Opportunity Programs (EEOPs); and (2) submitting findings of discrimination to OCR. For additional information regarding the EEOP requirement, see 28 CFR Part 42, subpart E, and for additional information regarding requirements when there is an adverse finding, see 28 C.F.R. §§ 42.204(c), .205(c)(5).

The OCR is available to help you and your organization meet the civil rights requirements that are associated with DOJ grant funding. If you would like the OCR to assist you in fulfilling your organization's civil rights or nondiscrimination responsibilities as a recipient of federal financial assistance, please do not hesitate to contact the OCR at askOCR@ojp.usdoj.gov.

**Memorandum Regarding NEPA**

## NEPA Letter Type
OVW – Categorical Exclusion - No Renovations Allowed

## NEPA Letter

Renovations and construction are unallowable under this grant, and therefore none of the following activities?will be conducted?under the OVW federal action (i.e., the OVW-funded grant project) or a related third-party action:??

1. New construction.??

2. Any renovation or remodeling of a property located in an environmentally or historically sensitive area, including property (a) listed on or eligible for listing on the National Register of Historic Places, or (b) located within a 100-year flood plain, a wetland, or habitat for an endangered species.?

3. A?renovation which?will change the basic prior use of a facility or significantly change its size.?

4. Research and technology whose anticipated and future application?could be expected?to have an effect on the environment.?

5. Implementation of a program involving the use of chemicals.??

In addition, the OVW federal action is neither a phase nor a segment of a project that, when reviewed in its entirety, would not meet the criteria for a categorical exclusion.???

Consequently, the subject federal action meets the Office on Violence Against Women's criteria for a categorical exclusion as contained in paragraph 4(b) of Appendix D to Part 61 of Title 28 of the Code of Federal Regulations (adopted by OVW at 28 CFR § 0.122(b)).??Also, no further analysis is required under the National Historic Preservation Act or other related statutes and regulations.?

## NEPA Coordinator
**First Name**
Debra

**Middle Name**

**Last Name**
Murphy

## Award Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

## Recipient Information

**Recipient Name**
 no value

**UEI**
D2KUZ2RYLJJ6

**Street 1**
1050 CONNECTICUT AVE NW, STE 400

**Street 2**
 no value

**City**
WASHINGTON

**State/U.S. Territory**
District of Columbia

**Zip/Postal Code**
20036

**Country**
United States

**County/Parish**
 no value

**Province**
 no value

## Award Details

**Federal Award Date**
9/28/23

**Award Type**
Initial

**Award Number**
15JOVW-23-GK-05471-LEGA

**Supplement Number**
00

**Federal Award Amount**
$750,000.00

**Funding Instrument Type**
CA

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.526 | OVW Technical Assistance Initiative |

**Statutory Authority**

34 U.S.C. 12291(b)(11)

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Project Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Solicitation Title**
2023 OVW Fiscal Year 2023 Emerging Issues and
Training and Technical Assistance Invitation to Apply

**Awarding Agency**
OVW

**Application Number**

GRANT13944480

| Grant Manager | Phone Number | E-mail Address |
|---|---|---|
| SANDI VAN ORDEN | 202-598-9346 | sandi.van.orden@usdoj.gov |

**Project Title**
ELSI Building Project

**Performance Period Start Date**
10/01/2023

**Performance Period End Date**
09/30/2026

**Budget Period Start Date**
10/01/2023

**Budget Period End Date**
09/30/2026

**Project Description**

The Office on Violence Against Women (OVW) Emerging Issues and Training and Technical Assistance Call for Concept Papers (Call for Concept Papers) invited interested eligible entities to propose projects that explore new and emerging issues and training and technical assistance projects addressing the needs and challenges of OVW grantees, subgrantees, and the larger violence against women field.  In particular, with the passage of the Violence Against Women Act Reauthorization Act of 2022 (VAWA 2022), Pub. L. No. 117-103, div. W, 136 Stat. 49, 840-962, OVW sought to identify innovative projects and technical assistance that address the new and revised programs and issues included in VAWA 2022, as well as other emerging issues in the fields of sexual assault, domestic violence, dating violence, and stalking. See 34 U.S.C. 12291(b)(11) and (16). OVW reviewed the submitted concept papers, selected promising projects in each of the Call for Concept Papers purpose areas, and contacted selected applicants to invite them to submit a full application for their concept paper through the Call for Concept Papers Invitation to Apply solicitation.

With funding through the OVW FY 2023 Emerging Issues and Training and Technical Assistance Call for Concept Papers, the American Bar Association Commission on Domestic & Sexual Violence (ABA) will implement the Expanding Legal Services Initiative (ELSI) Building Project. This project will provide training and technical assistance (TTA) to OVW Legal Assistance for Victims' ELSI grantees to assist these grantees in establishing legal programs within their organizations that provide legal representation to victims of domestic violence, dating violence, sexual assault, and stalking.

Over the course of the project period, the ELSI Building Project will use a cohort model to train and support ELSI grantees. This will include in-person convenings, virtual and in-person trainings, virtual and in-person site visits, regular meetings of a leadership cohort and a legal staff cohort, and an in-person convening of grantee leadership and legal program staff. ABA will host regular leadership and legal staff cohort meetings and will create written tools for leadership and legal staff to use as they implement their programs.

This award supports purpose area 4: Expanding Legal Services Initiative (ELSI). The timing for performance of this award is 36 months for $750,000, all of which will be awarded through OVW Technical Assistance funding.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

**Financial Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

The recipient budget is currently under review.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

---

## Other Award Documents

TERMS OF COOPERATIVE AGREEMENT

The Office on Violence Against Women (OVW) has elected to enter into a Cooperative Agreement with American Bar Association Commission on Domestic & Sexual Violence to implement the Expanding Legal Services Initiative (ELSI) Technical Assistance project. This decision reflects a mutual interest in providing training and technical assistance to grantees of the OVW Legal Assistance for Victims&rsquo; Expanding Legal Services Initiative to assist in establishing legal programs within their organizations that provide legal representation to victims of domestic violence, dating violence, sexual assault, and stalking. The award recipient acknowledges that OVW will play a substantial role in shaping and monitoring the project.

STATEMENT OF FEDERAL INVOLVEMENT

OVW will:

1. Provide the services of a federal program manager as a single point of contact for administration of this cooperative agreement.

2. Monitor program development and implementation, and fulfill an oversight function regarding the project, including:

a) participating in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinating and actively participating in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) reviewing and approving or disapproving all content and formats for written, web-based, and other deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assisting in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approving final selections;

e) approving or disapproving sites, dates, and agendas for all project-related activities;

f) providing input, re-directing the training and/or technical assistance as needed, and actively monitoring the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approving or disapproving any modifications to the project scope, key project partner(s), deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) reviewing and approving or disapproving all in-person and virtual events including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.


STATEMENT OF RECIPIENT RESPONSIBILITIES

The American Bar Association Commission on Domestic & Sexual Violence will comply with all terms and conditions in this cooperative agreement, including those described below.

1. Deliver training and technical assistance to grantees of the OVW Legal Assistance for Victims&rsquo; Expanding Legal Services Initiative (ELSI) and potential ELSI grantees to assist in establishing legal programs within their organizations that provide legal representation to victims of domestic violence, dating violence, sexual assault, and stalking. Technical assistance will be provided during both the planning and implementation phases for the ELSI grantees and will be provided on a regular basis with each ELSI grantee.

2. Submit to OVW through the JustGrants System (JGS) a final Memorandum of Understanding (MOU) signed by all project partners. The MOU must be submitted no later than 90 days from the start date of the project.

3. Host virtual meetings with ELSI grantees leadership for TTA and peer-to-peer learning opportunities. The frequency of the meetings will be determined in collaboration with OVW.

4. Host virtual meetings with ELSI grantee legal staff for TTA and peer-to-peer learning opportunities. The frequency of the meetings will be determined in collaboration with OVW.

5. Conduct an in-person site visit to each ELSI grantee during the planning phase for each grantee.

6. Develop two to three written materials on starting a legal program. The resources will be revised and enhanced throughout project period based on the reported needs of ELSI grantees.

7. Develop a tool to assess ELSI grantees&rsquo; progress. The tool should incorporate survivor-client perspective.

8. Coordinate an in-person convening of ELSI grantees at the start of the implementation phase.

9. Present at the New Grantee Orientation for ELSI grantees.

10. Work cooperatively with OVW on the development and implementation of this project, including providing a meaningful opportunity for OVW staff to:

a) participate in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinate and actively participate in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) review and approve or disapprove all content and formats for written, web-based, and other deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assist in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approve final selections;

e) approve or disapprove sites, dates, and agendas for all project-related activities;

f) provide input, re-direct the training and/or technical assistance as needed, and actively monitor the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approve or disapprove any modifications to the project scope, key project partners, deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) review and approve or disapprove all in-person and virtual events, including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.

11. If applicable, plan conferences, institutes, roundtables, and focus groups in sufficient time to submit the Department

of Justice-Sponsored Conference Request and Report Form (CRF) to OVW for approval at the earliest possible date but no later than 90 days before the recipient needs notice of the OVW decision or 120 days if Assistant Attorney General approval is required. In the event that the CRF exceeds DOJ thresholds or the overall cost increases by 10% or $10,000, recipients may be required to submit the CRF earlier than 90 days before the recipient needs notice of OVW decision.

12. Within 90 days of the acceptance of the award, submit a revised project timeline reflecting any changes to the original proposed timeline and deliverables to OVW for review and approval, via the Justice Grants System (JustGrants). If there are no changes necessary, the recipient will confirm with their OVW program manager during the planning period that the original timeline in the application and deliverables, as stated in the award document, stand.

13. Participate in OVW-sponsored technical assistance provider meetings, focus groups and/or conferences at the request of OVW. Funds designated for participation in OVW TA provider meetings cannot be used to support other travel without the express permission of the OVW program manager.

14. Post notice of all project events, including meetings, trainings, webinars, and roundtables, on the OVW Technical Assistance Calendar hosted at https://www.ta2ta.org at least 60 calendar days before the event. Events pending OVW approval should be posted and marked as pending at the earliest possible date but no later than the date upon which the event is submitted for OVW approval. The recipient is responsible for updating the status of the event on the calendar after OVW has issued a decision.

15. Submit all products and resources developed through this award, once approved by OVW in JustGrants, to the TA2TA library at https://www.ta2ta.org, and post such products and resources on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

16. Upon receiving OVW approval, post recordings of multi-media deliverables, including webinars and training videos, on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

17. Attend the &ldquo;Creating Welcoming and Accessible Trainings and Technical Assistance&rdquo; training hosted by the OVW-identified TA provider. At a minimum, the project director and the individual(s) responsible for logistical and programmatic event planning must attend the training. Appropriate attendance and active participation may be a factor in OVW&rsquo;s future funding decisions. If relevant staff for this TA project and/or the organization have attended this training in the last two years, OVW may waive this requirement. If such a waiver is granted, it is applicable only to this award and does not apply if key personnel changes.

18. Notify OVW of any changes to approved conferences if such changes occur before the event. Changes in a conference cost that cause a category to exceed a DOJ threshold not exceeded when the event was approved, require OVW approval prior to the event. Additional changes, such as conference location, the substantive purpose of the conference, or an increase, in excess of 10% or $10,000, in overall conference costs also require OVW approval prior to the event start date.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

### Condition 1
Requirements of the award; remedies for non-compliance or for materially false statements

The conditions of this award are material requirements of the award. Compliance with any assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance also is a material requirement of this award.

By signing and accepting this award on behalf of the recipient, the authorized recipient official accepts all material

requirements of the award, and specifically adopts, as if personally executed by the authorized recipient official, all assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance.

Failure to comply with any one or more of these award requirements -- whether a condition set out in full below, a condition incorporated by reference below, or an assurance or certification related to conduct during the award period - - may result in the Office on Violence Against Women (OVW) taking appropriate action with respect to the recipient and the award. Among other things, OVW may withhold award funds, disallow costs, or suspend or terminate the award. DOJ, including OVW, also may take other legal action as appropriate.

Any materially false, fictitious, or fraudulent statement to the federal government related to this award (or concealment or omission of a material fact) may be the subject of criminal prosecution (including under 18 U.S.C. 1001 and/or 1621, and/or 34 U.S.C. 10271-10273), and also may lead to imposition of civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. 3729-3730 and 3801-3812).

Should any provision of a requirement of this award be held to be invalid or unenforceable by its terms, that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law. Should it be held, instead, that the provision is utterly invalid or -unenforceable, such provision shall be deemed severable from this award.

**Condition 2**
Applicability of Part 200 Uniform Requirements and DOJ Grants Financial Guide

The recipient agrees to comply with the Uniform Administrative Requirements, Cost Principles, and Audit Requirements in 2 C.F.R. Part 200, as adopted and supplemented by the Department of Justice (DOJ) in 2 C.F.R. Part 2800 (together, the "Part 200 Uniform Requirements"), and the current edition of the DOJ Grants Financial Guide as posted on the OVW website, including any updated version that may be posted during the period of performance. The recipient also agrees that all financial records pertinent to this award, including the general accounting ledger and all supporting documents, are subject to agency review throughout the life of the award, during the close-out process, and for three years after submission of the final Federal Financial Report (SF-425) or as long as the records are retained, whichever is longer, pursuant to 2 C.F.R. 200.334, 200.337.

**Condition 3**
Requirement to report potentially duplicative funding

If the recipient currently has other active awards of federal funds, or if the recipient receives any other award of federal funds during the period of performance for this award, the recipient promptly must determine whether funds from any of those other federal awards have been, are being, or are to be used (in whole or in part) for one or more of the identical cost items for which funds are provided under this award. If so, the recipient must promptly notify OVW in writing of the potential duplication, and, if so requested by OVW, must seek a budget-modification or change-of-project-scope Grant Award Modification (GAM) to eliminate any inappropriate duplication of funding.

**Condition 4**
Requirements related to System for Award Management and unique entity identifiers

The recipient must comply with applicable requirements regarding the System for Award Management (SAM), currently accessible at https://www.sam.gov. This includes applicable requirements regarding registration with SAM, as well as maintaining current information in SAM.

The recipient also must comply with applicable restrictions on subawards (subgrants) to first-tier subrecipients (subgrantees), including restrictions on subawards to entities that do not acquire and provide (to the recipient) the unique entity identifier assigned by SAM.

The details of the recipient's obligations related to SAM and to unique entity identifiers are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Requirements related to System for Award Management (SAM) and unique entity identifiers), and are incorporated by reference here.

**Condition 5**
Requirement to report actual or imminent breach of personally identifiable information (PII)

The recipient (and any subrecipient at any tier) must have written procedures in place to respond in the event of an actual or imminent breach (as defined in OMB M-17-12) if it (or a subrecipient)-- 1) creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of personally identifiable information (PII) (as defined in 2 C.F.R. 200.1) within the scope of an OVW grant-funded program or activity, or 2) uses or operates a Federal information system (as defined in OMB Circular A-130). The recipient's breach procedures must include a requirement to report actual or imminent breach of PII to an OVW Program Manager no later than 24 hours after an occurrence of an actual breach, or the detection of an imminent breach.

**Condition 6**
Requirements pertaining to prohibited conduct related to trafficking in persons (including reporting requirements and OVW authority to terminate award)

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements (including requirements to report allegations) pertaining to prohibited conduct related to the trafficking of persons, whether on the part of recipients, subrecipients (subgrantees), or individuals defined (for purposes of this condition) as "employees" of the recipient or of any subrecipient.

The details of the recipient's obligations related to prohibited conduct related to trafficking in persons are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and OVW authority to terminate award)), and are incorporated by reference here.

**Condition 7**
Determinations of suitability to interact with participating minors

This condition applies to this award if it is indicated in the application for the award (as approved by DOJ) (or in the application for any subaward at any tier), the DOJ funding announcement (solicitation), or an associated federal statute that a purpose of some or all of the activities to be carried out under the award (whether by the recipient or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age.

The recipient, and any subrecipient at any tier, must make determinations of suitability before certain individuals may interact with participating minors. This requirement applies regardless of an individual's employment status. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award condition: Determination of suitability required, in advance, for certain individuals who may interact with participating minors), and are incorporated by reference here.

**Condition 8**
Compliance with applicable rules regarding approval, planning, and reporting of conferences, meetings, trainings, and other events

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable laws, regulations, policies, and official DOJ guidance (including specific cost limits, prior approval and reporting requirements, where applicable) governing the use of federal funds for expenses related to conferences (as that term is defined by DOJ), including the provision of food and/or beverages at such conferences, and costs of attendance at such conferences.

Information on the pertinent DOJ definition of conferences and the rules applicable to this award appears on the OVW website at https://www.justice.gov/ovw/conference-planning.

