UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Civil Action No. 25-1263 (CRC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion to dismiss, Plaintiff's motion for a temporary restraining order or, in the alternative, preliminary injunction, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED; and it is further

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the Complaint is DISMISSED.

SO ORDERED:


_____                                                       _____
Date                                                                              CHRISTOPHER R. COOPER
                                                                                  United States District Judge