UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN BAR ASSOCIATION,

Plaintiff,

v.

DEPARTMENT OF JUSTICE, et al.,

Defendants.

Civil Action No. 25-1263 (CRC)

## NOTICE OF SUPPLEMENTAL AUTHORITY

In connection with their pending motion to dismiss and opposition to Plaintiff's preliminary injunction motion (ECF No. 16), Defendants respectfully submit the attached supplemental authority, *Widakuswara v. Lake*, Nos. 25-5144, 25-5145, 25-5150, 25-5151, 2025 WL 1288817 (D.C. Cir. May 3, 2025), which was decided the day after Defendants filed their brief.  As the D.C. Circuit explained there, "[w]hether phrased as a declaration that the agreements remain in force, or an order to pay the money committed by those agreements, the injunction in substance orders specific performance of the grant agreements—a quintessentially contractual remedy.  And it is the inherently contractual nature of the relief afforded—not any characterization of the relief as money damages—that makes the [Court of Federal Claims] the exclusive forum for this suit."  *Id.* at *4 (emphasis and citations omitted); *id.* at *6 ("Because . . . grant disputes directly concern the public fisc, Congress has limited the resolution of these potentially costly claims to specialized tribunals such as the . . . [Court of Federal Claims].  We must respect those boundaries no less than the substantive and appropriations provisions governing the operation of [the agency].").

\*    \*    \*

Dated: May 5, 2025
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney


By: _____/s/ Douglas C. Dreier_____
     DOUGLAS C. DREIER, D.C. Bar #1020234
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2551

*Attorneys for the United States of America*