AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| American Bar Association )<br>*Plaintiff* )<br>v. )<br>United States Department of Justice, et al. )<br>*Defendant* ) | Case No. 25-cv-1263 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff American Bar Association                            .

Date:   5/6/2025

/s/ Kristin Bateman
*Attorney's signature*

Kristin Bateman (DDC No. CA00221)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043

*Address*

kbateman@democracyforward.org
*E-mail address*

(202) 935-5245
*Telephone number*

(202) 796-4426
*FAX number*

Print   Save As...   Reset