IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**American Bar Association**
               **Plaintiff**

vs.                    Case No.: 1:25-cv-01263-CRC

**U.S. Department of Justice, et al.**
               **Defendants**

---

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Plaintiff's Motion for Temporary Restraining Order or, in the Alternative, Preliminary Injunction; Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order, or, in the Alternative, Preliminary Injunction; Declaration of Maricarmen Garza; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: Civil Process Clerk, U.S. Attorney's Office for D.C.

SERVICE ADDRESS: 601 D Street, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Civil Process Clerk, U.S. Attorney's Office for D.C., 601 D Street, NW, Washington, DC 20530 on 04/28/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4947 26. Service was signed for on 05/05/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 05/05/2025

*[signature]*

Carrie Hollingshed

Client Ref Number: ABA v. DOJ
Job #:13189458


**UNITED STATES**
**POSTAL SERVICE**

May 5, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 4947 26**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | May 5, 2025, 6:02 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | CIVIL PROCESS CLERK |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *[signature]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530
Reference #: 13189458