# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE *et al.*, *Defendants*. | Case No. 1:25-cv-1263-CRC |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's motion for a temporary restraining order or, in the alternative, preliminary injunction, and Defendants' motion to dismiss, it is hereby

**ORDERED** that Defendants' motion is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion is **GRANTED** with respect to its request for a preliminary injunction; and it is further

**ORDERED** Defendants and their agents are **ENJOINED** from enforcing or otherwise giving effect to the termination of any grant to the American Bar Association's Commission on Domestic & Sexual Violence (ABA CDSV), including through the enforcement of closeout obligations; and it is further

**ORDERED** that Defendants and their agents are **ENJOINED** from re-obligating funds used to support ABA CDSV's grants; and it is further

**ORDERED** that Defendants and their agents take all steps necessary to ensure that the Department of Justice disburses funds on ABA CDSV's grants in the customary manner and in customary timeframes; and it is further

      **ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2); and it is further

      **ORDERED** that Defendants shall file a status report with the Court within 24 hours of this order apprising the Court of the status of their compliance with this Order.

**SO ORDERED.**

Dated: _____, 2025

                                              _____
                                              THE HON. CHRISTOPHER R. COOPER
                                              UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of counsel entitled to be notified of entry of the above proposed order:

**Defendants and their counsel:**

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Pamela J. Bondi, in her official capacity as Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Todd Blanche, in his official capacity as Deputy Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Attorney General of the United States
c/o Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Alex Haas
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11532
Washington, DC 20005

Edward R. Martin
Douglas C. Dreier
Office of the U.S. Attorney
601 D Street NW
Washington, D.C. 20530

**Counsel for Plaintiff:**

Skye L. Perryman
Josephine T. Morse

Christine L. Coogle
Pooja A. Boisture
Kristin Bateman
Brian Netter
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
sperryman@democracyforward.org
jmorse@democracyforward.org
ccoogle@democracyforward.org
pboisture@democracyforward.org
kbateman@democracyforward.org
bnetter@democracyforward.org