**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **AMERICAN BAR ASSOCIATION**, |
| Plaintiff, |
| v. |
| **U.S. DEPARTMENT OF JUSTICE, et al.**, |
| Defendants. |

Case No. 25-cv-1263 (CRC)

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [4] Plaintiff's Motion for Preliminary Injunction is **GRANTED** in part; and it is further

**ORDERED** that Defendants and their agents are **ENJOINED** from enforcing or otherwise giving effect to the termination of the five grants administered by the American Bar Association's Commission on Domestic and Sexual Violence that were active as of April 9, 2025, <u>see</u> Mem. Op. at 6, including through the enforcement of closeout obligations; and it is further

**ORDERED** that Defendants and their agents are **ENJOINED** from reobligating funds used to support the covered grants; and it is further

**ORDERED** that Defendants and their agents take all steps necessary to ensure that the Department of Justice disburses funds on the covered grants in the customary manner and in customary timeframes; and it if further

**ORDERED** that the parties shall file a joint status report within 30 days proposing further proceedings, if any, in the case.

Nothing in this Order shall require Defendants to reinstate the two grants that, by their terms, had already ended or to renew any of the covered grants at the end of their terms.  Nor does this Order prohibit Defendants from terminating any of the covered grants for permissible and *truly* nonretaliatory reasons.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:  May 14, 2025