IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE *et al.*,<br><br>*Defendants*. | Case No. 25-cv-1263-CRC |

**JOINT STATUS REPORT**

Pursuant to the Court's order of May 14, 2025, ECF No. 27, the parties submit the following joint status report.

1. On May 14, 2025, this Court enjoined Defendants "from enforcing or otherwise giving effect to the termination of the five grants administered by the American Bar Association's Commission on Domestic and Sexual Violence that were active as of April 9, 2025." ECF No. 27, at 1. Consistent with that order, the ABA drew down reimbursement funds on or about May 28.

2. Defendants' deadline to appeal the Court's preliminary injunction order is July 14, 2025, *see* Fed. R. App. P. 4(1)(B), and Defendants are continuing to evaluate next steps in this litigation.

3. The parties propose filing another joint status report on or before July 14, 2025.

\*   \*   \*

| | |
|---|---|
| June 13, 2025 | Respectfully submitted, |
| JEANINE FERRIS PIRRO<br>United States Attorney | /s/ *Christine L. Coogle*<br>Christine L. Coogle (D.C. Bar No. 1738913)<br>Kristin Bateman (CA Bar No. 270913)<br>Pooja A. Boisture (NY Bar No. 5104559)*<br>Brian D. Netter (D.C. Bar No. 979362)<br>Josephine T. Morse (D.C. Bar No. 1531317)<br>Skye L. Perryman (D.C. Bar No. 984573) |
| By:       /s/ *Douglas C. Dreier*<br>DOUGLAS C. DREIER, D.C. Bar #1020234<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2551 | DEMOCRACY FORWARD FOUNDATION<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090<br>ccoogle@democracyforward.org<br>kbateman@democracyforward.org<br>pboisture@democracyforward.org<br>bnetter@democracyforward.org<br>jmorse@democracyforward.org<br>sperryman@democracyforward.org |
| *Attorneys for the United States of America* | *Counsel for Plaintiff*<br><br>* *Admitted pro hac vice* |