UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE *et al.*, *Defendants*. | Case No. 25-cv-1263-CRC |

# JOINT STATUS REPORT

Pursuant to the Court's minute order of June 17, 2025, the parties submit the following joint status report.

1. On May 14, 2025, this Court enjoined Defendants "from enforcing or otherwise giving effect to the termination of the five grants administered by the American Bar Association's Commission on Domestic and Sexual Violence that were active as of April 9, 2025." ECF No. 27, at 1.

2. Defendants' deadline to appeal the Court's preliminary injunction order is today, and no appeal is being taken.

3. Defendants' motion to dismiss is currently fully briefed.

4. The respective cooperative agreements expire on their terms on September 30 of 2025, 2026, or 2027.

5. The parties propose filing another joint status report on or before October 1, 2027. The Court may administratively close this action in the interim. Nothing contained herein would prevent either party from reopening this case if circumstances warrant.

\* \* \*

| | |
|---|---|
| July 14, 2025 | Respectfully submitted, |
| JEANINE FERRIS PIRRO<br>United States Attorney | /s/ *Christine L. Coogle*<br>Christine L. Coogle (D.C. Bar No. 1738913)<br>Kristin Bateman (CA Bar No. 270913)<br>Pooja A. Boisture (NY Bar No. 5104559)*<br>Brian D. Netter (D.C. Bar No. 979362)<br>Josephine T. Morse (D.C. Bar No. 1531317)<br>Skye L. Perryman (D.C. Bar No. 984573) |
| By:  /s/ *Douglas C. Dreier*<br>DOUGLAS C. DREIER, D.C. Bar #1020234<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2551 | DEMOCRACY FORWARD FOUNDATION<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090<br>ccoogle@democracyforward.org<br>kbateman@democracyforward.org<br>pboisture@democracyforward.org<br>bnetter@democracyforward.org<br>jmorse@democracyforward.org<br>sperryman@democracyforward.org |
| *Attorneys for the United States of America* | *Counsel for Plaintiff*<br><br>* Admitted pro hac vice |