**Condition 9**
OVW Training Guiding Principles

The recipient understands and agrees that any training or training materials developed or delivered with funding provided under this award must adhere to the OVW Training Guiding Principles for Grantees and Subgrantees, available at https://www.justice.gov/ovw/resources-and-faqs-grantees#Discretionary.

**Condition 10**
Effect of failure to address audit issues

The recipient understands and agrees that OVW may withhold award funds, or may impose other related requirements, if (as determined by OVW) the recipient does not satisfactorily and promptly address outstanding issues from audits required by the Part 200 Uniform Requirements (or by the terms of this award), or other outstanding issues that arise in connection with audits, investigations, or reviews of DOJ awards.

**Condition 11**
Potential imposition of additional requirements

The recipient agrees to comply with any additional requirements that may be imposed by OVW during the period of performance for this award, if the recipient is designated as "high-risk" for purposes of the DOJ high-risk grantee list.

**Condition 12**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 42

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 42, specifically including any applicable requirements in Subpart E of 28 C.F.R. Part 42 that relate to an equal employment opportunity program.

**Condition 13**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 38

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 38.

Among other things, 28 C.F.R. Part 38 includes rules that prohibit specific forms of discrimination on the basis of religion, a religious belief, a refusal to hold a religious belief, or refusal to attend or participate in a religious practice. Part 38 also sets out rules and requirements that pertain to recipient and subrecipient (subgrantee) organizations that engage in or conduct explicitly religious activities.

**Condition 14**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 54

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 54, which relates to nondiscrimination on the basis of sex in certain "education programs."

**Condition 15**
Restrictions on "lobbying" and policy development

In general, as a matter of federal law, federal funds may not be used by the recipient, or any subrecipient (subgrantee) at any tier, either directly or indirectly, in support of the enactment, repeal, modification or adoption of any law, regulation or policy, at any level of government, in order to avoid violation of 18 U.S.C. 1913. The recipient, or any subrecipient (subgrantee) may, however, use federal funds to collaborate with and provide information to federal, state, local, tribal and territorial public officials and agencies to develop and implement policies and develop and promote state, local, or tribal legislation or model codes designed to reduce or eliminate domestic violence, dating violence, sexual assault, and stalking (as those terms are defined in 34 U.S.C. 12291(a)) when such collaboration and provision of information is consistent with the activities otherwise authorized under this grant program.

Another federal law generally prohibits federal funds awarded by OVW from being used by the recipient, or any subrecipient at any tier, to pay any person to influence (or attempt to influence) a federal agency, a Member of Congress, or Congress (or an official or employee of any of them) with respect to the awarding of a federal grant or cooperative agreement, subgrant, contract, subcontract, or loan, or with respect to actions such as renewing, extending, or modifying any such award. See 31 U.S.C. 1352. Certain exceptions to this law apply, including an exception that applies to Indian tribes and tribal organizations.

Should any question arise as to whether a particular use of federal funds by a recipient (or subrecipient) would or might fall within the scope of these prohibitions, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 16**
Compliance with general appropriations-law restrictions on the use of federal funds for this fiscal year

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable restrictions on the use of federal funds set out in federal appropriations statutes. Pertinent restrictions, for each fiscal year, are set out at https://www.justice.gov/ovw/award-conditions (Award Condition: General appropriations-law restrictions on use of federal award funds), and are incorporated by reference here. Should a question arise as to whether a particular use of federal funds by a recipient (or a subrecipient) would or might fall within the scope of an appropriations-law restriction, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 17**
Reporting potential fraud, waste, and abuse, and similar misconduct

The recipient and any subrecipients (subgrantees) must promptly refer to the DOJ Office of the Inspector General (OIG) any credible evidence that a principal, employee, agent, subrecipient, contractor, subcontractor, or other person has, in connection with funds under this award -- (1) submitted a claim that violates the False Claims Act; or (2) committed a criminal or civil violation of laws pertaining to fraud, conflict of interest, bribery, gratuity, or similar misconduct.

Potential fraud, waste, abuse, or misconduct involving or relating to funds under this award should be reported to the OIG by-- (1) online submission accessible via the OIG webpage at https://oig.justice.gov/hotline/contact-grants.htm (select "Submit Report Online"); (2) mail directed to: U.S. Department of Justice, Office of the Inspector General, Investigations Division, ATTN: Grantee Reporting, 950 Pennsylvania Ave., NW, Washington, DC 20530; (3) by facsimile directed to the DOJ OIG Fraud Detection Office (Attn: Grantee Reporting) at (202) 616-9881 (fax).

Additional information is available from the DOJ OIG website at https://oig.justice.gov/hotline.

**Condition 18**
Restrictions and certifications regarding non-disclosure agreements and related matters

No recipient or subrecipient (subgrantee) under this award, or entity that receives a procurement contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts, or purports to prohibit or restrict, the reporting (in accordance with law) of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information.

The foregoing is not intended, and shall not be understood by the agency making this award, to contravene requirements applicable to Standard Form 312 (which relates to classified information), Form 4414 (which relates to sensitive compartmented information), or any other form issued by a federal department or agency governing the nondisclosure of classified information.

1. In accepting this award, the recipient--

a. represents that it neither requires nor has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

b. certifies that, if it learns or is notified that it is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

2. If the recipient does or is authorized under this award to make subawards (subgrants), procurement contracts, or both--

a. it represents that--

(1) it has determined that no other entity that the recipient's application proposes may or will receive award funds (whether through a subaward (subgrant), procurement contract, or subcontract under a procurement contract) either requires or has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

(2) it has made appropriate inquiry, or otherwise has an adequate factual basis, to support this representation; and

b. it certifies that, if it learns or is notified that any subrecipient, contractor, or subcontractor entity that receives funds under this award is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds to or by that entity, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

**Condition 19**
Compliance with 41 U.S.C. 4712 (including prohibitions on reprisal; notice to employees)

The recipient (and any subrecipient at any tier) must comply with, and is subject to, all applicable provisions of 41 U.S.C. 4712, including all applicable provisions that prohibit, under specified circumstances, discrimination against an employee as reprisal for the employee's disclosure of information related to gross mismanagement of a federal grant, a gross waste of federal funds, an abuse of authority relating to a federal grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a federal grant.

The recipient also must inform its employees, in writing (and in the predominant native language of the workforce), of employee rights and remedies under 41 U.S.C. 4712.

Should a question arise as to the applicability of the provisions of 41 U.S.C. 4712 to this award, the recipient is to contact OVW for guidance.

**Condition 20**
Encouragement of policies to ban text messaging while driving

Pursuant to Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," 74 Fed. Reg. 51225 (October 1, 2009), DOJ encourages recipients and subrecipients (subgrantees) to adopt and enforce policies banning employees from text messaging while driving any vehicle during the course of performing work funded by this award, and to establish workplace safety policies and conduct education, awareness, and other outreach to decrease crashes caused by distracted drivers.

**Condition 21**
Requirement to disclose whether recipient is designated high risk by a federal grant-making agency outside of DOJ

If the recipient is designated high risk by a federal grant-making agency outside of DOJ, currently or at any time during the course of the period of performance under this award, the recipient must disclose that fact and certain related information to OVW by email to OVW.GFMD@usdoj.gov. For purposes of this disclosure, high risk includes any status under which a federal awarding agency provides additional oversight due to the recipient's past performance, or other programmatic or financial concerns with the recipient. The recipient's disclosure must include the following: (1) the federal awarding agency that currently designates the recipient high risk; (2) the date the recipient was designated high risk; (3) the high-risk point of contact at that federal awarding agency (name, phone number, and email address); and (4) the reasons for the high-risk status, as set out by the federal awarding agency.

**Condition 22**

Availability of general terms and conditions on OVW website

The recipient agrees to follow the applicable set of general terms and conditions that are available at https://www.justice.gov/ovw/award-conditions. These do not supersede any specific conditions in this award document.

**Condition 23**
Compliance with statutory and regulatory requirements

The recipient agrees to comply with all relevant statutory and regulatory requirements, which may include, among other relevant authorities, the Violence Against Women Act of 1994, P.L. 103-322, the Violence Against Women Act of 2000, P.L. 106-386, the Violence Against Women and Department of Justice Reauthorization Act of 2005, P.L. 109-162, the Violence Against Women Reauthorization Act of 2013, P.L. 113-4, the Violence Against Women Act Reauthorization Act of 2022, P.L. 117-103, the Omnibus Crime Control and Safe Streets Act of 1968, 34 U.S.C. 10101 et seq., and OVW's implementing regulations at 28 C.F.R. Part 90.

**Condition 24**
Compliance with solicitation requirements

The recipient agrees that it must be in compliance with requirements outlined in the solicitation under which the approved application was submitted, the applicable Solicitation Companion Guide, and any program-specific frequently asked questions (FAQs) on the OVW website (https://www.justice.gov/ovw/resources-and-faqs-grantees). The program solicitation, Companion Guide, and any program-specific FAQs are hereby incorporated by reference into this award.

**Condition 25**
VAWA 2013 nondiscrimination condition

The recipient acknowledges that 34 U.S.C. 12291(b)(13) prohibits recipients of OVW awards from excluding, denying benefits to, or discriminating against any person on the basis of actual or perceived race, color, religion, national origin, sex, gender identity, sexual orientation, or disability in any program or activity funded in whole or in part by OVW. Recipients may provide sex-segregated or sex-specific programming if doing so is necessary to the essential operations of the program, so long as the recipient provides comparable services to those who cannot be provided with the sex-segregated or sex-specific programming. The recipient agrees that it will comply with this provision. The recipient also agrees to ensure that any subrecipients (subgrantees) at any tier will comply with this provision.

**Condition 26**
Misuse of award funds

The recipient understands and agrees that misuse of award funds may result in a range of penalties, including suspension of current and future funds, suspension or debarment from federal grants, recoupment of monies provided under an award, and civil and/or criminal penalties.

**Condition 27**
Limitation on use of funds to approved activities

The recipient agrees that grant funds will be used only for the purposes described in the recipient's application, unless OVW determines that any of these activities are out of scope or unallowable. The recipient must not undertake any work or activities that are not described in the recipient's application, award documents, or approved budget, and must not use staff, equipment, or other goods or services paid for with grant funds for such work or activities, without prior written approval, via Grant Award Modification (GAM), from OVW.

**Condition 28**
Non-supplantation

The recipient agrees that grant funds will be used to supplement, not supplant, non-federal funds that would otherwise be available for the activities under this grant.

**Condition 29**
Confidentiality and information sharing

The recipient agrees to comply with the provisions of 34 U.S.C. 12291(b)(2), nondisclosure of confidential or private information, which includes creating and maintaining documentation of compliance, such as policies and procedures for release of victim information. The recipient also agrees to comply with the regulations implementing this provision at 28 CFR 90.4(b) and "Frequently Asked Questions (FAQs) on the VAWA Confidentiality Provision (34 U.S.C. 12291(b)(2))" on the OVW website at https://www.justice.gov/ovw/resources-and-faqs-grantees. The recipient also agrees to ensure that all subrecipients (subgrantees) at any tier meet these requirements.

**Condition 30**
Activities that compromise victim safety and recovery or undermine offender accountability

The recipient agrees that grant funds will not support activities that compromise victim safety and recovery or undermine offender accountability, such as: procedures or policies that exclude victims from receiving safe shelter, advocacy services, counseling, and other assistance based on their actual or perceived sex, age, immigration status, race, religion, sexual orientation, gender identity, mental health condition, physical health condition, criminal record, work in the sex industry, or the age and/or sex of their children; procedures or policies that compromise the confidentiality of information and privacy of persons receiving OVW-funded services; procedures or policies that impose requirements on victims in order to receive services (e.g., seek an order of protection, receive counseling, participate in couples' counseling or mediation, report to law enforcement, seek civil or criminal remedies, etc.); procedures or policies that fail to ensure service providers conduct safety planning with victims; project design and budgets that fail to account for the access needs of participants with disabilities and participants who have limited English proficiency or are Deaf or hard of hearing; or any other activities outlined in the solicitation or companion guide under which the application was submitted.

**Condition 31**
Policy for response to workplace-related incidents of sexual misconduct, domestic violence, and dating violence

The recipient, and any subrecipient at any tier, must have a policy, or issue a policy within 270 days of the award date, to address workplace-related incidents of sexual misconduct, domestic violence, and dating violence involving an employee, volunteer, consultant, or contractor. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Policy for response to workplace-related sexual misconduct, domestic violence, and dating violence), and are incorporated by reference here.

**Condition 32**
Termination or suspension

The Director of OVW, upon a finding that there (1) has been substantial failure by the recipient to comply with applicable laws, regulations, and/or the terms and conditions of the award or relevant solicitation, (2) has been failure by the recipient to make satisfactory progress toward the goals, objectives, or strategies set forth in the application, or (3) have been project changes proposed or implemented by the recipient to the extent that, if originally submitted, the application would not have been selected for funding, will terminate or suspend until the Director is satisfied that there is no longer such failure or changes, all or part of the award, in accordance with the provisions of 28 C.F.R. Part 18, as applicable mutatis mutandis. The federal regulation providing uniform rules for termination of grants and cooperative agreements is 2 C.F.R. 200.340.

**Condition 33**
Semiannual and final performance progress report submission

The recipient agrees to submit semiannual performance progress reports that describe activities conducted during the reporting period, including program effectiveness measures. Reports must be submitted throughout the project period, even if no funds were spent and no activities were conducted in a given reporting period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

The information that must be collected and reported to OVW can be found in the reporting form associated with the

grant program or initiative under which this award was made. Performance progress reports must be submitted within 30 days after the end of the reporting periods, which are January 1 - June 30 and July 1 - December 31. Recipients are required to submit their reports through the Justice Grants System, unless and until OVW issues updated instructions for report submission. The final report is due 90 days after the end of the project period and should be marked "final" in the Report Type field.

**Condition 34**
Quarterly financial status reports

The recipient agrees that it will submit quarterly financial status reports (the SF 425 Federal Financial Report) to OVW in the Justice Grants System, not later than 30 days after the end of each calendar quarter. The final report shall be submitted not later than 90 days following the end of the award period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

**Condition 35**
Program income

Program income, as defined by 2 C.F.R. 200.1, means gross income earned by the non-federal entity that is directly generated by a supported activity or earned as a result of the federal award during the period of performance. Without prior approval from OVW, program income must be deducted from total allowable costs to determine the net allowable costs. In order to add program income to the OVW award, the recipient must seek approval from its program manager via a budget modification Grant Award Modification (GAM) prior to generating any program income. Any program income added to the federal award must be used to support activities that were approved in the budget and follow the conditions of the OVW award. Any program income approved via budget modification GAM must be reported in the recipient's quarterly Federal Financial Report SF-425 in accordance with the addition alternative. If the program income amount changes (increases or decreases) during the project period, it must be approved via a budget modification GAM by the end of the project period. If the budget modification is not submitted and approved, it could result in audit findings for the recipient.

**Condition 36**
FFATA reporting subawards and executive compensation

The recipient agrees to comply with applicable requirements to report first-tier subawards (subgrants) of $30,000 or more and, in certain circumstances, to report the names and total compensation of the five most highly compensated executives of the recipient and first-tier subrecipients of award funds. Such data will be submitted to the Federal Funding Accountability and Transparency Act of 2006 (FFATA) Subaward Reporting System (FSRS). The details of recipient obligations, which derive from FFATA, are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Reporting Subawards and Executive Compensation), and are incorporated by reference here.

**Condition 37**
Changes to MOU and/or IMOA

The recipient agrees to submit for OVW review and approval any anticipated addition of, removal of, or change in collaborating partner agencies or individuals who are signatories of the Memorandum of Understanding and, if applicable, the Internal Memorandum of Agreement.

**Condition 38**
Prior approval of all materials and publications

The recipient agrees to submit for OVW review and approval all materials and publications (written, web-based, audio-visual, or any other format) that are funded under this award. OVW must have not less than 20 days to complete review and approval. The recipient may not distribute or publicly release such materials under this award until OVW has approved them.

**Condition 39**

Publication disclaimer

The recipient agrees that all materials and publications (written, web-based, audio-visual, or any other format) resulting from award activities shall contain the following statement: "This project was supported by Grant No. _____ awarded by the Office on Violence Against Women, U.S. Department of Justice. The opinions, findings, conclusions, and recommendations expressed in this publication/program/exhibition are those of the author(s) and do not necessarily reflect the views of the U.S. Department of Justice." The recipient also agrees to ensure that any subrecipient at any tier will comply with this condition.

**Condition 40**
Copyrighted works

Pursuant to 2 C.F.R. 200.315(b), the recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under this award. OVW reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work, in whole or in part (including in the creation of derivative works), for federal purposes, and to authorize others to do so.

OVW also reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use, in whole or in part (including in the creation of derivative works), any work developed by a subrecipient (subgrantee) of this award, for federal purposes, and to authorize others to do so.

In addition, the recipient (or subrecipient, contractor, or subcontractor of this award at any tier) must obtain advance written approval from the OVW program manager assigned to this award, and must comply with all conditions specified by the program manager in connection with that approval, before: 1) using award funds to purchase ownership of, or a license to use, a copyrighted work; or 2) incorporating any copyrighted work, or portion thereof, into a new work developed under this award.

It is the responsibility of the recipient (and of each subrecipient, contractor, or subcontractor as applicable) to ensure that this condition is included in any subaward, contract, or subcontract under this award.

**Condition 41**
Grantee orientation - mandatory attendance

First-time recipients, or continuation recipients if requested, must agree to have key staff members, as identified by OVW, attend the OVW grantee orientation seminar, which may be offered in-person, online, or a combination of both. Additionally, if there is a change in the project director/coordinator during the grant period, the recipient agrees, at the earliest opportunity, to send the new project director/coordinator, regardless of prior experience with this or any other federal award, to an in-person OVW grantee orientation seminar or require completion of the orientation online, whichever is available.

**Condition 42**
Technical assistance provider training requirement

The recipient agrees to set aside funds, as required in the solicitation under which this application was submitted, to enhance the delivery of OVW-supported training and technical assistance (TA) and ensure that OVW-supported TA and TA providers reflect OVW's mission and priorities and the goals of the Violence Against Women Act, as amended. Key project staff, identified by OVW, must attend or participate in TA courses on topics including, but not limited, to: accessibility, organizational cultural competency, advanced adult learning theory and application, curriculum and product development, and financial and grants management. Courses will be selected by OVW and delivered by OVW and/or organizations identified by OVW. Funds set aside for this purpose may not be used for any other training or purpose without the approval of OVW.

**Condition 43**
Consultant compensation rates

The recipient acknowledges that consultants paid with award funds generally may not be paid at a rate in excess of $81.25 per hour, not to exceed $650 per day. To exceed this specified maximum rate, recipients must submit to OVW

a detailed justification and have such justification approved by OVW, prior to obligation or expenditure of such funds. Issuance of this award or approval of the award budget alone does not indicate approval of any consultant rate in excess of $81.25 per hour, not to exceed $650 per day. Although prior approval is not required for consultant rates below this specified maximum rate, recipients are required to maintain documentation to support all daily or hourly consultant rates.

**Condition 44**
Prior approval for conference expenditures

The recipient must complete and submit the Department of Justice-Sponsored Conference Request and Report Form to OVW for review and approval prior to entering into any contract (with the exception of logistical or programmatic planning contracts) or expending any funds for any meeting, conference, training, or other event. This includes conferences for which OVW is not the primary source of funding if OVW support will exceed $20,000.

**Condition 45**
Logistical conference planning costs

The allowable costs for logistical conference planning are limited to $50 per attendee, not to exceed a cumulative total of $8,750. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at a conference is 100, the cost allowed for a logistical conference planner is $5,000 ($50 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside logistical conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the logistical conference planning.

**Condition 46**
Programmatic conference planning costs

The allowable costs for programmatic conference planning are limited to $200 per attendee, not to exceed a cumulative cost total of $35,000. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at the conference is 100, the cost allowed for a programmatic conference planner is $20,000 ($200 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside programmatic conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the programmatic conference planning.

**Condition 47**
Conference space and audio-visual equipment

Recipients must limit the cost of conference space and audio-visual equipment to $25 per day per attendee, not to exceed a total of $20,000 for the conference. "Attendees" include trainers, instructors, presenters, and facilitators. Indirect cost rates must be applied to conference space and audio-visual equipment costs in accordance with negotiated agreements, and must be included when calculating this threshold. If the recipient expects that these limitations will be exceeded, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient enters into any contract for the use of conference space and audio-visual equipment.

**Condition 48**
Prohibition on trinkets at conferences

The recipient acknowledges that trinkets (items such as hats, mugs, portfolios, t-shirts, coins, etc., regardless of whether they include the conference name or logo) must not be purchased with funds made available under this agreement. Basic supplies that are necessary for use during the conference (e.g., pens, paper, name tags) may be purchased.

**Condition 49**
Prohibition on entertainment at conferences

The recipient acknowledges that funds made available under this agreement may not be used for costs of entertainment, including amusement, diversion, social activities, and any costs directly associated with entertainment (such as tickets to shows or sports events, meals, lodging, rentals, transportation, and gratuities).

**Condition 50**
Food and beverages at conferences

Subject to OVW prior approval, and under limited circumstances, OVW funds may be used to purchase food and/or beverages for meals served during a meeting, conference, or training. OVW may approve the use of funds to purchase food and/or beverages served at a working meal if the recipient can justify that provision of the meal is necessary to accomplish official business and enhance the cost effectiveness of the conference. For example, a meal may be permissible where the conference will need to be extended if the working meal is not provided.

OVW will consider allowing grant funds to be used to purchase food and/or beverages for refreshment breaks only where there are unique and extenuating circumstances, and the recipient will be required to provide significant justification for such use of funds.

Furthermore, if a meal is approved by OVW, the cost of any individual meal, including taxes and any hotel service costs (e.g., labor cost for room setup), must not exceed 150 percent of the General Services Administration (GSA) Meals and Incidental Expenses (M&IE) rate for an individual's meal in that locality. OVW strongly encourages recipients to maintain costs for any meal provided, including any service costs, at or below 100 percent of the applicable GSA M&IE rate. The current GSA M&IE rate breakdown by meal and by locality can be found at https://gsa.gov/portal/content/101518. This award condition does not impact direct payment of per diem amounts to individuals in a travel status under the recipient's travel policy.

**Condition 51**
Conference expenditure reporting

Within 30 days after the end of any conference, meeting, retreat, seminar, symposium, training activity, or similar event funded, in whole or in part, under this award, and the total cost of which exceeds $20,000 in award funds, the recipient must report all conference expenditures paid for with OVW funds by providing the OVW program manager with a completed DOJ-Sponsored Conference Request and Report Form, available at https://www.justice.gov/ovw/conference-planning.

**Condition 52**
Required SAM reporting

The recipient must comply with any and all applicable requirements regarding reporting of information on civil, criminal, and administrative proceedings connected with (or connected to the performance of) either this OVW award or any other grant, cooperative agreement, or procurement contract from the federal government. Under certain circumstances, recipients of OVW awards are required to report information about such proceedings, through the federal System for Award Management (known as "SAM"), to the designated federal integrity and performance system.

The details of recipient obligations regarding the required reporting (and updating) of information on certain civil, criminal, and administrative proceedings within SAM are posted on the OVW website at: https://www.justice.gov/ovw/award-conditions (Award Condition: Recipient Integrity and Performance Matters, including Recipient Reporting in SAM), and are incorporated by reference here.

**Condition 53**
Indirect costs

The recipient may not obligate, expend, or draw down any award funds for indirect costs, unless and until either (1) the recipient submits to OVW a current, federally-approved indirect cost rate agreement, or (2) the recipient determines

that it is eligible under the Part 200 Uniform Requirements to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f), and advises OVW in writing of both its eligibility and its election.

**Condition 54**
Conditional clearance with release of technical assistance funds

The recipient acknowledges that the budget for this award is pending review and approval. Until OVW approves the budget, any obligations or expenditures incurred by the recipient are made at the recipient's own risk. The recipient may obligate, expend, or draw down up to $10,000 for participation in or travel-related expenses to attend OVW-sponsored technical assistance events, but these obligations and expenditures remain at the recipient's own risk until the budget is approved. Remaining funds will not be available for drawdown until OVW's Grants Financial Management Division has approved the budget and budget narrative via a Grant Award Modification (GAM). If applicable, the Indirect Cost Rate will be identified in the GAM when the budget is approved. If there is another condition on the award prohibiting any obligation, expenditure, and drawdown of any funds, that other condition will control.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Acceptance

**Declaration and Certification to the U.S. Department of Justice as to Acceptance**

By checking the declaration and certification box below, I--

A.   Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.   Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted  in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.   Accept this award on behalf of the applicant.

D.   Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

**Agency Approval**

| **Title of Approving Official** | **Name of Approving Official** | **Signed Date And Time** |
|---|---|---|
| Principal Deputy Director | ALLISON RANDALL | 9/26/23 12:41 PM |

**Authorized Representative**

[X]

**Entity Acceptance**

**Title of Authorized Entity Official**
Director, DC Finance

**Name of Authorized Entity Official**
Vladimir Gurin

**Signed Date And Time**
11/15/2023 4:18 PM

# Award Document for Concluded Cooperative Agreement



# Department of Justice (DOJ)

### Office on Violence Against Women (OVW)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | AMERICAN BAR ASSOCIATION<br>1050 CONNECTICUT AVE NW, STE 400 |
| **City, State and Zip:** | WASHINGTON, DC 20036 |
| **Recipient UEI:** | D2KUZ2RYLJJ6 |
| **Project Title:** LGBTQ+ Legal Access Project | **Award Number:** 15JOVW-21-GK-02238-MUMU |
| **Solicitation Title:** OVW Fiscal Year 2021<br><br>Training and Technical Assistance Initiative<br><br><br>Solicitation | |
| **Federal Award Amount:** $300,000.00 | **Federal Award Date:** 9/29/21 |
| **Awarding Agency:** | Office on Violence Against Women |
| **Funding Instrument Type:** | CA |
| **Assistance Listing:**<br>16.526 -<br><br>16.526 - Technical Assistance (TA) | |
| **Project Period Start Date:** 10/1/21 | **Project Period End Date:** 3/31/25 |
| **Budget Period Start Date:** 10/1/21 | **Budget Period End Date:** 3/31/25 |

**Project Description:**
The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative provides OVW grantees and subgrantees with the expertise and support they need to develop and implement successful state, local, tribal, and campus projects; increase victim safety; and bolster offender accountability. Through cooperative agreements, OVW supports educational initiatives, conferences, peer-to-peer consultations, and targeted assistance that allow current and potential grantees and subgrantees to learn from experts and one another about how to overcome obstacles and incorporate promising practices in their efforts to address violence against women. In addition, OVW is focused on building the capacity of the criminal and civil justice systems and victim service providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and to foster partnerships between organizations that have not traditionally worked together to address violence against women.

This award will support FY 2021 TA Initiative purpose area 9 to provide training and technical assistance to attorneys, advocates, judges, and prosecutors on access to legal services, as well as the criminal and civil justice systems, for domestic violence, dating violence, sexual assault, and stalking victims who identify as LGBTQ.

The timing for performance of this award is 24 months.

This award is a continuation of 2015-TA-AX-K040.

**Award Letter**

September 29, 2021

Dear Vladimir Gurin,

On behalf of Attorney General Merrick B. Garland, it is my pleasure to inform you the Office on Violence Against Women (OVW) has approved the application submitted by  AMERICAN BAR ASSOCIATION  for an award under the funding opportunity entitled 2021 OVW Fiscal Year 2021

Training and Technical Assistance Initiative

Solicitation. The approved award amount is $300,000.
Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by OVW, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

Congratulations, and we look forward to working with you.

NADINE NEUFVILLE
Deputy Director
**Office for Civil Rights Notice for All Recipients**

The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) has been delegated the responsibility for ensuring that recipients of federal financial assistance from the OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW) are not engaged in discrimination prohibited by law. Several federal civil rights laws, such as Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance to give assurances that they will comply with those laws. Taken together, these civil rights laws prohibit recipients of federal financial assistance from DOJ from discriminating in services and employment because of race, color, national origin, religion, disability, sex, and, for grants authorized under the Violence Against Women Act, sexual orientation and gender identity.  Recipients are also prohibited from discriminating in services because of age.  For a complete review of these civil rights laws and nondiscrimination requirements, in connection with DOJ awards, see https://ojp.gov/funding/

Explore/LegalOverview/CivilRightsRequirements.htm.

Under the delegation of authority, the OCR investigates allegations of discrimination against recipients from individuals, entities, or groups. In addition, the OCR conducts limited compliance reviews and audits based on regulatory criteria. These reviews and audits permit the OCR to evaluate whether recipients of financial assistance from the Department are providing services in a nondiscriminatory manner to their service population or have employment practices that meet equal-opportunity standards.

If you are a recipient of grant awards under the Omnibus Crime Control and Safe Streets Act or the Juvenile Justice and Delinquency Prevention Act and your agency is part of a criminal justice system, there are two additional obligations that may apply in connection with the awards: (1) complying with the regulation relating to Equal Employment Opportunity Programs (EEOPs); and (2) submitting findings of discrimination to OCR. For additional information regarding the EEOP requirement, see 28 CFR Part 42, subpart E, and for additional information regarding requirements when there is an adverse finding, see 28 C.F.R. §§ 42.204(c), .205(c)(5).

The OCR is available to help you and your organization meet the civil rights requirements that are associated with DOJ grant funding. If you would like the OCR to assist you in fulfilling your organization's civil rights or nondiscrimination responsibilities as a recipient of federal financial assistance, please do not hesitate to contact the OCR at askOCR@ojp.usdoj.gov.


**Memorandum Regarding NEPA**

## NEPA Letter Type
OVW – Categorical Exclusion - No Renovations Allowed

## NEPA Letter
Renovations and construction are unallowable under this grant, and therefore none of the following activities?will be conducted?under the OVW federal action (i.e., the OVW-funded grant project) or a related third-party action:

1. New construction.??

2. Any renovation or remodeling of a property located in an environmentally or historically sensitive area, including property (a) listed on or eligible for listing on the National Register of Historic Places, or (b) located within a 100-year flood plain, a wetland, or habitat for an endangered species.?

3. A?renovation which?will change the basic prior use of a facility or significantly change its size.?

4. Research and technology whose anticipated and future application?could be expected?to have an effect on the environment.?

5. Implementation of a program involving the use of chemicals.??

In addition, the OVW federal action is neither a phase nor a segment of a project that, when reviewed in its entirety, would not meet the criteria for a categorical exclusion.???


Consequently, the subject federal action meets the Office on Violence Against Women's criteria for a categorical exclusion as contained in paragraph 4(b) of Appendix D to Part 61 of Title 28 of the Code of Federal Regulations (adopted by OVW at 28 CFR § 0.122(b)).??Also, no further analysis is required under the National Historic Preservation Act or other related statutes and regulations.?

## NEPA Coordinator

Debra                            **Middle Name**                    Murphy

---

## Award Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

### Recipient Information

**Recipient Name**
AMERICAN BAR ASSOCIATION

**DUNS Number**                  **UEI**
806207841                        D2KUZ2RYLJJ6

**Street 1**                     **Street 2**
1050 CONNECTICUT AVE NW, STE 400  no value

**City**                         **State/U.S. Territory**
WASHINGTON                       District of Columbia

**Zip/Postal Code**              **Country**
20036                            United States

**County/Parish**                **Province**
 no value                         no value

### Award Details

**Federal Award Date**           **Award Type**
9/29/21                          Initial

**Award Number**                 **Supplement Number**
15JOVW-21-GK-02238-MUMU          00

**Federal Award Amount**         **Funding Instrument Type**
$300,000.00                      CA

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.526 | no value |
| 16.526 | Technical Assistance (TA) |

**Statutory Authority**

34 U.S.C. 12291(b)(11)

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

**Project Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Solicitation Title**                                  **Awarding Agency**
2021 OVW Fiscal Year 2021 Training and Technical        OVW
Assistance Initiative Solicitation

**Application Number**
GRANT13370655

**Grant Manager**              **Phone Number**              **E-mail Address**
EDWARD SEIGHMAN               202-451-7587                  Edward.Seighman@usdoj.gov

**Project Title**
LGBTQ+ Legal Access Project

**Performance Period Start**
**Date**                        **Performance Period End Date**
10/01/2021                      03/31/2025

**Budget Period Start Date**    **Budget Period End Date**
10/01/2021                      03/31/2025

**Project Description**
The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative provides OVW grantees and subgrantees with the expertise and support they need to develop and implement successful state, local, tribal, and campus projects; increase victim safety; and bolster offender accountability. Through cooperative agreements, OVW supports educational initiatives, conferences, peer-to-peer consultations, and targeted assistance that allow current and potential grantees and subgrantees to learn from experts and one another about how to overcome obstacles and incorporate promising practices in their efforts to address violence against women. In addition, OVW is focused on building the capacity of the criminal and civil justice systems and victim service providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and to foster partnerships between organizations that have not traditionally worked together to address violence against women.

This award will support FY 2021 TA Initiative purpose area 9 to provide training and technical assistance to attorneys, advocates, judges, and prosecutors on access to legal services, as well as the criminal and civil justice systems, for domestic violence, dating violence, sexual assault, and stalking victims who identify as LGBTQ.

The timing for performance of this award is 24 months.

This award is a continuation of 2015-TA-AX-K040.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Financial Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

The recipient budget is currently under review.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Other Award Documents

No other award documents have been added.

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Condition 1**
Requirements of the award; remedies for non-compliance or for materially false statements

The conditions of this award are material requirements of the award. Compliance with any assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance also is a material requirement of this award.

By signing and accepting this award on behalf of the recipient, the authorized recipient official accepts all material requirements of the award, and specifically adopts, as if personally executed by the authorized recipient official, all assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance.

Failure to comply with any one or more of these award requirements -- whether a condition set out in full below, a condition incorporated by reference below, or an assurance or certification related to conduct during the award period -- may result in the Office on Violence Against Women (OVW) taking appropriate action with respect to the recipient and the award. Among other things, OVW may withhold award funds, disallow costs, or suspend or terminate the award. DOJ, including OVW, also may take other legal action as appropriate.

Any materially false, fictitious, or fraudulent statement to the federal government related to this award (or concealment or omission of a material fact) may be the subject of criminal prosecution (including under 18 U.S.C. 1001 and/or 1621, and/or 34 U.S.C. 10271-10273), and also may lead to imposition of civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. 3729-3730 and 3801-3812).

Should any provision of a requirement of this award be held to be invalid or unenforceable by its terms, that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law. Should it be held, instead, that the provision is utterly invalid or -unenforceable, such provision shall be deemed severable from this award.

**Condition 2**
Applicability of Part 200 Uniform Requirements and DOJ Grants Financial Guide

The recipient agrees to comply with the Uniform Administrative Requirements, Cost Principles, and Audit

Requirements in 2 C.F.R. Part 200, as adopted and supplemented by the Department of Justice (DOJ) in 2 C.F.R. Part 2800 (together, the "Part 200 Uniform Requirements"), and the current edition of the DOJ Grants Financial Guide as posted on the OVW website, including any updated version that may be posted during the period of performance. The recipient also agrees that all financial records pertinent to this award, including the general accounting ledger and all supporting documents, are subject to agency review throughout the life of the award, during the close-out process, and for three years after submission of the final Federal Financial Report (SF-425) or as long as the records are retained, whichever is longer, pursuant to 2 C.F.R. 200.334, 200.337.

**Condition 3**
Requirement to report potentially duplicative funding

If the recipient currently has other active awards of federal funds, or if the recipient receives any other award of federal funds during the period of performance for this award, the recipient promptly must determine whether funds from any of those other federal awards have been, are being, or are to be used (in whole or in part) for one or more of the identical cost items for which funds are provided under this award. If so, the recipient must promptly notify OVW in writing of the potential duplication, and, if so requested by OVW, must seek a budget-modification or change-of-project-scope Grant Award Modification (GAM) to eliminate any inappropriate duplication of funding.

**Condition 4**
Requirements related to System for Award Management and unique entity identifiers

The recipient must comply with applicable requirements regarding the System for Award Management (SAM), currently accessible at https://www.sam.gov. This includes applicable requirements regarding registration with SAM, as well as maintaining current information in SAM.

The recipient also must comply with applicable restrictions on subawards (subgrants) to first-tier subrecipients (subgrantees), including restrictions on subawards to entities that do not acquire and provide (to the recipient) the unique entity identifier assigned by SAM.

The details of the recipient's obligations related to SAM and to unique entity identifiers are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Requirements related to System for Award Management (SAM) and unique entity identifiers), and are incorporated by reference here.

**Condition 5**
Requirement to report actual or imminent breach of personally identifiable information (PII)

The recipient (and any subrecipient at any tier) must have written procedures in place to respond in the event of an actual or imminent breach (as defined in OMB M-17-12) if it (or a subrecipient)-- 1) creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of personally identifiable information (PII) (as defined in 2 C.F.R. 200.1) within the scope of an OVW grant-funded program or activity, or 2) uses or operates a Federal information system (as defined in OMB Circular A-130). The recipient's breach procedures must include a requirement to report actual or imminent breach of PII to an OVW Program Manager no later than 24 hours after an occurrence of an actual breach, or the detection of an imminent breach.

**Condition 6**
Requirements pertaining to prohibited conduct related to trafficking in persons (including reporting requirements and OVW authority to terminate award)

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements (including requirements to report allegations) pertaining to prohibited conduct related to the trafficking of persons, whether on the part of recipients, subrecipients (subgrantees), or individuals defined (for purposes of this condition) as "employees" of the recipient or of any subrecipient.

The details of the recipient's obligations related to prohibited conduct related to trafficking in persons are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and OVW authority to terminate award)), and are incorporated by reference here.

**Condition 7**
Determinations of suitability to interact with participating minors

This condition applies to this award if it is indicated in the application for the award (as approved by DOJ) (or in the application for any subaward at any tier), the DOJ funding announcement (solicitation), or an associated federal statute that a purpose of some or all of the activities to be carried out under the award (whether by the recipient or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age.

The recipient, and any subrecipient at any tier, must make determinations of suitability before certain individuals may interact with participating minors. This requirement applies regardless of an individual's employment status. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award condition: Determination of suitability required, in advance, for certain individuals who may interact with participating minors), and are incorporated by reference here.

**Condition 8**
Compliance with applicable rules regarding approval, planning, and reporting of conferences, meetings, trainings, and other events

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable laws, regulations, policies, and official DOJ guidance (including specific cost limits, prior approval and reporting requirements, where applicable) governing the use of federal funds for expenses related to conferences (as that term is defined by DOJ), including the provision of food and/or beverages at such conferences, and costs of attendance at such conferences.

Information on the pertinent DOJ definition of conferences and the rules applicable to this award appears on the OVW website at https://www.justice.gov/ovw/conference-planning.

**Condition 9**
OVW Training Guiding Principles

The recipient understands and agrees that any training or training materials developed or delivered with funding provided under this award must adhere to the OVW Training Guiding Principles for Grantees and Subgrantees, available at https://www.justice.gov/ovw/resources-and-faqs-grantees#Discretionary.

**Condition 10**
Effect of failure to address audit issues

The recipient understands and agrees that OVW may withhold award funds, or may impose other related requirements, if (as determined by OVW) the recipient does not satisfactorily and promptly address outstanding issues from audits required by the Part 200 Uniform Requirements (or by the terms of this award), or other outstanding issues that arise in connection with audits, investigations, or reviews of DOJ awards.

**Condition 11**
Potential imposition of additional requirements

The recipient agrees to comply with any additional requirements that may be imposed by OVW during the period of performance for this award, if the recipient is designated as "high-risk" for purposes of the DOJ high-risk grantee list.

**Condition 12**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 42

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 42, specifically including any applicable requirements in Subpart E of 28 C.F.R. Part 42 that relate to an equal employment opportunity program.

**Condition 13**

Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 38

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 38.

Among other things, 28 C.F.R. Part 38 includes rules that prohibit specific forms of discrimination on the basis of religion, a religious belief, a refusal to hold a religious belief, or refusal to attend or participate in a religious practice. Part 38 also sets out rules and requirements that pertain to recipient and subrecipient (subgrantee) organizations that engage in or conduct explicitly religious activities, as well as rules and requirements that pertain to recipients and subrecipients that are faith-based or religious organizations.

## Condition 14
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 54

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 54, which relates to nondiscrimination on the basis of sex in certain "education programs."

## Condition 15
Restrictions on "lobbying" and policy development

In general, as a matter of federal law, federal funds may not be used by the recipient, or any subrecipient (subgrantee) at any tier, either directly or indirectly, in support of the enactment, repeal, modification or adoption of any law, regulation or policy, at any level of government, in order to avoid violation of 18 U.S.C. 1913. The recipient, or any subrecipient (subgrantee) may, however, use federal funds to collaborate with and provide information to federal, state, local, tribal and territorial public officials and agencies to develop and implement policies and develop and promote state, local, or tribal legislation or model codes designed to reduce or eliminate domestic violence, dating violence, sexual assault, and stalking (as those terms are defined in 34 U.S.C. 12291(a)) when such collaboration and provision of information is consistent with the activities otherwise authorized under this grant program.

Another federal law generally prohibits federal funds awarded by OVW from being used by the recipient, or any subrecipient at any tier, to pay any person to influence (or attempt to influence) a federal agency, a Member of Congress, or Congress (or an official or employee of any of them) with respect to the awarding of a federal grant or cooperative agreement, subgrant, contract, subcontract, or loan, or with respect to actions such as renewing, extending, or modifying any such award. See 31 U.S.C. 1352. Certain exceptions to this law apply, including an exception that applies to Indian tribes and tribal organizations.

Should any question arise as to whether a particular use of federal funds by a recipient (or subrecipient) would or might fall within the scope of these prohibitions, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

## Condition 16
Compliance with general appropriations-law restrictions on the use of federal funds for this fiscal year

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable restrictions on the use of federal funds set out in federal appropriations statutes. Pertinent restrictions, for each fiscal year, are set out at https://www.justice.gov/ovw/award-conditions (Award Condition: General appropriations-law restrictions on use of federal award funds), and are incorporated by reference here. Should a question arise as to whether a particular use of federal funds by a recipient (or a subrecipient) would or might fall within the scope of an appropriations-law restriction, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

## Condition 17
Reporting potential fraud, waste, and abuse, and similar misconduct

The recipient and any subrecipients (subgrantees) must promptly refer to the DOJ Office of the Inspector General (OIG) any credible evidence that a principal, employee, agent, subrecipient, contractor, subcontractor, or other person has, in connection with funds under this award -- (1) submitted a claim that violates the False Claims Act; or (2) committed a criminal or civil violation of laws pertaining to fraud, conflict of interest, bribery, gratuity, or similar

misconduct.

Potential fraud, waste, abuse, or misconduct involving or relating to funds under this award should be reported to the OIG by-- (1) online submission accessible via the OIG webpage at https://oig.justice.gov/hotline/contact-grants.htm (select "Submit Report Online"); (2) mail directed to: U.S. Department of Justice, Office of the Inspector General, Investigations Division, ATTN: Grantee Reporting, 950 Pennsylvania Ave., NW, Washington, DC 20530; (3) by facsimile directed to the DOJ OIG Fraud Detection Office (Attn: Grantee Reporting) at (202) 616-9881 (fax).

Additional information is available from the DOJ OIG website at https://oig.justice.gov/hotline.

**Condition 18**
Restrictions and certifications regarding non-disclosure agreements and related matters

No recipient or subrecipient (subgrantee) under this award, or entity that receives a procurement contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts, or purports to prohibit or restrict, the reporting (in accordance with law) of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information.

The foregoing is not intended, and shall not be understood by the agency making this award, to contravene requirements applicable to Standard Form 312 (which relates to classified information), Form 4414 (which relates to sensitive compartmented information), or any other form issued by a federal department or agency governing the nondisclosure of classified information.

1. In accepting this award, the recipient--

a. represents that it neither requires nor has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

b. certifies that, if it learns or is notified that it is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

2. If the recipient does or is authorized under this award to make subawards (subgrants), procurement contracts, or both--

a. it represents that--

(1) it has determined that no other entity that the recipient's application proposes may or will receive award funds (whether through a subaward (subgrant), procurement contract, or subcontract under a procurement contract) either requires or has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

(2) it has made appropriate inquiry, or otherwise has an adequate factual basis, to support this representation; and

b. it certifies that, if it learns or is notified that any subrecipient, contractor, or subcontractor entity that receives funds under this award is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds to or by that entity, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

**Condition 19**
Compliance with 41 U.S.C. 4712 (including prohibitions on reprisal; notice to employees)

The recipient (and any subrecipient at any tier) must comply with, and is subject to, all applicable provisions of 41 U.S.C. 4712, including all applicable provisions that prohibit, under specified circumstances, discrimination against an employee as reprisal for the employee's disclosure of information related to gross mismanagement of a federal grant, a gross waste of federal funds, an abuse of authority relating to a federal grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a federal grant.

The recipient also must inform its employees, in writing (and in the predominant native language of the workforce), of employee rights and remedies under 41 U.S.C. 4712.

Should a question arise as to the applicability of the provisions of 41 U.S.C. 4712 to this award, the recipient is to contact OVW for guidance.

**Condition 20**
Encouragement of policies to ban text messaging while driving

Pursuant to Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," 74 Fed. Reg. 51225 (October 1, 2009), DOJ encourages recipients and subrecipients (subgrantees) to adopt and enforce policies banning employees from text messaging while driving any vehicle during the course of performing work funded by this award, and to establish workplace safety policies and conduct education, awareness, and other outreach to decrease crashes caused by distracted drivers.

**Condition 21**
Requirement to disclose whether recipient is designated high risk by a federal grant-making agency outside of DOJ

If the recipient is designated high risk by a federal grant-making agency outside of DOJ, currently or at any time during the course of the period of performance under this award, the recipient must disclose that fact and certain related information to OVW by email to OVW.GFMD@usdoj.gov. For purposes of this disclosure, high risk includes any status under which a federal awarding agency provides additional oversight due to the recipient's past performance, or other programmatic or financial concerns with the recipient. The recipient's disclosure must include the following: (1) the federal awarding agency that currently designates the recipient high risk; (2) the date the recipient was designated high risk; (3) the high-risk point of contact at that federal awarding agency (name, phone number, and email address); and (4) the reasons for the high-risk status, as set out by the federal awarding agency.

**Condition 22**
Availability of general terms and conditions on OVW website

The recipient agrees to follow the applicable set of general terms and conditions that are available at https://www.justice.gov/ovw/award-conditions. These do not supersede any specific conditions in this award document.

**Condition 23**
Compliance with statutory and regulatory requirements

The recipient agrees to comply with all relevant statutory and regulatory requirements, which may include, among other relevant authorities, the Violence Against Women Act of 1994, P.L. 103-322, the Violence Against Women Act of 2000, P.L. 106-386, the Violence Against Women and Department of Justice Reauthorization Act of 2005, P.L. 109-162, the Violence Against Women Reauthorization Act of 2013, P.L. 113-4, the Omnibus Crime Control and Safe Streets Act of 1968, 34 U.S.C. 10101 et seq., and OVW's implementing regulations at 28 C.F.R. Part 90.

**Condition 24**
Compliance with solicitation requirements

The recipient agrees that it must be in compliance with requirements outlined in the solicitation under which the approved application was submitted, the applicable Solicitation Companion Guide, and any program-specific frequently asked questions (FAQs) on the OVW website (https://www.justice.gov/ovw/resources-and-faqs-grantees). The program solicitation, Companion Guide, and any program-specific FAQs are hereby incorporated by reference into this award.

**Condition 25**
VAWA 2013 nondiscrimination condition

The recipient acknowledges that 34 U.S.C. 12291(b)(13) prohibits recipients of OVW awards from excluding, denying benefits to, or discriminating against any person on the basis of actual or perceived race, color, religion, national origin, sex, gender identity, sexual orientation, or disability in any program or activity funded in whole or in part by OVW. Recipients may provide sex-segregated or sex-specific programming if doing so is necessary to the essential operations of the program, so long as the recipient provides comparable services to those who cannot be provided with the sex-segregated or sex-specific programming. The recipient agrees that it will comply with this provision. The recipient also agrees to ensure that any subrecipients (subgrantees) at any tier will comply with this provision.

**Condition 26**
Misuse of award funds

The recipient understands and agrees that misuse of award funds may result in a range of penalties, including suspension of current and future funds, suspension or debarment from federal grants, recoupment of monies provided under an award, and civil and/or criminal penalties.

**Condition 27**
Limitation on use of funds to approved activities

The recipient agrees that grant funds will be used only for the purposes described in the recipient's application, unless OVW determines that any of these activities are out of scope or unallowable. The recipient must not undertake any work or activities that are not described in the recipient's application, award documents, or approved budget, and must not use staff, equipment, or other goods or services paid for with grant funds for such work or activities, without prior written approval, via Grant Award Modification (GAM), from OVW.

**Condition 28**
Non-supplantation

The recipient agrees that grant funds will be used to supplement, not supplant, non-federal funds that would otherwise be available for the activities under this grant.

**Condition 29**
Confidentiality and information sharing

The recipient agrees to comply with the provisions of 34 U.S.C. 12291(b)(2), nondisclosure of confidential or private information, which includes creating and maintaining documentation of compliance, such as policies and procedures for release of victim information. The recipient also agrees to comply with the regulations implementing this provision at 28 CFR 90.4(b) and "Frequently Asked Questions (FAQs) on the VAWA Confidentiality Provision (34 U.S.C. 12291(b)(2))" on the OVW website at https://www.justice.gov/ovw/resources-and-faqs-grantees. The recipient also agrees to ensure that all subrecipients (subgrantees) at any tier meet these requirements.

**Condition 30**
Activities that compromise victim safety and recovery or undermine offender accountability

The recipient agrees that grant funds will not support activities that compromise victim safety and recovery or undermine offender accountability, such as: procedures or policies that exclude victims from receiving safe shelter, advocacy services, counseling, and other assistance based on their actual or perceived sex, age, immigration status, race, religion, sexual orientation, gender identity, mental health condition, physical health condition, criminal record, work in the sex industry, or the age and/or sex of their children; procedures or policies that compromise the confidentiality of information and privacy of persons receiving OVW-funded services; procedures or policies that impose requirements on victims in order to receive services (e.g., seek an order of protection, receive counseling, participate in couples' counseling or mediation, report to law enforcement, seek civil or criminal remedies, etc.); procedures or policies that fail to ensure service providers conduct safety planning with victims; project design and

budgets that fail to account for the access needs of participants with disabilities and participants who have limited English proficiency or are Deaf or hard of hearing; or any other activities outlined in the solicitation or companion guide under which the application was submitted.

**Condition 31**
Policy for response to workplace-related incidents of sexual misconduct, domestic violence, and dating violence

The recipient, and any subrecipient at any tier, must have a policy, or issue a policy within 270 days of the award date, to address workplace-related incidents of sexual misconduct, domestic violence, and dating violence involving an employee, volunteer, consultant, or contractor. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Policy for response to workplace-related sexual misconduct, domestic violence, and dating violence), and are incorporated by reference here.

**Condition 32**
Termination or suspension

The Director of OVW, upon a finding that there (1) has been substantial failure by the recipient to comply with applicable laws, regulations, and/or the terms and conditions of the award or relevant solicitation, (2) has been failure by the recipient to make satisfactory progress toward the goals, objectives, or strategies set forth in the application, or (3) have been project changes proposed or implemented by the recipient to the extent that, if originally submitted, the application would not have been selected for funding, will terminate or suspend until the Director is satisfied that there is no longer such failure or changes, all or part of the award, in accordance with the provisions of 28 C.F.R. Part 18, as applicable mutatis mutandis. The federal regulation providing uniform rules for termination of grants and cooperative agreements is 2 C.F.R. 200.340.

**Condition 33**
Semiannual and final performance progress report submission

The recipient agrees to submit semiannual performance progress reports that describe activities conducted during the reporting period, including program effectiveness measures. Reports must be submitted throughout the project period, even if no funds were spent and no activities were conducted in a given reporting period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

The information that must be collected and reported to OVW can be found in the reporting form associated with the grant program or initiative under which this award was made. Performance progress reports must be submitted within 30 days after the end of the reporting periods, which are January 1 - June 30 and July 1 - December 31. Recipients are required to submit their reports through the Justice Grants System, unless and until OVW issues updated instructions for report submission. The final report is due 90 days after the end of the project period and should be marked "final" in the Report Type field.

**Condition 34**
Quarterly financial status reports

The recipient agrees that it will submit quarterly financial status reports (the SF 425 Federal Financial Report) to OVW in the Justice Grants System, not later than 30 days after the end of each calendar quarter. The final report shall be submitted not later than 90 days following the end of the award period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

**Condition 35**
Program income

Program income, as defined by 2 C.F.R. 200.1, means gross income earned by the non-federal entity that is directly generated by a supported activity or earned as a result of the federal award during the period of performance. Without prior approval from OVW, program income must be deducted from total allowable costs to determine the net allowable costs. In order to add program income to the OVW award, the recipient must seek approval from its program manager via a budget modification Grant Award Modification (GAM) prior to generating any program income. Any program income added to the federal award must be used to support activities that were approved in the budget and follow the

conditions of the OVW award. Any program income approved via budget modification GAM must be reported in the recipient's quarterly Federal Financial Report SF-425 in accordance with the addition alternative. If the program income amount changes (increases or decreases) during the project period, it must be approved via a budget modification GAM by the end of the project period. If the budget modification is not submitted and approved, it could result in audit findings for the recipient.

**Condition 36**
FFATA reporting subawards and executive compensation

The recipient agrees to comply with applicable requirements to report first-tier subawards (subgrants) of $30,000 or more and, in certain circumstances, to report the names and total compensation of the five most highly compensated executives of the recipient and first-tier subrecipients of award funds. Such data will be submitted to the Federal Funding Accountability and Transparency Act of 2006 (FFATA) Subaward Reporting System (FSRS). The details of recipient obligations, which derive from FFATA, are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Reporting Subawards and Executive Compensation), and are incorporated by reference here.

**Condition 37**
Changes to MOU and/or IMOA

The recipient agrees to submit for OVW review and approval any anticipated addition of, removal of, or change in collaborating partner agencies or individuals who are signatories of the Memorandum of Understanding and, if applicable, the Internal Memorandum of Agreement.

**Condition 38**
Prior approval of all materials and publications

The recipient agrees to submit for OVW review and approval all materials and publications (written, web-based, audio-visual, or any other format) that are funded under this award. OVW must have not less than 20 days to complete review and approval. The recipient may not distribute or publicly release such materials under this award until OVW has approved them.

**Condition 39**
Publication disclaimer

The recipient agrees that all materials and publications (written, web-based, audio-visual, or any other format) resulting from award activities shall contain the following statement: "This project was supported by Grant No. _____ awarded by the Office on Violence Against Women, U.S. Department of Justice. The opinions, findings, conclusions, and recommendations expressed in this publication/program/exhibition are those of the author(s) and do not necessarily reflect the views of the U.S. Department of Justice." The recipient also agrees to ensure that any subrecipient at any tier will comply with this condition.

**Condition 40**
Copyrighted works

Pursuant to 2 C.F.R. 200.315(b), the recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under this award. OVW reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work, in whole or in part (including in the creation of derivative works), for federal purposes, and to authorize others to do so.

OVW also reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use, in whole or in part (including in the creation of derivative works), any work developed by a subrecipient (subgrantee) of this award, for federal purposes, and to authorize others to do so.

In addition, the recipient (or subrecipient, contractor, or subcontractor of this award at any tier) must obtain advance written approval from the OVW program manager assigned to this award, and must comply with all conditions specified by the program manager in connection with that approval, before: 1) using award funds to purchase ownership of, or a

license to use, a copyrighted work; or 2) incorporating any copyrighted work, or portion thereof, into a new work developed under this award.

It is the responsibility of the recipient (and of each subrecipient, contractor, or subcontractor as applicable) to ensure that this condition is included in any subaward, contract, or subcontract under this award.

**Condition 41**
Grantee orientation - mandatory attendance

First-time recipients, or continuation recipients if requested, must agree to have key staff members, as identified by OVW, attend the OVW grantee orientation seminar, which may be offered in-person, online, or a combination of both. Additionally, if there is a change in the project director/coordinator during the grant period, the recipient agrees, at the earliest opportunity, to send the new project director/coordinator, regardless of prior experience with this or any other federal award, to an in-person OVW grantee orientation seminar or require completion of the orientation online, whichever is available.

**Condition 42**
Technical assistance provider training requirement

The recipient agrees to set aside funds, as required in the solicitation under which this application was submitted, to enhance the delivery of OVW-supported training and technical assistance (TA) and ensure that OVW-supported TA and TA providers reflect OVW's mission and priorities and the goals of the Violence Against Women Act, as amended. Key project staff, identified by OVW, must attend or participate in TA courses on topics including, but not limited, to: accessibility, organizational cultural competency, advanced adult learning theory and application, curriculum and product development, and financial and grants management. Courses will be selected by OVW and delivered by OVW and/or organizations identified by OVW. Funds set aside for this purpose may not be used for any other training or purpose without the approval of OVW.

**Condition 43**
Consultant compensation rates

The recipient acknowledges that consultants paid with award funds generally may not be paid at a rate in excess of $81.25 per hour, not to exceed $650 per day. To exceed this specified maximum rate, recipients must submit to OVW a detailed justification and have such justification approved by OVW, prior to obligation or expenditure of such funds. Issuance of this award or approval of the award budget alone does not indicate approval of any consultant rate in excess of $81.25 per hour, not to exceed $650 per day. Although prior approval is not required for consultant rates below this specified maximum rate, recipients are required to maintain documentation to support all daily or hourly consultant rates.

**Condition 44**
Prior approval for conference expenditures

The recipient must complete and submit the Department of Justice-Sponsored Conference Request and Report Form to OVW for review and approval prior to entering into any contract (with the exception of logistical or programmatic planning contracts) or expending any funds for any meeting, conference, training, or other event. This includes conferences for which OVW is not the primary source of funding if OVW support will exceed $20,000.

**Condition 45**
Logistical conference planning costs

The allowable costs for logistical conference planning are limited to $50 per attendee, not to exceed a cumulative total of $8,750. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at a conference is 100, the cost allowed for a logistical conference planner is $5,000 ($50 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside logistical conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient

must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the logistical conference planning.

**Condition 46**
Programmatic conference planning costs

The allowable costs for programmatic conference planning are limited to $200 per attendee, not to exceed a cumulative cost total of $35,000. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at the conference is 100, the cost allowed for a programmatic conference planner is $20,000 ($200 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside programmatic conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the programmatic conference planning.

**Condition 47**
Conference space and audio-visual equipment

Recipients must limit the cost of conference space and audio-visual equipment to $25 per day per attendee, not to exceed a total of $20,000 for the conference. "Attendees" include trainers, instructors, presenters, and facilitators. Indirect cost rates must be applied to conference space and audio-visual equipment costs in accordance with negotiated agreements, and must be included when calculating this threshold. If the recipient expects that these limitations will be exceeded, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient enters into any contract for the use of conference space and audio-visual equipment.

**Condition 48**
Prohibition on trinkets at conferences

The recipient acknowledges that trinkets (items such as hats, mugs, portfolios, t-shirts, coins, etc., regardless of whether they include the conference name or logo) must not be purchased with funds made available under this agreement. Basic supplies that are necessary for use during the conference (e.g., pens, paper, name tags) may be purchased.

**Condition 49**
Prohibition on entertainment at conferences

The recipient acknowledges that funds made available under this agreement may not be used for costs of entertainment, including amusement, diversion, social activities, and any costs directly associated with entertainment (such as tickets to shows or sports events, meals, lodging, rentals, transportation, and gratuities).

**Condition 50**
Food and beverages at conferences

Subject to OVW prior approval, and under limited circumstances, OVW funds may be used to purchase food and/or beverages for meals served during a meeting, conference, or training. OVW may approve the use of funds to purchase food and/or beverages served at a working meal if the recipient can justify that provision of the meal is necessary to accomplish official business and enhance the cost effectiveness of the conference. For example, a meal may be permissible where the conference will need to be extended if the working meal is not provided.

OVW will consider allowing grant funds to be used to purchase food and/or beverages for refreshment breaks only where there are unique and extenuating circumstances, and the recipient will be required to provide significant justification for such use of funds.

Furthermore, if a meal is approved by OVW, the cost of any individual meal, including taxes and any hotel service costs (e.g., labor cost for room setup), must not exceed 150 percent of the General Services Administration (GSA) Meals and Incidental Expenses (M&IE) rate for an individual's meal in that locality. OVW strongly encourages

recipients to maintain costs for any meal provided, including any service costs, at or below 100 percent of the applicable GSA M&IE rate. The current GSA M&IE rate breakdown by meal and by locality can be found at https://gsa.gov/portal/content/101518. This award condition does not impact direct payment of per diem amounts to individuals in a travel status under the recipient's travel policy.

**Condition 51**
Conference expenditure reporting

Within 30 days after the end of any conference, meeting, retreat, seminar, symposium, training activity, or similar event funded, in whole or in part, under this award, and the total cost of which exceeds $20,000 in award funds, the recipient must report all conference expenditures paid for with OVW funds by providing the OVW program manager with a completed DOJ-Sponsored Conference Request and Report Form, available at https://www.justice.gov/ovw/conference-planning.

**Condition 52**
Withholding of funds pending completion of prior award addressing the same purpose(s)

The recipient acknowledges that it has a prior OVW award that is supporting the same purpose(s) as this new award. The recipient may obligate, expend, and draw down from this award only funds for travel-related expenses up to $10,000 to attend OVW-sponsored technical assistance events. The recipient agrees not to obligate, expend, or draw down any additional funds under this award until all funds are expended on its prior OVW award for the same purpose(s). If the recipient needs to obligate, expend, or draw down additional funds from this award prior to the completion/expiration of the prior award, it must submit a written request to its program manager for review and approval.

**Condition 53**
Indirect costs

The recipient may not obligate, expend, or draw down any award funds for indirect costs, unless and until either (1) the recipient submits to OVW a current, federally-approved indirect cost rate agreement, or (2) the recipient determines that it is eligible under the Part 200 Uniform Requirements to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f), and advises OVW in writing of both its eligibility and its election.

**Condition 54**
Conditional clearance with release of technical assistance funds

The recipient acknowledges that the budget for this award is pending review and approval. Until OVW approves the budget, the recipient may not obligate, expend, or draw down any funds, except those that OVW allows for participation in or travel-related expenses to attend OVW-sponsored technical assistance events. Any obligations or expenditures incurred by the recipient prior to the budget being approved are made at the recipient's own risk. If there is another condition on the award prohibiting any obligation, expenditure, and drawdown of any funds, that other condition will control. Remaining funds will not be available for drawdown until OVW's Grants Financial Management Division has approved the budget and budget narrative via a Grant Award Modification (GAM). If applicable, the Indirect Cost Rate will be identified in the GAM when the budget is approved.

**Condition 55**
TERMS OF COOPERATIVE AGREEMENT

The Office on Violence Against Women (OVW) has elected to enter into a Cooperative Agreement with the American Bar Association Commission on Domestic & Sexual Violence to implement the LGBTQ+ Legal Access Project. This decision reflects a mutual interest in developing training and technical assistance to strengthen civil and criminal legal systems access for Lesbian, Gay, Bisexual, Transgender, and Queer (LGBTQ) survivors of domestic violence, sexual assault, dating violence, and stalking. The award recipient acknowledges that OVW will play a substantial role in shaping and monitoring the project.

STATEMENT OF FEDERAL INVOLVEMENT

OVW will:

1. Provide the services of a federal program manager as a single point of contact for administration of this cooperative agreement.

2. Monitor program development and implementation, and fulfill an oversight function regarding the project, including:

a) participating in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinating and actively participating in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) reviewing and approving or disapproving all content and formats for written and web-based deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assisting in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approving final selections;

e) approving or disapproving sites, dates, and agendas for all project-related activities;

f) providing input, re-directing the training and/or technical assistance as needed, and actively monitoring the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approving or disapproving any modifications to the project scope, key project partner(s), deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) reviewing and approving or disapproving all in-person and virtual events including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.


STATEMENT OF RECIPIENT RESPONSIBILITIES

The American Bar Association Commission on Domestic & Sexual Violence will comply with all terms and conditions in this cooperative agreement, including those described below.

1. Deliver training and technical assistance(TA) to Legal Assistance for Victims Program grantees, STOP Violence Against Women Formula Program subgrantees, as well as to potential grantees and subgrantees of those grant programs, on strengthening civil and criminal legal system access for Lesbian, Gay, Bisexual, Transgender, and Queer (LGBTQ) survivors of domestic violence, sexual assault, dating violence, and stalking.

2. Present 3 to 5 project overview webinars at OVW new grantee orientations or at other OVW TA provider trainings.

3. Develop and implement a virtual multi-part training institute for civil legal services attorneys and legal advocates. The training institute will include two tracks: one introductory level for legal programs with limited expertise in serving LGBTQ survivors and one advanced level for legal programs with expertise in providing legal services to LGBTQ survivors. The training institute will be presented 6 to 8 times over the project period.

4. Create one intake and litigation tool for civil legal service organizations.

5. Host a LGBTQ specific peer-to-peer listserv for civil legal attorneys and legal advocates.

6. Develop and implement a virtual multi-part training institute for prosecutors. The training institute will be presented 4

to 6 times over the project period.

7. Create one litigation tool for prosecutors.

8. Provide insertion trainings at other OVW TA provider events for judges on civil and criminal adjudication of LGBTQ domestic violence and sexual assault cases. The number of insertion trainings will be determined in coordination with OVW.

9. Draft 1 to 2 articles for judges on issues facing LGBTQ survivors of domestic violence, dating violence, sexual assault, and stalking.

10. Work cooperatively with OVW on the development and implementation of this project, including providing a meaningful opportunity for OVW staff to:

a) participate in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinate and actively participate in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) review and approve or disapprove all content and formats for written and web-based deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assist in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approve final selections;

e) approve or disapprove sites, dates, and agendas for all project-related activities;

f) provide input, re-direct the training and/or technical assistance as needed, and actively monitor the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approve or disapprove any modifications to the project scope, key project partners, deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) review and approve or disapprove all in-person and virtual events, including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.

11. If applicable, plan conferences, institutes, roundtables, and focus groups in sufficient time to submit the Department of Justice-Sponsored Conference Request and Report Form to OVW for approval at the earliest possible date but no later than 90 days before the recipient needs notice of the OVW decision.

12. Within 90 days of the acceptance of the award, submit a revised project timeline reflecting any changes to the original proposed timeline and deliverables to OVW for review and approval, via the Justice Grants System (JustGrants). If there are no changes necessary, the recipient will confirm with their OVW program manager during the planning period that the original timeline in the application and deliverables, as stated in the award document, stand.

13. Participate in OVW-sponsored technical assistance provider meetings, focus groups and/or conferences at the request of OVW. Funds designated for participation in OVW TA provider meetings cannot be used to support other travel without the express permission of the OVW program manager.

14. Post all project events, including meetings, trainings, webinars, and roundtables, on the OVW Technical Assistance Calendar hosted at https://www.ta2ta.org at least 60 calendar days before the event. Events pending OVW approval should be posted and marked as pending at the earliest possible date but no later than the date upon which the event is submitted for OVW approval. The recipient is responsible for updating the status of the event on the calendar after

OVW has issued a decision.

15. Submit all products and resources developed through this award, once approved by OVW in JustGrants, to the TA2TA library at https://www.ta2ta.org, and post such products and resources on the publicly accessible section of the recipient's own web site, unless OVW agrees that public posting on TA2TA and the recipient's website is inappropriate.
16. Attend the "Creating Welcoming and Accessible Trainings and Technical Assistance" training hosted by the OVW-identified TA provider. At a minimum, the project director and the individual(s) responsible for logistical and programmatic event planning must attend the training. Appropriate attendance and active participation may be a factor in OVW's future funding decisions. If relevant staff for this TA project and/or the organization have attended this training in the last two years, OVW may waive this requirement. If such a waiver is granted, it is applicable only to this award and does not apply if key personnel changes.

17. Notify OVW of any changes to approved conferences. Changes in a conference location, the substantive purpose of the conference, or a conference request such that it exceeds a DOJ threshold or $100,000 require prior OVW approval.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Acceptance

### Declaration and Certification to the U.S. Department of Justice as to Acceptance

By checking the declaration and certification box below, I--

A.    Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.    Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted  in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.    Accept this award on behalf of the applicant.

D.    Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

**Agency Approval**

| **Title of Approving Official** | **Name of Approving Official** | **Signed Date And Time** |
| --- | --- | --- |
| Deputy Director | NADINE NEUFVILLE | 9/22/21 8:59 PM |

**Authorized Representative**

[X]

**Entity Acceptance**

**Title of Authorized Entity Official**
Director, Grant Operations and Compliance

**Name of Authorized Entity Official**
Vladimir Gurin

**Signed Date And Time**
2/11/2022 11:48 AM

# Award Document for Concluded Cooperative Agreement



# Department of Justice (DOJ)

### Office on Violence Against Women (OVW)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | AMERICAN BAR ASSOCIATION<br>1050 CONNECTICUT AVE NW, STE 400 |
| **City, State and Zip:** | WASHINGTON, DC 20036 |
| **Recipient UEI:** | D2KUZ2RYLJJ6 |

| | |
|---|---|
| **Project Title:** LGBTQI+ Training for Coalitions Project | **Award Number:** 15JOVW-22-GK-03984-STOP |
| **Solicitation Title:** OVW Fiscal Year 2022 Training and Technical Assistance Initiative Solicitation | |
| **Federal Award Amount:** $400,000.00 | **Federal Award Date:** 9/28/22 |
| **Awarding Agency:** | Office on Violence Against Women |
| **Funding Instrument Type:** | CA |
| **Assistance Listing:**<br>16.526 - OVW Technical Assistance Initiative | |
| **Project Period Start Date:** 10/1/22 | **Project Period End Date:** 3/31/25 |
| **Budget Period Start Date:** 10/1/22 | **Budget Period End Date:** 3/31/25 |

**Project Description:**

The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative provides OVW grantees and subgrantees with the expertise and support they need to develop and implement successful state, local, tribal, and campus projects; increase victim safety; and bolster offender accountability. Through cooperative agreements, OVW supports educational initiatives, conferences, peer-to-peer consultations, and targeted assistance that allow current and potential grantees and subgrantees to learn from experts and one another about how to overcome obstacles and incorporate promising practices in their efforts to address violence against women. In addition, OVW is focused on building the capacity of the criminal and civil justice systems and victim services providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and to foster partnerships between organizations that have not traditionally worked together to address violence against women.

This award will support FY 2022 TA Initiative purpose area 6, to provide training to state and territorial domestic violence and sexual assault coalition directors and board members to ensure that their staffing, programming, membership, and state and community partnerships are responsive to the needs of LGBTQI+ survivors of domestic violence, dating violence, sexual assault, and stalking. This project will primarily focus on providing training.

The timing for performance of this award is 24 months.

This is a new award.

**Award Letter**

September 28, 2022

Dear Vladimir Gurin,

On behalf of Attorney General Merrick B. Garland, it is my pleasure to inform you the Office on Violence Against Women (OVW) has approved the application submitted by  AMERICAN BAR ASSOCIATION  for an award under the funding opportunity entitled 2022 OVW Fiscal Year 2022 Training and Technical Assistance Initiative Solicitation. The approved award amount is $400,000.
Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by OVW, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

Congratulations, and we look forward to working with you.


NADINE NEUFVILLE
Deputy Director
**Office for Civil Rights Notice for All Recipients**

The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) has been delegated the responsibility for ensuring that recipients of federal financial assistance from the OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW) are not engaged in discrimination prohibited by law. Several federal civil rights laws, such as Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance to give assurances that they will comply with those laws. Taken together, these civil rights laws prohibit recipients of federal financial assistance from DOJ from discriminating in services and employment because of race, color, national origin, religion, disability, sex, and, for grants authorized under the Violence Against Women Act, sexual orientation and gender identity.  Recipients are also prohibited from discriminating in services because of age.  For a complete review of these civil rights laws and nondiscrimination requirements, in connection with DOJ awards, see https://ojp.gov/funding/ Explore/LegalOverview/CivilRightsRequirements.htm.

Under the delegation of authority, the OCR investigates allegations of discrimination against recipients from individuals, entities, or groups. In addition, the OCR conducts limited compliance reviews and audits based on regulatory criteria.

These reviews and audits permit the OCR to evaluate whether recipients of financial assistance from the Department are providing services in a nondiscriminatory manner to their service population or have employment practices that meet equal-opportunity standards.

If you are a recipient of grant awards under the Omnibus Crime Control and Safe Streets Act or the Juvenile Justice and Delinquency Prevention Act and your agency is part of a criminal justice system, there are two additional obligations that may apply in connection with the awards: (1) complying with the regulation relating to Equal Employment Opportunity Programs (EEOPs); and (2) submitting findings of discrimination to OCR. For additional information regarding the EEOP requirement, see 28 CFR Part 42, subpart E, and for additional information regarding requirements when there is an adverse finding, see 28 C.F.R. §§ 42.204(c), .205(c)(5).

The OCR is available to help you and your organization meet the civil rights requirements that are associated with DOJ grant funding. If you would like the OCR to assist you in fulfilling your organization's civil rights or nondiscrimination responsibilities as a recipient of federal financial assistance, please do not hesitate to contact the OCR at askOCR@ojp.usdoj.gov.

**Memorandum Regarding NEPA**

## NEPA Letter Type
OVW – Categorical Exclusion - No Renovations Allowed

## NEPA Letter
Renovations and construction are unallowable under this grant, and therefore none of the following activities?will be conducted?under the OVW federal action (i.e., the OVW-funded grant project) or a related third-party action:??

1. New construction.??

2. Any renovation or remodeling of a property located in an environmentally or historically sensitive area, including property (a) listed on or eligible for listing on the National Register of Historic Places, or (b) located within a 100-year flood plain, a wetland, or habitat for an endangered species.?

3. A?renovation which?will change the basic prior use of a facility or significantly change its size.?

4. Research and technology whose anticipated and future application?could be expected?to have an effect on the environment.?

5. Implementation of a program involving the use of chemicals.??

In addition, the OVW federal action is neither a phase nor a segment of a project that, when reviewed in its entirety, would not meet the criteria for a categorical exclusion.???

Consequently, the subject federal action meets the Office on Violence Against Women's criteria for a categorical exclusion as contained in paragraph 4(b) of Appendix D to Part 61 of Title 28 of the Code of Federal Regulations (adopted by OVW at 28 CFR § 0.122(b)).??Also, no further analysis is required under the National Historic Preservation Act or other related statutes and regulations.?

## NEPA Coordinator
**First Name**    **Middle Name**    **Last Name**
Debra                                Murphy

## Award Information

This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.

## Recipient Information

### Recipient Name
 no value

### UEI
D2KUZ2RYLJJ6

### Street 1
1050 CONNECTICUT AVE NW, STE 400

### Street 2
 no value

### City
WASHINGTON

### State/U.S. Territory
District of Columbia

### Zip/Postal Code
20036

### Country
United States

### County/Parish
 no value

### Province
 no value

## Award Details

### Federal Award Date
9/28/22

### Award Type
Initial

### Award Number
15JOVW-22-GK-03984-STOP

### Supplement Number
00

### Federal Award Amount
$400,000.00

### Funding Instrument Type
CA

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.526 | OVW Technical Assistance Initiative |

### Statutory Authority

34 U.S.C. 12291(b)(11)

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Project Information

This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.

| **Solicitation Title** | **Awarding Agency** |
|---|---|
| 2022 OVW Fiscal Year 2022 Training and Technical Assistance Initiative Solicitation | OVW |

**Application Number**
GRANT13604634

| **Grant Manager** | **Phone Number** | **E-mail Address** |
|---|---|---|
| KARA MOLLER | 202-532-3185 | KARA.MOLLER@USDOJ.GOV |

**Project Title**
LGBTQI+ Training for Coalitions Project

| **Performance Period Start Date** | **Performance Period End Date** |
|---|---|
| 10/01/2022 | 03/31/2025 |

| **Budget Period Start Date** | **Budget Period End Date** |
|---|---|
| 10/01/2022 | 03/31/2025 |

**Project Description**

The Office on Violence Against Women (OVW) Training and Technical Assistance (TA) Initiative provides OVW grantees and subgrantees with the expertise and support they need to develop and implement successful state, local, tribal, and campus projects; increase victim safety; and bolster offender accountability. Through cooperative agreements, OVW supports educational initiatives, conferences, peer-to-peer consultations, and targeted assistance that allow current and potential grantees and subgrantees to learn from experts and one another about how to overcome obstacles and incorporate promising practices in their efforts to address violence against women. In addition, OVW is focused on building the capacity of the criminal and civil justice systems and victim services providers to respond effectively to domestic violence, dating violence, sexual assault, and stalking and to foster partnerships between organizations that have not traditionally worked together to address violence against women.

This award will support FY 2022 TA Initiative purpose area 6, to provide training to state and territorial domestic violence and sexual assault coalition directors and board members to ensure that their staffing, programming, membership, and state and community partnerships are responsive to the needs of LGBTQI+ survivors of domestic violence, dating violence, sexual assault, and stalking. This project will primarily focus on providing training.

The timing for performance of this award is 24 months.

This is a new award.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

---

**Financial Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

The recipient budget is currently under review.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Other Award Documents

TERMS OF COOPERATIVE AGREEMENT

The Office on Violence Against Women (OVW) has elected to enter into a Cooperative Agreement with the American Bar Association to implement the LGBTQI+ Training for Coalitions Project. This decision reflects a mutual interest in providing training and technical assistance to state and territorial domestic violence and sexual assault coalitions directors and board members on addressing the victim service needs of LGBTQI+ survivors of domestic violence, dating violence, sexual assault, and stalking. The award recipient acknowledges that OVW will play a substantial role in shaping and monitoring the project.

STATEMENT OF FEDERAL INVOLVEMENT

OVW will:

1. Provide the services of a federal program manager as a single point of contact for administration of this cooperative agreement.

2. Monitor program development and implementation, and fulfill an oversight function regarding the project, including:

a) participating in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinating and actively participating in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) reviewing and approving or disapproving all content and formats for written and web-based deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assisting in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approving final selections;

e) approving or disapproving sites, dates, and agendas for all project-related activities;

f) providing input, re-directing the training and/or technical assistance as needed, and actively monitoring the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approving or disapproving any modifications to the project scope, key project partner(s), deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) reviewing and approving or disapproving all in-person and virtual events including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.

STATEMENT OF RECIPIENT RESPONSIBILITIES

The American Bar Association will comply with all terms and conditions in this cooperative agreement, including those described below.

1. Deliver training and technical assistance to state and territorial domestic violence and sexual assault coalitions directors and board members to ensure that their staffing, programming, membership, and state and community partnerships are responsive to the victim service needs of LGBTQI+ survivors of domestic violence, dating violence, sexual assault and stalking and include individuals and organizations with expertise and experience working with their local LGBTQI+ communities. The majority of the project should be allocated to providing training to state and territorial domestic violence and sexual assault coalitions.

2. Convene a virtual project development meeting with OVW, project partners, and other subject matter experts. This meeting will include finalizing the project deliverables for the project period.

3. Convene two to four virtual meetings with coalition directors to identify gaps and develop topics for trainings and resources.

4. Develop training curricula and/or training materials in collaboration with project partners, subject matter experts, and OVW.

5. Conduct five to ten virtual or on-site trainings for specific coalitions. The selection of the coalitions for the virtual or on-site trainings will be determined in collaboration with OVW.

6. Provide tailored and individualized technical assistance for up to 25 coalitions, and involve local LGBTQI+ gender-based violence community organizations, when available.

7. Present at one or more meetings sponsored by the OVW technical assistance providers for the state and territorial domestic violence and sexual assault coalitions.

8. Develop resources to support coalition directors and board members with the implementation of changes to organizational policies and practices so that staffing, programming, membership, and state and community partnerships are responsive to LGBTQI+ survivor needs and reflect the LGBTQI community. The types of resources, as well as topics for the resources, will be determined in collaboration with OVW.

9. Work cooperatively with OVW on the development and implementation of this project, including providing a meaningful opportunity for OVW staff to:

a) participate in project-related meetings and conference calls, including, but not limited to, curriculum development and revision meetings, on-site and/or virtual technical assistance and trainings, national and site-specific trainings, e-learnings, and webinars;

b) coordinate and actively participate in a project planning period, including ensuring the timely convening of any conference calls and/or in-person meetings necessary to complete the planning process;

c) review and approve or disapprove all content and formats for written and web-based deliverables produced in relation to this project, including reviewing all materials in the development, editorial, and final stages;

d) assist in the identification of individuals to serve as keynote speakers, facilitators, faculty, consultants, working group members, report/curriculum writers, and participants, as well as any other individuals deemed necessary for the implementation of the project, and approve final selections;

e) approve or disapprove sites, dates, and agendas for all project-related activities;

f) provide input, re-direct the training and/or technical assistance as needed, and actively monitor the project by methods including, but not limited to, ongoing contact with the recipient and on-site monitoring of technical assistance and trainings;

g) approve or disapprove any modifications to the project scope, key project partners, deliverables, and timeline for all project-related activities, including, but not limited to, substantive changes to previously approved educational materials or professional tools; and

h) review and approve or disapprove all in-person and virtual events, including, but not limited to, conferences, roundtables, and on-site technical assistance or trainings, as well as presentations at other OVW and non-OVW TA trainings and conferences.

10. If applicable, plan conferences, institutes, roundtables, and focus groups in sufficient time to submit the Department of Justice-Sponsored Conference Request and Report Form (CRF) to OVW for approval at the earliest possible date but no later than 90 days before the recipient needs notice of the OVW decision. In the event that the CRF exceeds DOJ thresholds or the overall cost increases by 10% or $10,000, recipients may be required to submit the CRF earlier than 90 days before the recipient needs notice of OVW decision.

11. Within 90 days of the acceptance of the award, submit a revised project timeline reflecting any changes to the original proposed timeline and deliverables to OVW for review and approval, via the Justice Grants System (JustGrants). If there are no changes necessary, the recipient will confirm with their OVW program manager during the planning period that the original timeline in the application and deliverables, as stated in the award document, stand.

12. Participate in OVW-sponsored technical assistance provider meetings, focus groups and/or conferences at the request of OVW. Funds designated for participation in OVW TA provider meetings cannot be used to support other travel without the express permission of the OVW program manager.

13. Post notice of all project events, including meetings, trainings, webinars, and roundtables, on the OVW Technical Assistance Calendar hosted at https://www.ta2ta.org at least 60 calendar days before the event. Events pending OVW approval should be posted and marked as pending at the earliest possible date but no later than the date upon which the event is submitted for OVW approval. The recipient is responsible for updating the status of the event on the calendar after OVW has issued a decision.

14. Submit all products and resources developed through this award, once approved by OVW in JustGrants, to the TA2TA library at https://www.ta2ta.org, and post such products and resources on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

15. Upon receiving OVW approval, post recordings of multi-media deliverables, including webinars and training videos, on the publicly accessible section of the recipient&rsquo;s own website, unless directed otherwise by OVW.

16. Attend the &ldquo;Creating Welcoming and Accessible Trainings and Technical Assistance&rdquo; training hosted by the OVW-identified TA provider. At a minimum, the project director and the individual(s) responsible for logistical and programmatic event planning must attend the training. Appropriate attendance and active participation may be a factor in OVW&rsquo;s future funding decisions. If relevant staff for this TA project and/or the organization have attended this training in the last two years, OVW may waive this requirement. If such a waiver is granted, it is applicable only to this award and does not apply if key personnel changes.

17. Notify OVW of any changes to approved conferences if such changes occur before the event. Changes in a conference cost that cause a category to exceed a DOJ threshold not exceeded when the event was approved, require OVW approval prior to the event. Additional changes, such as conference location, the substantive purpose of the conference, or an increase, in excess of 10% or $10,000, in overall conference costs also require OVW approval prior to the event start date.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

### Condition 1
Requirements of the award; remedies for non-compliance or for materially false statements

The conditions of this award are material requirements of the award. Compliance with any assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance also is a material requirement of this award.

By signing and accepting this award on behalf of the recipient, the authorized recipient official accepts all material requirements of the award, and specifically adopts, as if personally executed by the authorized recipient official, all assurances or certifications submitted by or on behalf of the recipient that relate to conduct during the period of performance.

Failure to comply with any one or more of these award requirements -- whether a condition set out in full below, a condition incorporated by reference below, or an assurance or certification related to conduct during the award period -- may result in the Office on Violence Against Women (OVW) taking appropriate action with respect to the recipient and the award. Among other things, OVW may withhold award funds, disallow costs, or suspend or terminate the award. DOJ, including OVW, also may take other legal action as appropriate.

Any materially false, fictitious, or fraudulent statement to the federal government related to this award (or concealment or omission of a material fact) may be the subject of criminal prosecution (including under 18 U.S.C. 1001 and/or 1621, and/or 34 U.S.C. 10271-10273), and also may lead to imposition of civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. 3729-3730 and 3801-3812).

Should any provision of a requirement of this award be held to be invalid or unenforceable by its terms, that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law. Should it be held, instead, that the provision is utterly invalid or -unenforceable, such provision shall be deemed severable from this award.

### Condition 2
Applicability of Part 200 Uniform Requirements and DOJ Grants Financial Guide

The recipient agrees to comply with the Uniform Administrative Requirements, Cost Principles, and Audit Requirements in 2 C.F.R. Part 200, as adopted and supplemented by the Department of Justice (DOJ) in 2 C.F.R. Part 2800 (together, the "Part 200 Uniform Requirements"), and the current edition of the DOJ Grants Financial Guide as posted on the OVW website, including any updated version that may be posted during the period of performance. The recipient also agrees that all financial records pertinent to this award, including the general accounting ledger and all supporting documents, are subject to agency review throughout the life of the award, during the close-out process, and for three years after submission of the final Federal Financial Report (SF-425) or as long as the records are retained, whichever is longer, pursuant to 2 C.F.R. 200.334, 200.337.

**Condition 3**
Requirement to report potentially duplicative funding

If the recipient currently has other active awards of federal funds, or if the recipient receives any other award of federal funds during the period of performance for this award, the recipient promptly must determine whether funds from any of those other federal awards have been, are being, or are to be used (in whole or in part) for one or more of the identical cost items for which funds are provided under this award. If so, the recipient must promptly notify OVW in writing of the potential duplication, and, if so requested by OVW, must seek a budget-modification or change-of-project-scope Grant Award Modification (GAM) to eliminate any inappropriate duplication of funding.

**Condition 4**
Requirements related to System for Award Management and unique entity identifiers

The recipient must comply with applicable requirements regarding the System for Award Management (SAM), currently accessible at https://www.sam.gov. This includes applicable requirements regarding registration with SAM, as well as maintaining current information in SAM.

The recipient also must comply with applicable restrictions on subawards (subgrants) to first-tier subrecipients (subgrantees), including restrictions on subawards to entities that do not acquire and provide (to the recipient) the unique entity identifier assigned by SAM.

The details of the recipient's obligations related to SAM and to unique entity identifiers are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Requirements related to System for Award Management (SAM) and unique entity identifiers), and are incorporated by reference here.

**Condition 5**
Requirement to report actual or imminent breach of personally identifiable information (PII)

The recipient (and any subrecipient at any tier) must have written procedures in place to respond in the event of an actual or imminent breach (as defined in OMB M-17-12) if it (or a subrecipient)-- 1) creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of personally identifiable information (PII) (as defined in 2 C.F.R. 200.1) within the scope of an OVW grant-funded program or activity, or 2) uses or operates a Federal information system (as defined in OMB Circular A-130). The recipient's breach procedures must include a requirement to report actual or imminent breach of PII to an OVW Program Manager no later than 24 hours after an occurrence of an actual breach, or the detection of an imminent breach.

**Condition 6**
Requirements pertaining to prohibited conduct related to trafficking in persons (including reporting requirements and OVW authority to terminate award)

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements (including requirements to report allegations) pertaining to prohibited conduct related to the trafficking of persons, whether on the part of recipients, subrecipients (subgrantees), or individuals defined (for purposes of this condition) as "employees" of the recipient or of any subrecipient.

The details of the recipient's obligations related to prohibited conduct related to trafficking in persons are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and OVW authority to terminate award)), and are incorporated by reference here.

**Condition 7**
Determinations of suitability to interact with participating minors

This condition applies to this award if it is indicated in the application for the award (as approved by DOJ) (or in the application for any subaward at any tier), the DOJ funding announcement (solicitation), or an associated federal statute that a purpose of some or all of the activities to be carried out under the award (whether by the recipient or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age.

The recipient, and any subrecipient at any tier, must make determinations of suitability before certain individuals may interact with participating minors. This requirement applies regardless of an individual's employment status. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award condition: Determination of suitability required, in advance, for certain individuals who may interact with participating minors), and are incorporated by reference here.

**Condition 8**
Compliance with applicable rules regarding approval, planning, and reporting of conferences, meetings, trainings, and other events

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable laws, regulations, policies, and official DOJ guidance (including specific cost limits, prior approval and reporting requirements, where applicable) governing the use of federal funds for expenses related to conferences (as that term is defined by DOJ), including the provision of food and/or beverages at such conferences, and costs of attendance at such conferences.

Information on the pertinent DOJ definition of conferences and the rules applicable to this award appears on the OVW website at https://www.justice.gov/ovw/conference-planning.

**Condition 9**
OVW Training Guiding Principles

The recipient understands and agrees that any training or training materials developed or delivered with funding provided under this award must adhere to the OVW Training Guiding Principles for Grantees and Subgrantees, available at https://www.justice.gov/ovw/resources-and-faqs-grantees#Discretionary.

**Condition 10**
Effect of failure to address audit issues

The recipient understands and agrees that OVW may withhold award funds, or may impose other related requirements, if (as determined by OVW) the recipient does not satisfactorily and promptly address outstanding issues from audits required by the Part 200 Uniform Requirements (or by the terms of this award), or other outstanding issues that arise in connection with audits, investigations, or reviews of DOJ awards.

**Condition 11**
Potential imposition of additional requirements

The recipient agrees to comply with any additional requirements that may be imposed by OVW during the period of performance for this award, if the recipient is designated as "high-risk" for purposes of the DOJ high-risk grantee list.

**Condition 12**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 42

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 42, specifically including any applicable requirements in Subpart E of 28 C.F.R. Part 42 that relate to an equal employment opportunity program.

**Condition 13**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 38

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 38.

Among other things, 28 C.F.R. Part 38 includes rules that prohibit specific forms of discrimination on the basis of religion, a religious belief, a refusal to hold a religious belief, or refusal to attend or participate in a religious practice. Part 38 also sets out rules and requirements that pertain to recipient and subrecipient (subgrantee) organizations that

engage in or conduct explicitly religious activities, as well as rules and requirements that pertain to recipients and subrecipients that are faith-based or religious organizations.

**Condition 14**
Compliance with DOJ regulations pertaining to civil rights and nondiscrimination - 28 C.F.R. Part 54

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable requirements of 28 C.F.R. Part 54, which relates to nondiscrimination on the basis of sex in certain "education programs."

**Condition 15**
Restrictions on "lobbying" and policy development

In general, as a matter of federal law, federal funds may not be used by the recipient, or any subrecipient (subgrantee) at any tier, either directly or indirectly, in support of the enactment, repeal, modification or adoption of any law, regulation or policy, at any level of government, in order to avoid violation of 18 U.S.C. 1913. The recipient, or any subrecipient (subgrantee) may, however, use federal funds to collaborate with and provide information to federal, state, local, tribal and territorial public officials and agencies to develop and implement policies and develop and promote state, local, or tribal legislation or model codes designed to reduce or eliminate domestic violence, dating violence, sexual assault, and stalking (as those terms are defined in 34 U.S.C. 12291(a)) when such collaboration and provision of information is consistent with the activities otherwise authorized under this grant program.

Another federal law generally prohibits federal funds awarded by OVW from being used by the recipient, or any subrecipient at any tier, to pay any person to influence (or attempt to influence) a federal agency, a Member of Congress, or Congress (or an official or employee of any of them) with respect to the awarding of a federal grant or cooperative agreement, subgrant, contract, subcontract, or loan, or with respect to actions such as renewing, extending, or modifying any such award. See 31 U.S.C. 1352. Certain exceptions to this law apply, including an exception that applies to Indian tribes and tribal organizations.

Should any question arise as to whether a particular use of federal funds by a recipient (or subrecipient) would or might fall within the scope of these prohibitions, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 16**
Compliance with general appropriations-law restrictions on the use of federal funds for this fiscal year

The recipient, and any subrecipient (subgrantee) at any tier, must comply with all applicable restrictions on the use of federal funds set out in federal appropriations statutes. Pertinent restrictions, for each fiscal year, are set out at https://www.justice.gov/ovw/award-conditions (Award Condition: General appropriations-law restrictions on use of federal award funds), and are incorporated by reference here. Should a question arise as to whether a particular use of federal funds by a recipient (or a subrecipient) would or might fall within the scope of an appropriations-law restriction, the recipient is to contact OVW for guidance, and may not proceed without the express prior written approval of OVW.

**Condition 17**
Reporting potential fraud, waste, and abuse, and similar misconduct

The recipient and any subrecipients (subgrantees) must promptly refer to the DOJ Office of the Inspector General (OIG) any credible evidence that a principal, employee, agent, subrecipient, contractor, subcontractor, or other person has, in connection with funds under this award -- (1) submitted a claim that violates the False Claims Act; or (2) committed a criminal or civil violation of laws pertaining to fraud, conflict of interest, bribery, gratuity, or similar misconduct.

Potential fraud, waste, abuse, or misconduct involving or relating to funds under this award should be reported to the OIG by-- (1) online submission accessible via the OIG webpage at https://oig.justice.gov/hotline/contact-grants.htm (select "Submit Report Online"); (2) mail directed to: U.S. Department of Justice, Office of the Inspector General, Investigations Division, ATTN: Grantee Reporting, 950 Pennsylvania Ave., NW, Washington, DC 20530; (3) by facsimile directed to the DOJ OIG Fraud Detection Office (Attn: Grantee Reporting) at (202) 616-9881 (fax).

Additional information is available from the DOJ OIG website at https://oig.justice.gov/hotline.

**Condition 18**
Restrictions and certifications regarding non-disclosure agreements and related matters

No recipient or subrecipient (subgrantee) under this award, or entity that receives a procurement contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts, or purports to prohibit or restrict, the reporting (in accordance with law) of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information.

The foregoing is not intended, and shall not be understood by the agency making this award, to contravene requirements applicable to Standard Form 312 (which relates to classified information), Form 4414 (which relates to sensitive compartmented information), or any other form issued by a federal department or agency governing the nondisclosure of classified information.

1. In accepting this award, the recipient--

a. represents that it neither requires nor has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

b. certifies that, if it learns or is notified that it is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

2. If the recipient does or is authorized under this award to make subawards (subgrants), procurement contracts, or both--

a. it represents that--

(1) it has determined that no other entity that the recipient's application proposes may or will receive award funds (whether through a subaward (subgrant), procurement contract, or subcontract under a procurement contract) either requires or has required internal confidentiality agreements or statements from employees or contractors that currently prohibit or otherwise currently restrict (or purport to prohibit or restrict) employees or contractors from reporting waste, fraud, or abuse as described above; and

(2) it has made appropriate inquiry, or otherwise has an adequate factual basis, to support this representation; and

b. it certifies that, if it learns or is notified that any subrecipient, contractor, or subcontractor entity that receives funds under this award is or has been requiring its employees or contractors to execute agreements or statements that prohibit or otherwise restrict (or purport to prohibit or restrict), reporting of waste, fraud, or abuse as described above, it will immediately stop any further obligations of award funds to or by that entity, will provide prompt written notification to the federal agency making this award, and will resume (or permit resumption of) such obligations only if expressly authorized to do so by that agency.

**Condition 19**
Compliance with 41 U.S.C. 4712 (including prohibitions on reprisal; notice to employees)

The recipient (and any subrecipient at any tier) must comply with, and is subject to, all applicable provisions of 41 U.S.C. 4712, including all applicable provisions that prohibit, under specified circumstances, discrimination against an employee as reprisal for the employee's disclosure of information related to gross mismanagement of a federal grant, a gross waste of federal funds, an abuse of authority relating to a federal grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a federal grant.

The recipient also must inform its employees, in writing (and in the predominant native language of the workforce), of

employee rights and remedies under 41 U.S.C. 4712.

Should a question arise as to the applicability of the provisions of 41 U.S.C. 4712 to this award, the recipient is to contact OVW for guidance.

**Condition 20**
Encouragement of policies to ban text messaging while driving

Pursuant to Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," 74 Fed. Reg. 51225 (October 1, 2009), DOJ encourages recipients and subrecipients (subgrantees) to adopt and enforce policies banning employees from text messaging while driving any vehicle during the course of performing work funded by this award, and to establish workplace safety policies and conduct education, awareness, and other outreach to decrease crashes caused by distracted drivers.

**Condition 21**
Requirement to disclose whether recipient is designated high risk by a federal grant-making agency outside of DOJ

If the recipient is designated high risk by a federal grant-making agency outside of DOJ, currently or at any time during the course of the period of performance under this award, the recipient must disclose that fact and certain related information to OVW by email to OVW.GFMD@usdoj.gov. For purposes of this disclosure, high risk includes any status under which a federal awarding agency provides additional oversight due to the recipient's past performance, or other programmatic or financial concerns with the recipient. The recipient's disclosure must include the following: (1) the federal awarding agency that currently designates the recipient high risk; (2) the date the recipient was designated high risk; (3) the high-risk point of contact at that federal awarding agency (name, phone number, and email address); and (4) the reasons for the high-risk status, as set out by the federal awarding agency.

**Condition 22**
Availability of general terms and conditions on OVW website

The recipient agrees to follow the applicable set of general terms and conditions that are available at https://www.justice.gov/ovw/award-conditions. These do not supersede any specific conditions in this award document.

**Condition 23**
Compliance with statutory and regulatory requirements

The recipient agrees to comply with all relevant statutory and regulatory requirements, which may include, among other relevant authorities, the Violence Against Women Act of 1994, P.L. 103-322, the Violence Against Women Act of 2000, P.L. 106-386, the Violence Against Women and Department of Justice Reauthorization Act of 2005, P.L. 109-162, the Violence Against Women Reauthorization Act of 2013, P.L. 113-4, the Omnibus Crime Control and Safe Streets Act of 1968, 34 U.S.C. 10101 et seq., and OVW's implementing regulations at 28 C.F.R. Part 90.

**Condition 24**
Compliance with solicitation requirements

The recipient agrees that it must be in compliance with requirements outlined in the solicitation under which the approved application was submitted, the applicable Solicitation Companion Guide, and any program-specific frequently asked questions (FAQs) on the OVW website (https://www.justice.gov/ovw/resources-and-faqs-grantees). The program solicitation, Companion Guide, and any program-specific FAQs are hereby incorporated by reference into this award.

**Condition 25**
VAWA 2013 nondiscrimination condition

The recipient acknowledges that 34 U.S.C. 12291(b)(13) prohibits recipients of OVW awards from excluding, denying benefits to, or discriminating against any person on the basis of actual or perceived race, color, religion, national origin, sex, gender identity, sexual orientation, or disability in any program or activity funded in whole or in part by OVW.

Recipients may provide sex-segregated or sex-specific programming if doing so is necessary to the essential operations of the program, so long as the recipient provides comparable services to those who cannot be provided with the sex-segregated or sex-specific programming. The recipient agrees that it will comply with this provision. The recipient also agrees to ensure that any subrecipients (subgrantees) at any tier will comply with this provision.

**Condition 26**
Misuse of award funds

The recipient understands and agrees that misuse of award funds may result in a range of penalties, including suspension of current and future funds, suspension or debarment from federal grants, recoupment of monies provided under an award, and civil and/or criminal penalties.

**Condition 27**
Limitation on use of funds to approved activities

The recipient agrees that grant funds will be used only for the purposes described in the recipient's application, unless OVW determines that any of these activities are out of scope or unallowable. The recipient must not undertake any work or activities that are not described in the recipient's application, award documents, or approved budget, and must not use staff, equipment, or other goods or services paid for with grant funds for such work or activities, without prior written approval, via Grant Award Modification (GAM), from OVW.

**Condition 28**
Non-supplantation

The recipient agrees that grant funds will be used to supplement, not supplant, non-federal funds that would otherwise be available for the activities under this grant.

**Condition 29**
Confidentiality and information sharing

The recipient agrees to comply with the provisions of 34 U.S.C. 12291(b)(2), nondisclosure of confidential or private information, which includes creating and maintaining documentation of compliance, such as policies and procedures for release of victim information. The recipient also agrees to comply with the regulations implementing this provision at 28 CFR 90.4(b) and "Frequently Asked Questions (FAQs) on the VAWA Confidentiality Provision (34 U.S.C. 12291(b)(2))" on the OVW website at https://www.justice.gov/ovw/resources-and-faqs-grantees. The recipient also agrees to ensure that all subrecipients (subgrantees) at any tier meet these requirements.

**Condition 30**
Activities that compromise victim safety and recovery or undermine offender accountability

The recipient agrees that grant funds will not support activities that compromise victim safety and recovery or undermine offender accountability, such as: procedures or policies that exclude victims from receiving safe shelter, advocacy services, counseling, and other assistance based on their actual or perceived sex, age, immigration status, race, religion, sexual orientation, gender identity, mental health condition, physical health condition, criminal record, work in the sex industry, or the age and/or sex of their children; procedures or policies that compromise the confidentiality of information and privacy of persons receiving OVW-funded services; procedures or policies that impose requirements on victims in order to receive services (e.g., seek an order of protection, receive counseling, participate in couples' counseling or mediation, report to law enforcement, seek civil or criminal remedies, etc.); procedures or policies that fail to ensure service providers conduct safety planning with victims; project design and budgets that fail to account for the access needs of participants with disabilities and participants who have limited English proficiency or are Deaf or hard of hearing; or any other activities outlined in the solicitation or companion guide under which the application was submitted.

**Condition 31**
Policy for response to workplace-related incidents of sexual misconduct, domestic violence, and dating violence

The recipient, and any subrecipient at any tier, must have a policy, or issue a policy within 270 days of the award date, to address workplace-related incidents of sexual misconduct, domestic violence, and dating violence involving an employee, volunteer, consultant, or contractor. The details of this requirement are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Policy for response to workplace-related sexual misconduct, domestic violence, and dating violence), and are incorporated by reference here.

**Condition 32**
Termination or suspension

The Director of OVW, upon a finding that there (1) has been substantial failure by the recipient to comply with applicable laws, regulations, and/or the terms and conditions of the award or relevant solicitation, (2) has been failure by the recipient to make satisfactory progress toward the goals, objectives, or strategies set forth in the application, or (3) have been project changes proposed or implemented by the recipient to the extent that, if originally submitted, the application would not have been selected for funding, will terminate or suspend until the Director is satisfied that there is no longer such failure or changes, all or part of the award, in accordance with the provisions of 28 C.F.R. Part 18, as applicable mutatis mutandis. The federal regulation providing uniform rules for termination of grants and cooperative agreements is 2 C.F.R. 200.340.

**Condition 33**
Semiannual and final performance progress report submission

The recipient agrees to submit semiannual performance progress reports that describe activities conducted during the reporting period, including program effectiveness measures. Reports must be submitted throughout the project period, even if no funds were spent and no activities were conducted in a given reporting period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

The information that must be collected and reported to OVW can be found in the reporting form associated with the grant program or initiative under which this award was made. Performance progress reports must be submitted within 30 days after the end of the reporting periods, which are January 1 - June 30 and July 1 - December 31. Recipients are required to submit their reports through the Justice Grants System, unless and until OVW issues updated instructions for report submission. The final report is due 90 days after the end of the project period and should be marked "final" in the Report Type field.

**Condition 34**
Quarterly financial status reports

The recipient agrees that it will submit quarterly financial status reports (the SF 425 Federal Financial Report) to OVW in the Justice Grants System, not later than 30 days after the end of each calendar quarter. The final report shall be submitted not later than 90 days following the end of the award period. Delinquent reports may affect future discretionary award decisions and may lead to suspension and/or termination of the award.

**Condition 35**
Program income

Program income, as defined by 2 C.F.R. 200.1, means gross income earned by the non-federal entity that is directly generated by a supported activity or earned as a result of the federal award during the period of performance. Without prior approval from OVW, program income must be deducted from total allowable costs to determine the net allowable costs. In order to add program income to the OVW award, the recipient must seek approval from its program manager via a budget modification Grant Award Modification (GAM) prior to generating any program income. Any program income added to the federal award must be used to support activities that were approved in the budget and follow the conditions of the OVW award. Any program income approved via budget modification GAM must be reported in the recipient's quarterly Federal Financial Report SF-425 in accordance with the addition alternative. If the program income amount changes (increases or decreases) during the project period, it must be approved via a budget modification GAM by the end of the project period. If the budget modification is not submitted and approved, it could result in audit findings for the recipient.

**Condition 36**

FFATA reporting subawards and executive compensation

The recipient agrees to comply with applicable requirements to report first-tier subawards (subgrants) of $30,000 or more and, in certain circumstances, to report the names and total compensation of the five most highly compensated executives of the recipient and first-tier subrecipients of award funds. Such data will be submitted to the Federal Funding Accountability and Transparency Act of 2006 (FFATA) Subaward Reporting System (FSRS). The details of recipient obligations, which derive from FFATA, are posted on the OVW website at https://www.justice.gov/ovw/award-conditions (Award Condition: Reporting Subawards and Executive Compensation), and are incorporated by reference here.

**Condition 37**
Changes to MOU and/or IMOA

The recipient agrees to submit for OVW review and approval any anticipated addition of, removal of, or change in collaborating partner agencies or individuals who are signatories of the Memorandum of Understanding and, if applicable, the Internal Memorandum of Agreement.

**Condition 38**
Prior approval of all materials and publications

The recipient agrees to submit for OVW review and approval all materials and publications (written, web-based, audio-visual, or any other format) that are funded under this award. OVW must have not less than 20 days to complete review and approval. The recipient may not distribute or publicly release such materials under this award until OVW has approved them.

**Condition 39**
Publication disclaimer

The recipient agrees that all materials and publications (written, web-based, audio-visual, or any other format) resulting from award activities shall contain the following statement: "This project was supported by Grant No. _____ awarded by the Office on Violence Against Women, U.S. Department of Justice. The opinions, findings, conclusions, and recommendations expressed in this publication/program/exhibition are those of the author(s) and do not necessarily reflect the views of the U.S. Department of Justice." The recipient also agrees to ensure that any subrecipient at any tier will comply with this condition.

**Condition 40**
Copyrighted works

Pursuant to 2 C.F.R. 200.315(b), the recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under this award. OVW reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work, in whole or in part (including in the creation of derivative works), for federal purposes, and to authorize others to do so.

OVW also reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use, in whole or in part (including in the creation of derivative works), any work developed by a subrecipient (subgrantee) of this award, for federal purposes, and to authorize others to do so.

In addition, the recipient (or subrecipient, contractor, or subcontractor of this award at any tier) must obtain advance written approval from the OVW program manager assigned to this award, and must comply with all conditions specified by the program manager in connection with that approval, before: 1) using award funds to purchase ownership of, or a license to use, a copyrighted work; or 2) incorporating any copyrighted work, or portion thereof, into a new work developed under this award.

It is the responsibility of the recipient (and of each subrecipient, contractor, or subcontractor as applicable) to ensure that this condition is included in any subaward, contract, or subcontract under this award.

**Condition 41**

Grantee orientation - mandatory attendance

First-time recipients, or continuation recipients if requested, must agree to have key staff members, as identified by OVW, attend the OVW grantee orientation seminar, which may be offered in-person, online, or a combination of both. Additionally, if there is a change in the project director/coordinator during the grant period, the recipient agrees, at the earliest opportunity, to send the new project director/coordinator, regardless of prior experience with this or any other federal award, to an in-person OVW grantee orientation seminar or require completion of the orientation online, whichever is available.

**Condition 42**
Technical assistance provider training requirement

The recipient agrees to set aside funds, as required in the solicitation under which this application was submitted, to enhance the delivery of OVW-supported training and technical assistance (TA) and ensure that OVW-supported TA and TA providers reflect OVW's mission and priorities and the goals of the Violence Against Women Act, as amended. Key project staff, identified by OVW, must attend or participate in TA courses on topics including, but not limited, to: accessibility, organizational cultural competency, advanced adult learning theory and application, curriculum and product development, and financial and grants management. Courses will be selected by OVW and delivered by OVW and/or organizations identified by OVW. Funds set aside for this purpose may not be used for any other training or purpose without the approval of OVW.

**Condition 43**
Consultant compensation rates

The recipient acknowledges that consultants paid with award funds generally may not be paid at a rate in excess of $81.25 per hour, not to exceed $650 per day. To exceed this specified maximum rate, recipients must submit to OVW a detailed justification and have such justification approved by OVW, prior to obligation or expenditure of such funds. Issuance of this award or approval of the award budget alone does not indicate approval of any consultant rate in excess of $81.25 per hour, not to exceed $650 per day. Although prior approval is not required for consultant rates below this specified maximum rate, recipients are required to maintain documentation to support all daily or hourly consultant rates.

**Condition 44**
Prior approval for conference expenditures

The recipient must complete and submit the Department of Justice-Sponsored Conference Request and Report Form to OVW for review and approval prior to entering into any contract (with the exception of logistical or programmatic planning contracts) or expending any funds for any meeting, conference, training, or other event. This includes conferences for which OVW is not the primary source of funding if OVW support will exceed $20,000.

**Condition 45**
Logistical conference planning costs

The allowable costs for logistical conference planning are limited to $50 per attendee, not to exceed a cumulative total of $8,750. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at a conference is 100, the cost allowed for a logistical conference planner is $5,000 ($50 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside logistical conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the logistical conference planning.

**Condition 46**
Programmatic conference planning costs

The allowable costs for programmatic conference planning are limited to $200 per attendee, not to exceed a

cumulative cost total of $35,000. "Attendees" include trainers, instructors, presenters, and facilitators. For example, if the number of attendees at the conference is 100, the cost allowed for a programmatic conference planner is $20,000 ($200 X 100 attendees). This cost limitation applies whether the recipient is planning in-house or is contracting with an outside programmatic conference planner. Indirect cost rates must be applied to conference planning costs in accordance with negotiated agreements and must be included when calculating the planning thresholds. If these limitations are met, no specific justification or prior approval is required. If the recipient expects to exceed these cost limitations, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient proceeds with the programmatic conference planning.

**Condition 47**
Conference space and audio-visual equipment

Recipients must limit the cost of conference space and audio-visual equipment to $25 per day per attendee, not to exceed a total of $20,000 for the conference. "Attendees" include trainers, instructors, presenters, and facilitators. Indirect cost rates must be applied to conference space and audio-visual equipment costs in accordance with negotiated agreements, and must be included when calculating this threshold. If the recipient expects that these limitations will be exceeded, then the recipient must justify the costs in writing and those costs must be approved by OVW before the recipient enters into any contract for the use of conference space and audio-visual equipment.

**Condition 48**
Prohibition on trinkets at conferences

The recipient acknowledges that trinkets (items such as hats, mugs, portfolios, t-shirts, coins, etc., regardless of whether they include the conference name or logo) must not be purchased with funds made available under this agreement. Basic supplies that are necessary for use during the conference (e.g., pens, paper, name tags) may be purchased.

**Condition 49**
Prohibition on entertainment at conferences

The recipient acknowledges that funds made available under this agreement may not be used for costs of entertainment, including amusement, diversion, social activities, and any costs directly associated with entertainment (such as tickets to shows or sports events, meals, lodging, rentals, transportation, and gratuities).

**Condition 50**
Food and beverages at conferences

Subject to OVW prior approval, and under limited circumstances, OVW funds may be used to purchase food and/or beverages for meals served during a meeting, conference, or training. OVW may approve the use of funds to purchase food and/or beverages served at a working meal if the recipient can justify that provision of the meal is necessary to accomplish official business and enhance the cost effectiveness of the conference. For example, a meal may be permissible where the conference will need to be extended if the working meal is not provided.

OVW will consider allowing grant funds to be used to purchase food and/or beverages for refreshment breaks only where there are unique and extenuating circumstances, and the recipient will be required to provide significant justification for such use of funds.

Furthermore, if a meal is approved by OVW, the cost of any individual meal, including taxes and any hotel service costs (e.g., labor cost for room setup), must not exceed 150 percent of the General Services Administration (GSA) Meals and Incidental Expenses (M&IE) rate for an individual's meal in that locality. OVW strongly encourages recipients to maintain costs for any meal provided, including any service costs, at or below 100 percent of the applicable GSA M&IE rate. The current GSA M&IE rate breakdown by meal and by locality can be found at https://gsa.gov/portal/content/101518. This award condition does not impact direct payment of per diem amounts to individuals in a travel status under the recipient's travel policy.

**Condition 51**
Conference expenditure reporting

Within 30 days after the end of any conference, meeting, retreat, seminar, symposium, training activity, or similar event funded, in whole or in part, under this award, and the total cost of which exceeds $20,000 in award funds, the recipient must report all conference expenditures paid for with OVW funds by providing the OVW program manager with a completed DOJ-Sponsored Conference Request and Report Form, available at https://www.justice.gov/ovw/conference-planning.

**Condition 52**
Indirect costs

The recipient may not obligate, expend, or draw down any award funds for indirect costs, unless and until either (1) the recipient submits to OVW a current, federally-approved indirect cost rate agreement, or (2) the recipient determines that it is eligible under the Part 200 Uniform Requirements to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f), and advises OVW in writing of both its eligibility and its election.

**Condition 53**
Conditional clearance with release of technical assistance funds

The recipient acknowledges that the budget for this award is pending review and approval. Until OVW approves the budget, the recipient may not obligate, expend, or draw down any funds, except those that OVW allows for participation in or travel-related expenses to attend OVW-sponsored technical assistance events. Any obligations or expenditures incurred by the recipient prior to the budget being approved are made at the recipient's own risk. If there is another condition on the award prohibiting any obligation, expenditure, and drawdown of any funds, that other condition will control. Remaining funds will not be available for drawdown until OVW's Grants Financial Management Division has approved the budget and budget narrative via a Grant Award Modification (GAM). If applicable, the Indirect Cost Rate will be identified in the GAM when the budget is approved.

[X] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Acceptance

**Declaration and Certification to the U.S. Department of Justice as to Acceptance**

By checking the declaration and certification box below, I--

A.    Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.    Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted  in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.    Accept this award on behalf of the applicant.

D.    Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

**Agency Approval**

**Title of Approving Official**        **Name of Approving Official**        **Signed Date And Time**
Deputy Director                        NADINE NEUFVILLE                       9/22/22 6:15 PM

**Authorized Representative**

[X]

**Entity Acceptance**

**Title of Authorized Entity Official**
Director, DC Finance

**Name of Authorized Entity Official**
Vladimir Gurin

**Signed Date And Time**
11/3/2022 4:35 PM